# EXHIBIT C

**From:** Philippe Chambadal [mailto:pchambadal@gmail.com]
**Sent:** 10 January 2017 17:50
**To:** Brad Lunsford <Brad.Lunsford@smartstream-stp.com>
**Cc:** David Porter <David.Porter@smartstream-stp.com>
**Subject:** Latpop, phone, etc.

Hi Brad, wont be able to make it today as I had to leave town. Will try for Friday or Monday. Best, Philippe


--
Philippe Chambadal
+1 917 945 4030

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorised. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. SmartStream Technologies Ltd. is a company incorporated in England and Wales. Registered office: St Helen's, 1 Undershaft, London, EC3A 8EE. Registration No. 2285524

**From:** David Porter
**Sent:** 17 January 2017 17:40
**To:** 'Philippe Chambadal' <pchambadal@gmail.com>
**Subject:** RE: Extension

Hi Philippe,

I have spoken with Haytham and the revised deadline date is "close of business" on Friday 27th January.

Can you return your company property this week.   Brad is travelling and so I will establish who will collect it in his place.

Kind regards
David

**From:** Philippe Chambadal [mailto:pchambadal@gmail.com]
**Sent:** 16 January 2017 16:25
**To:** David Porter <David.Porter@smartstream-stp.com>
**Subject:** Extension

Hi David,

I need an extension of the date to execute the termination agreement. Could we push it to end of month?

Thank you, Philippe

--
Philippe Chambadal
+1 917 945 4030

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorised. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. SmartStream Technologies Ltd. is a company incorporated in England and Wales. Registered office: St Helen's, 1 Undershaft, London, EC3A 8EE. Registration No. 2285524