# Exhibit "B"

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMARTSTREAM TECHNOLOGIES, :
INC.,                       :
                            :Case No. 1:17-CV-02459
        Plaintiff,  :
                            :Judge Vernon s. Broderick
    vs.                     :
                            :Magistrate Judge Henry B.
                            :Pitman
PHILIPPE CHAMBADAL,      :
                            :
        Defendant.  :

Monday, October 29, 2018
9:45 a.m.

Deposition of PHILIPPE CHAMBADAL, taken by
Plaintiff, pursuant to Notice, at the offices of
Squire Patton Boggs, 30 Rockefeller Plaza, 23rd
Floor, New York, New York, before LISA FORLANO, CCR,
CRR, RMR.

## Page 2

1         (Chambadal - 10/29/18)
2    A P P E A R A N C E S:
3
4    SQUIRE PATTON BOGGS (US) LLP
     BY:  KRISTINE M. WOLIVER, ESQUIRE
5    2000 HUNTINGTON CENTER
     41 SOUTH HIGH STREET
6    COLUMBUS, OH  43215
     ((614) 365-2792
7    kristine.woliver@squirepb.com
     ATTORNEYS FOR PLAINTIFF
8
9
10   SACK & SACK, LLP
     BY:  ALEX J. SEIDENBERG, ESQUIRE
11   70 EAST 55TH STREET
     10th FLOOR
12   NEW YORK, NY
     (212) 702-9000
13   aseidenberg@sackandsack.com
     ATTORNEYS FOR THE DEFENDANT
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1              (Chambadal - 10/29/18)
2              I N D E X
3
4    WITNESS                    PAGE
5    PHILIPPE CHAMBADAL
6     By Ms. Woliver             5
7
8              E X H I B I T S
9    P-1   Project plan for the RDU         47
10   P-2   RDU board meeting               51
11   P-3   Confidential Post-Trade Operations    58
     Platform Business Plan, September 2016,
12   SMARTSTREAM000065 - SMARTSTREAM000092,
13   P-4   Addendum to contract, SMARTSTREAM000003  67
14   P-5   Post-Trade Operations Platform Business  68
     Plan, September 2016, SMARTSTREAM000065 -
15   SMARTSTREAM000092,
16   P-6   Finance Report, April 2016 results,     76
     SMARTSTREAM000093 - SMARTSTREAM000109
17
     P-7   Defendant's Response To Requests For    86
18   Admission
19   P-8   Financial results year to date August   106
     2016, Board Meeting 30 of September 2016
20
     P-9   McKinsey report                 112
21
     P-10  Defendant's Response To Plaintiff's   115
22   First Set Of Interrogatories And Requests For
     Production Of Documents And Things
23
     P-11  Letter dated 6/22/11, SMARTSTREAM000001  120
24   - SMARTSTREAM000002
25

## Page 4

1              (Chambadal - 10/29/18)
2              E X H I B I T S (CONTINUED)
3    P-12  e-mail chain, SMARTSTREAM000111 -     121
     SMARTSTREAM000112
4
     P-13  e-mail, SMARTSTREAM000110         122
5
     P-14  2017 tax information, W-2, Invoices,    131
6    CHAMBADAL00001 - CHAMBADAL00004
7    P-15  Compilation of documents, AXIOM0000001 - 133
     AXIOM0000147
8
     P-16  Affidavit of Philippe Chambadal In     152
9    Opposition To The Issuance Of A Temporary
     Restraining Order And Preliminary Injunction
10
     P-17  Consent Order for Injunction         157
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

(Chambadal - 10/29/18)

PHILIPPE CHAMBADAL, having been duly sworn, was examined and testified as follows:

BY MS. WOLIVER:

**Q Good morning. Again, my name is Chris Woliver. I'm an attorney for SmartStream Technologies. As you know, you're here for a deposition this morning.**

**Can you please state and spell your name for the court reporter?**

A Philippe Chambadal, P-H-I-L-I-P-P-E C-H-A-M-B-A-D-A-L.

**Q Do you mind if I call you Philippe throughout the day?**

A No.

**Q So Philippe, have you had your deposition taken before?**

A As I was representing SmartStream, I've never been sued before.

**Q You've never gone through this experience where you got sworn in?**

A On behalf of SmartStream, yes.

**Q What was that case?**

A It was Methea Tep against SmartStream.

**Q Were you the corporate representative**



**(Chambadal - 10/29/18)**

**for that deposition?**

A Yes.

**Q When did that happen?**

A Maybe around three years ago.

**Q Do you know if that case is still pending?**

A I think it went away. Realized we had nothing.

**Q Understood. You're a little bit familiar at least with this whole process?**

A Yeah.

**Q Great. That makes it a little bit easier. I'll still give you the spiel. I understand that you were deposed on behalf of SmartStream and SmartStream was sued in that case, so here you're a party to this lawsuit and because of that, my client, SmartStream, is entitled to ask you questions and you're required to answer them under oath and the court reporter here will be taking down everything we say, everything I ask, everything you say and incorporate that into a written transcript that we can review after the fact.**

**One thing I like to emphasize is that**



**(Chambadal - 10/29/18)**

**by nature of being under oath just as important as though you are testifying in front of a judge, so you're required to tell the whole truth, nothing but the truth at risk of being prosecuted for perjury.**

**Does that make sense?**

A Yep.

**Q Of course. So some other general instructions mainly for a clean transcript here I ask that you don't interrupt. So when I'm asking questions sometimes it's very tempting to anticipate the rest of my question, please wait and then answer to the best of your ability. Here's another big one, I ask that you answer verbally. I don't know if you do this, but I am very prone to nodding, shaking my head, saying uh-huh or uh-uh. That really doesn't translate well for the transcript. It will hurt both of us in the end, so I'm going to ask you to answer all questions with actual words.**

**If you don't understand any questions, please just ask for clarification.**

**Does that make sense?**

A Yep.

**Q Great. Otherwise -- so if you don't ask what do you mean or I don't understand, I'm**



**(Chambadal - 10/29/18)**

**going to assume that you understand and can answer.**

**The deposition today is going to be a marathon rather than a sprint, so you just came into this office. I can show you where the bathroom is. You got your breakout room. If at any point you need a break to take a minute, please don't hesitate to ask me. I'm sure I'll need to take a break, too, and your attorney might. Our court reporter might. Breaks are very welcome. I ask that you answer any question that's currently pending, though, before we break.**

**Does that make sense?**

A Yes.

**Q And then if you need to correct your testimony at any time, please speak up even if I've got a question pending. You can always say you know what, you asked me about this earlier. I said this. That wasn't quite right or I have something to add now. This speaks to the perjury component again. It's really important that you tell the truth, the whole truth, nothing but the truth. To the extent that you need to correct something, it's important that you do so.**

**Are we on the same page so far?**

(Chambadal - 10/29/18)

1        (Chambadal - 10/29/18)
2    A    Yeah.
3    Q    Some other preliminary matters, is
there any reason that you are unable to testify
truthfully today?
    A    No.
    Q    Any reason to believe you won't be able
to remember things accurately today?
    A    It's been 22 months.
    Q    It's been 22 months since what?
    A    Since I got fired, so it's a long time.
    Q    So the timing.  But in general, are you
on any kind of medication or anything that hurts
your ability to remember?
    A    No, it's just a long time.  That's it.
    Q    Have you used alcohol or narcotics or
anything like that?
    A    No.  I don't take drugs.
    Q    Anything that impairs your ability to
hear or communicate?
    A    No.
    Q    Any other reason you're unable to
testify today?
    A    No.
    Q    Okay.  So let's get into the

(Chambadal - 10/29/18)

nitty-gritty here.
        What did you review in preparation for
today?
    A    The documents you send me.
    Q    When did you review those?
    A    Friday and over the weekend.
    Q    Did you review those with anyone other
than your attorney?
    A    No.
    Q    Have you spoken with anyone else about
the deposition today or this case?
    A    No.
    Q    And why did you review the documents
that I sent?
    A    Just to be prepared.
    Q    To refresh your memory?
    A    Yeah.
    Q    Let's talk a little bit more about your
background.  Your date of birth?
    A    4/22/61.
    Q    And are you married?
    A    Yep.
    Q    What's your wife's name?
    A    Claude.

(Chambadal - 10/29/18)

    Q    And when did you get married?
    A    '95.
    Q    Do you have any kids?
    A    Two kids, yeah.
    Q    What are their names?
    A    How is that relevant?
    Q    This is a good point here.  For the
deposition, I'll be asking questions.  I understand
that you might not like some of them, but that's the
nature of the beast here.  I'll ask, you answer.
    A    I don't recall the name of my kids.
What is this?
    Q    Are you telling me that you don't
recall the name of your children?
    A    I don't understand how it's relevant to
the case.
    Q    I'm going to ask you to answer, please.
    A    Eloise and Lea.  I don't want my kids'
names to be in a deposition.
    Q    First names are fine.
    A    Their whole life it's going to be their
names in a deposition.  That's just not fair.
    Q    I understand that you're frustrated.
This is very standard, talk about your background a

(Chambadal - 10/29/18)

little bit.
    A    When I was deposed they never asked me
about the names of my kids before.
    Q    I'm going to reiterate, there are going
to be many other questions here that you don't like.
    A    Well, that's irrelevant.
    Q    So what are the names of your kids?
    A    I already told you.  Eloise and Lea.
    Q    Eloise and Lea is what I understood?
    A    Yes.
    Q    Do you have a criminal record?
    A    No.
    Q    Let's go over your education and
experience.  Where did you go to high school?
    A    In Paris.
    Q    And after that, did you attend college
or technical training?
    A    France, I went to a school called HEC.
    Q    So how does it work in France with
education?
    A    You prepare for two year, you pass an
exam and then you make it or you don't.  If you make
it, you go into the school.  If you don't, I'm not
sure what happens to you.

1          (Chambadal - 10/29/18)
2     Q    Understood.  So you clearly made it
3  into the school?
4     A    Yep.
5     Q    What did you study there?
6     A    It's business school.
7     Q    And around what year was that?
8     A    I finish in '84.
9     Q    Did you go to any other school after
10  that?
11    A    No.
12    Q    Did you get a job after that?
13    A    Not right after.  I started my own
14  consulting company.
15    Q    What was that called?
16    A    I don't recall.
17    Q    Can you think about it for a minute?
18    A    Thirty-five years ago.  I don't recall
19  the name of the company.  I'm sorry.
20    Q    That's fine.  So after school you
21  created a consulting company and you do not recall
22  the name of that.  What did you do after the
23  consulting company?
24    A    I was hired by Reuters.
25    Q    And what was your position there?

1          (Chambadal - 10/29/18)
2     A    I was product manager.
3     Q    And around what time did you serve as
4  product manager?
5     A    I joined in January '86.
6     Q    How long, approximately?  I understand
7  it was a long time ago, about how long were you in
8  that role?
9     A    I was with Reuters for almost nine
10  years and my role changed every year.
11    Q    You were at Reuters for nine years,
12  your role changed every year.  What were some of the
13  other roles that you did there?
14    A    I was product manager for the equites
15  market in the US, product manager for the
16  international equities for the world.  I went to a
17  subsidiary of Reuters called Instanet and I went
18  back and worked for Reuters Media.
19    Q    Did you mention you were there for
20  about eight years?
21    A    No, I think it was nine years.
22    Q    Where did you go after Reuters?
23    A    I went to a company called Fame.
24    Q    Around what year was that?
25    A    Right after '94.

1          (Chambadal - 10/29/18)
2     Q    What was your role there?
3     A    I was running sales, professional
4  services, product management and support.
5     Q    And how long -- what kind of company
6  was Fame?
7     A    Technology.
8     Q    What technology services or products
9  did they offer?
10    A    Time series management.
11    Q    Can you elaborate on that a little bit?
12  What does that mean?
13    A    Management of historical data.
14    Q    What kind of historical data?
15    A    Pricing, earnings, broker reports,
16  macroeconomic data.
17    Q    And what did you do after that?
18    A    I went and created my own company.
19    Q    What was that called?
20    A    M-E-T-A-M-A-T-R-I-X, one word.
21    Q    And that was around what year?
22    A    '98.
23    Q    And what did you do with that company?
24    A    I sold it to Red Hat.
25    Q    To who?

1          (Chambadal - 10/29/18)
2     A    Red Hat.
3     Q    And before selling it, what kind of
4  products or services did that offer?
5     A    Information integration.
6     Q    And in layman's terms, what does that
7  mean?
8     A    It's about aggregating disparate data
9  sets into virtual data sets.
10    Q    Did you have employees for that
11  company?
12    A    Yep.
13    Q    How many?
14    A    At peak probably around 60.
15    Q    And when did you sell to Red Hat?
16    A    I think it was 2004, 2005.
17    Q    What did you do after that sale?
18    A    I went to consult for a company --
19  actually I did two things.  I went to consult for a
20  publicly-traded company, Vitria, and at the same was
21  EIR at Welsh Carson.
22    Q    What is an EIR?
23    A    Entrepreneur In Residence at Welsh
24  Carson, W-E-L-S-H C-A-R-S-O-N.
25    Q    Tell me about your consulting work that

(Chambadal - 10/29/18)

you did.

A   Vitria I was hired by the CEO to do two things, turn profitable and take them private.

Q   You took them private and turned them profitable.  What actions did you take to change them from nonprofitable to profitable?  What did you focus on specifically?

A   That's covered in an NDA between myself and the company.

Q   Subject to an NDA?

A   It's publicly traded.

Q   Understood.  So it's publicly traded, so presumably they have to file proxy reports.  Is there anything you can tell me about your role, of course not subject to the NDA, that might be included in publicly filed documents?

A   Not really.  It's all NDA covered.

Q   So you talked about your consulting work and then you served as the --

A   EIR.

Q   What did you do as the EIR?

A   I put together a business plan to create a set of next gen services for back office processing.  And Welsh Carson is a private equity

(Chambadal - 10/29/18)

firm and we were looking for targets.

Q   Can you tell me what back office processing means?

A   It's clearing settlement of trade.

Q   Can you elaborate on that a little bit?  What is the settlement that you're clearing?

A   Settled trading.  I'm not sure -- you want me to explain what settlement means?  Settle the trade so two parties trade together and then it goes to a third-party clearinghouse and it would trade so we can settle.

Q   Did you say settlement of trading?

A   Clearing and settlement of trades.

Q   So you worked on clearing, you increased the profitability by working on the clearing and settlement of trade.  Was --

A   I didn't say I was improving profitability.  Did I say that?

Q   You tell me.  I might have misheard you.

A   I put together a business plan to create back office solutions.

Q   And was there a technological component to that work?

(Chambadal - 10/29/18)

A   No.  I was just a businessperson.  I did not code.

Q   You did not code?

A   No, I never coded in my life to be precisely.

Q   Did you work with customers of that company or vendors or were you mainly internal when you did their work?

A   Which one?

Q   The one that you were just discussing.

A   Welsh Carson?

Q   Yes.

A   They have no customers.  They are a private equity firm.

Q   How long were you in that role?

A   Four months.

Q   And what did you do after that?

A   I went to look for other sources of funding.

Q   Other sources of funding for what?

A   For my business plan.

Q   And how long did you do that?

A   It took a year, I think.

Q   Around what year was that?

(Chambadal - 10/29/18)

A   I founded funding in October 2006.

Q   Understood.  And then what did you do after that?

A   We together -- the funder was a Dubai Financial Center, DIFC and we made a bid for a company called Bisys.

Q   A bid --

A   No, we were making a bid for a company called Bisys.

Q   And what happened with that?

A   Actually, we didn't submit a bid.  We passed.

Q   Understood.  What happened when -- so you decided not to submit the bid.  What happened next?

A   The date was not October 2006, I think it was October '05, I think.  Can I think for a second?  It was '06.

Q   How long were you working with that entity?

A   Dubai?

Q   Yes.

A   From that time of October of '06 til January 2017.

1          (Chambadal - 10/29/18)
2          Q     So where does SmartStream come into
3    play here?
4          A     Well, I tried to buy SmartStream first
5    when I was working for Welsh Carson and I got outbid
6    by a private equity and then we acquired --
7    eventually acquired SmartStream with the backing of
8    Dubai Financial Center.
9          Q     And what year was that?
10         A     We closed the deal in December '07.
11         Q     And you became the CEO of SmartStream;
12   is that right?
13         A     A year later.
14         Q     Understood.  What did you do in between
15   December '07 and your becoming CEO?
16         A     I was on the board and I was helping
17   with the company strategy and transforming the
18   company according to my plan.
19         Q     So you were on the board of SmartStream
20   Technologies, Inc.?
21         A     Yeah.
22         Q     Were you on any other boards at that
23   time?
24         A     I was on the board of Quantal and I
25   think I must have been on the board of a company

1          (Chambadal - 10/29/18)
2    called ETI.  That was it, I think.
3          Q     And what does Quantal do?
4          A     They do portfolio risk models.
5          Q     Portfolio risk models related to what,
6    trading?
7          A     Yes.
8          Q     What was your role on the board?
9          A     Just helping to strategize the company.
10         Q     Did you do anything specific for the
11   risk models, portfolio work?
12         A     No.
13         Q     So you helped with the company
14   strategy?
15         A     Yep.
16         Q     And how did you do that?
17         A     That's under NDA as well.  All the work
18   I do is covered by NDA.
19         Q     What about for ETI?
20         A     Same thing.
21         Q     Subject to an NDA?
22         A     Yep.  It should be noted that Quantal
23   and ETI are on completely different spaces than
24   SmartStream.
25         Q     And you were explaining why?

1          (Chambadal - 10/29/18)
2          A     Quantal were selling to portfolio
3    managers and ETI sells to Government agencies for
4    optimization of chips.
5          Q     Did you do any board work for a company
6    called Cube?
7          A     Yes.
8          Q     When was that?
9          A     Maybe a year and a half ago.
10         Q     And what kind of work did you do?  Was
11   it paid board work or unpaid?
12         A     Unpaid.
13         Q     And what kind of work did you do?
14         A     Same thing, director.
15         Q     Director of the board.
16         A     It should be noted that Cube is a
17   regulatory technology company, a completely
18   different space than SmartStream.
19         Q     And how is it a different space than
20   SmartStream?
21         A     SmartStream has nothing to do with
22   regulatory reporting.
23         Q     Your other board work, the Quantal and
24   ETI, was that paid or unpaid?
25         A     Unpaid.

1          (Chambadal - 10/29/18)
2          Q     So you mentioned -- back to Cube, they
3    do regulatory reporting.  Can you tell me a little
4    bit more about what that entails?
5          A     I'm going to make a comment, the
6    company SmartStream is -- there's another called
7    DUCO as a product of Cube.  This Cube has nothing to
8    do with DUCO.  DUCO is a direct competitor of
9    SmartStream.  I think there's confusion from
10   management from DUCO and Cube.
11         Q     So you haven't done any work with DUCO
12   Cube?
13         A     Zero.
14         Q     And you were working with a company
15   called Cube as a director on the board and they do
16   regulatory reporting.  I appreciate the
17   clarification.
18               Can you tell me a little bit about what
19   regulatory reporting entails?
20         A     They discover automatically roles that
21   are created by regulators and create a role book
22   that is used by clients.
23         Q     And SmartStream doesn't help companies
24   with regulations?
25         A     No.

6 (Pages 21 to 24)

1          (Chambadal - 10/29/18)
2          Q    Let's talk a little bit more about
3  SmartStream.
4               When were you hired as the CEO?
5          A    I think it was January '09.
6          Q    And when you were serving as the CEO
7  were you also on the Board of Directors?
8          A    Yes.
9          Q    What was your position on the board?
10         A    Director.
11         Q    And so as CEO that would make you an
12 officer of the company?
13         A    Yep.
14         Q    What was your pay as CEO?
15         A    In the beginning it was 625K a year.  I
16 got a salary increase, I forget when, to 675.
17         Q    Could you tell me a little bit more
18 about that.  So while you were CEO and let's focus
19 -- I understand companies grow and change.  Let's
20 focus on the 2015 to 2017 time frame.  What did
21 SmartStream do?  What was its main product or
22 service offered?
23         A    So when I bought the company it was
24 doing one thing very well, trade reconciliation.  I
25 added reference data utility, fees management

1          (Chambadal - 10/29/18)
2  utility, collateral management and managed service
3  reconciliation.
4          Q    I want to go through those a little
5  bit.  Trade reconciliation, what does that entail?
6          A    It entails a defined broken trade and
7  attempting to repair it automatically.  If it cannot
8  repair it automatically, it has tools for people to
9  fix the trade by hand.
10         Q    Does it require the customer to fix the
11 trade if it can't be done automatically?
12         A    For the software to test does it work,
13 SmartStream was doing that work.
14         Q    So you mentioned the trade
15 reconciliation and managed service reconciliation.
16 The customer does the work in trade reconciliation?
17         A    When they use the software on site.
18 When SmartStream managing the process, SmartStream
19 staff would reconcile it.
20         Q    And what was your role with trade
21 reconciliation and managed service reconciliation?
22         A    None, just CEO.  I was just running the
23 firm.
24         Q    Did you have -- so in order to run the
25 firm -- I understand you're not coding for the

1          (Chambadal - 10/29/18)
2  software.  How did you interact with these services?
3          A    I didn't.  I had people doing it.
4          Q    Did you have the knowledge of how the
5  services worked?
6          A    On a 50,000-foot level, yeah.
7          Q    So who did you work with?  I understand
8  you mentioned the 50,000-foot level.  Who were you
9  working with specific to these trade reconciliation
10 and managed service reconciliations?
11         A    Head of product, Darryl T-W-I-G-G-S.
12 For the managed service was a gentleman called
13 Julian and last name is T-R-O-S-T-I-N-S-K-Y.
14         Q    You mentioned that you added RDU?
15         A    Yes.
16         Q    Tell me a little bit more about that.
17         A    I found a team outside that could build
18 it, run it and hired them and we delivered a running
19 data utility within eight months.
20         Q    Within eight months.  That's
21 impressive.  What did the RDU encompass?
22         A    It was capturing data from data
23 vendors, cross referencing the data, cleansing it
24 and enriching the data.
25         Q    How was the RDU idea born?

1          (Chambadal - 10/29/18)
2          A    It was my idea from 20 years ago.
3          Q    And I think there was one other
4  component.  You talked about fees management and
5  collateral management.  Can you elaborate a little
6  bit more on what those entail?
7          A    Fees management, we did two things, we
8  build our own system and years later we bought the
9  platform that Credit Suisse built for the end users.
10         Q    Understood.  This RDU component is very
11 interesting.  You had a team build it and had it
12 running within 8 months.  Would that be -- did that
13 require some research and development budget to get
14 that going?
15         A    Development, yes, no question.  These
16 people had built it three times already.
17         Q    You said these people had built it
18 three times already?
19         A    Built a system like this three times
20 already.
21         Q    SmartStream can?
22         A    No, in the prior lives.
23         Q    The team that you created?
24         A    Hired.
25         Q    You hired them?

1           (Chambadal - 10/29/18)
2      A    Yeah.
3      Q    The team that you hired, were they
4  people already at SmartStream?
5      A    No, I hired them into SmartStream to
6  build the idea.
7      Q    Do you recall where they were prior to
8  SmartStream?
9      A    They were all capital reference data.
10     Q    And around when did you build the team,
11 hire them on?
12     A    I think it was Q2 '09.
13     Q    So after you built, you created this
14 reference data utility in around 2009, how did
15 SmartStream implement and use it?
16     A    SmartStream didn't plan it, the client
17 was using the service.  It's a data service.  There
18 was no implementation.  The client receives the feed
19 from RDU.
20     Q    Can you repeat that?
21     A    The client receives data feed from RDU.
22     Q    Understood.  And does the payment pay a
23 fee for the use of this?
24     A    Sure.
25     Q    To SmartStream presumably?

1           (Chambadal - 10/29/18)
2      A    Yes.
3      Q    Let's talk -- I want to get into a
4  little bit more about your role related to these
5  things.
6           When you were CEO, how many direct
7  reports did you have?
8      A    It varied.  Typically 8 to 10.
9      Q    And there were how many employees at
10 SmartStream at this time?
11     A    At the end or the beginning?
12     Q    Let's say around 2016.
13     A    800.
14     Q    And as CEO, you were at the top of
15 this, right?
16     A    Yes.
17     Q    You mentioned you were running the
18 company?
19     A    Yes.
20     Q    Who did you report to?
21     A    I reported to the board.
22     Q    And you were also on the board?
23     A    Yes.
24     Q    So as CEO, you're running the company,
25 let's talk about the authority you had in your

1           (Chambadal - 10/29/18)
2  day-to-day activities.  So as CEO, were you able to
3  decide or recommend who SmartStream hired for a
4  role?
5      A    It depended what level.
6      Q    So let's say the level underneath you.
7      A    Yes, of course.
8      Q    What about the level underneath that
9  level?
10     A    It depended how critical the job was.
11     Q    Did you make salary compensation
12 determinations?
13     A    I would authorize all the hires.
14     Q    And what about recruitment?  Did you
15 ever direct people below you where to look for
16 employees?  We think this is a really good company
17 or this is a good network that we should look into?
18     A    Sure.
19     Q    Did you hire any staff?
20     A    What do you mean?
21     Q    You said you hired people the direct
22 level underneath you and sometimes beneath them,
23 were you making a decision related to administrative
24 staff?
25     A    No.

1           (Chambadal - 10/29/18)
2      Q    Were you making decisions related to
3  SmartStream's capital expenditures?
4      A    Yes.
5      Q    What kind of capital expenditures?
6  What kind of decisions?
7      A    Buying hardware, for example.
8      Q    You said hardware?
9      A    Yes.
10     Q    What about -- well, what would the
11 hardware be for?
12     A    To run the RDU.
13     Q    Any other kind of hardware that you
14 would be directing?
15     A    Hardware for people's laptops and
16 servers, mail servers.
17     Q    What was your role with customers and
18 potential customers?
19     A    I was doing a lot of presales.
20     Q    What did that entail?
21     A    Going to customers and explaining what
22 we do for a living -- what we did for a living.
23     Q    And would you -- tell me a little bit
24 more about what you would actually do.  The
25 nitty-gritty.  You would go to customers and talk

1     (Chambadal - 10/29/18)
2  about what SmartStream did?
3     A    That's it.
4     Q    Would you have a presentation with you?
5     A    It depended how senior the person was.
6     Q    Would you invite people to
7  SmartStream's offices or would you go to the
8  potential customer?
9     A    Nine out of ten I was going to
10 customers.
11    Q    And what would you say?  Give me an
12 example.  You go to a customer, what's the pitch?
13    A    The pitch is all about back office
14 efficiency.
15    Q    Can you give me an example of, you
16 know, a couple minutes maybe from a pitch?  What
17 would you say?
18    A    Customer is five percent trade breaks,
19 a tool can get them to one percent trade break,
20 4 percent work, 2,000 people a year.  If you reduce
21 it by 4 percent, the savings are massive.
22    Q    And would you explain how the RDU
23 worked at all during that pitch?
24    A    The pitch was not about the RDU, it was
25 about reconciliation.

1     (Chambadal - 10/29/18)
2     Q    Would you explain how SmartStream
3  actually performed the reconciliation and the
4  services it offered?
5     A    No, I never understood.
6     Q    Then you didn't understand how it
7  worked?
8     A    I don't have knowledge of the inner
9  workings of the code, none.
10    Q    So what would you say if a customer
11 asked how does this work?
12    A    I would have somebody with me.
13    Q    And what would they say?
14    A    I don't know.
15    Q    As the CEO you didn't understand how
16 the process worked?
17    A    I'm a businessperson.  If somebody
18 wants to know how the matching works, I'm actually
19 incapable of explaining that.  You need to be a
20 software engineer to explain that.
21    Q    Anything else?
22    A    That's it.
23    Q    So you would prepare bids to customers?
24    A    No.
25    Q    You wouldn't give them pricing or

1     (Chambadal - 10/29/18)
2  anything like that?
3     A    No, never.
4     Q    What if a customer asked how much does
5  this cost?
6     A    We need to do a study how many people
7  you have, how many trades, asset classes.  It's
8  impossible to give a price on the fly.
9     Q    Understood.  Let's take it out of the
10 customer pitch meeting.  You've met with a customer
11 and they expressed interest.
12       What happens next?
13    A    I send my salespeople, my engineers, to
14 go scope their requirements.
15    Q    And then what happens?
16    A    Then you get some traction and then we
17 do a pilot and if the pilot is successful, then the
18 client says yes or no.  If they say yes, you move to
19 contract.
20    Q    When you move to contract, would you
21 review the contract?
22    A    It depends the size.
23    Q    And what's typically in these customer
24 contracts, generally speaking?
25    A    Price, length.  Some measures that they

1     (Chambadal - 10/29/18)
2  cannot bridge before they pay another price.
3     Q    Would you approve the price and the
4  length of the contract?
5     A    Only for very large deals.
6     Q    And did you ever -- so we've talked
7  about customers.  Did you ever work with strategic
8  alliances or partnerships?
9     A    Sure.
10    Q    Who would those be with?  Give me some
11 examples.
12    A    Euroclear, DTCC.
13    Q    What would the goal be of the strategic
14 alliance?
15    A    In the case of DTCC, we licensed our
16 trade reconciliation software for their trade
17 reporting engine.
18    Q    Who are some of the customers that you
19 worked with?  I understand you were there for a long
20 time.  Let's stick to the 2015, 2016, 2017 time
21 frame.
22    A    Hundreds.
23    Q    Understood.  What were some of the big
24 ones?
25    A    Goldman Sachs, JP Morgan, Morgan

1 (Chambadal - 10/29/18)
2 Stanley, UBS.
3 Q When you were working with those
4 customers would you prepare or would SmartStream
5 prepare materials for them to review about the
6 services SmartStream was offering?
7 A Again, depending on the seniority.
8 Q Depending on the seniority, but yes?
9 A No, if the person is very senior,
10 there's no slide. We don't do slides for senior
11 people.
12 Q What if the person was less senior?
13 A Then you present a deck, depending on
14 what they want.
15 Q And as the interaction with the
16 customers progressed you would get to the discussion
17 phase and you mentioned that you would eventually
18 get to the contract phase. Who else would have
19 access to or who would be reviewing the actual
20 contracts?
21 A So there were certain deals that we
22 would deem important and you had the CFO, legal
23 counsel, salesperson, head of sales, head of
24 professional services, head of managed service, if
25 needed and myself.

1 (Chambadal - 10/29/18)
2 Q And did SmartStream have the same -- we
3 started to talk about this, but it sounds like the
4 deal itself, the terms and the length and the
5 pricing differed depending on the customer and the
6 need. Is that right?
7 A Yeah.
8 Q So would you want to avoid all of the
9 customers having access to each others' contracts?
10 A Of course.
11 Q The pricing presumably would be
12 something you would want to keep secret?
13 A Of course, yes.
14 Q What about the materials? Would you
15 take one deck -- we talked a little bit about slide
16 decks. Would you recirculate the same slide deck to
17 different companies?
18 A The decks are all public information.
19 We've used them at dozens and dozens of trade shows
20 and conferences. There's nothing confidential about
21 the deck.
22 Q So the decks that you provided to a
23 customer is not confidential?
24 A Yeah, most of them on the website.
25 Q Makes sense. Good advertising

1 (Chambadal - 10/29/18)
2 presumably.
3 What about prospective deals? We
4 talked a little bit about strategic alliances. When
5 you're working with your potential strategic
6 partner, do you and that entity exchange materials?
7 A Yeah, under an NDA.
8 Q And so understanding -- I don't want
9 specifics. I wouldn't want any violation of an NDA,
10 but what kind of information are the two parties
11 exchanging?
12 A Mostly APIs documents.
13 Q I'm sorry, I'm not in technology. Can
14 you explain that?
15 A Application programmers interface.
16 SmartStream has a reconciliation engine that needs
17 to interface with dozens, sometimes hundreds of
18 other systems and the most important part was
19 integrating with these systems.
20 Q And so the materials would discuss
21 how -- technically how it would work from
22 SmartStream's perspective?
23 A No. It's really about field mapping.
24 Q Field mapping. So would it have --
25 A The client never saw anything about the

1 (Chambadal - 10/29/18)
2 inner working of our engine ever.
3 Q To the strategic partner?
4 A Or the customer.
5 Q So what information about the customer
6 would SmartStream receive?
7 A Trade volumes, asset classes, number of
8 users, number of machines.
9 Q Is that information usually kept
10 private within the company?
11 A Yeah.
12 Q And why would SmartStream want to enter
13 into an NDA before sharing this information?
14 A Because the client doesn't want this
15 information shared with anybody.
16 Q So you mentioned you were on the board
17 of directors. What kind of discussions and
18 materials were exchanged during the board meetings?
19 A Typically each head of sales would
20 present their plan. The head of product present its
21 plan and the head of managed services also present
22 the plan and the CFO, the CFO report.
23 Q And would any of these reports have --
24 I'm guessing the sales reports, the CFO reports that
25 would probably discuss the financial status of

1   (Chambadal - 10/29/18)
2   SmartStream; is that right?
3   A   Yeah, again, yep.
4   Q   And so basically the financial wellness
5   of the company?
6   A   Yeah.
7   Q   Would that material be kept
8   confidential?
9   A   No.  It's disclosed on Company House
10  every year.  If it's a UK company, it's in Company
11  House where you disclose all your numbers.
12  Q   So what about -- SmartStream is a
13  privately held company, right?
14  A   In the UK you have to report all your
15  numbers to Company House.
16  Q   Understood.
17  A   You can access it for free any time
18  they want.
19  Q   Understood that the company numbers are
20  not private information.
21  During the board meeting would the
22  directors ask about the services offered and
23  SmartStream's progress in developing different
24  products and services?
25  A   I cannot say they cared.

1   (Chambadal - 10/29/18)
2   Q   I'm sorry?
3   A   I cannot say they cared.
4   Q   They did not care, you think?
5   A   No.
6   Q   Understood.  Were topics that were
7   discussed about -- let's go with something specific,
8   the RDU.  Before engaging in a different strategy or
9   route as the CEO would you need to get approval from
10  the board?
11  A   Yes.
12  Q   And so how would you seek their
13  approval?
14  A   Well, before with SmartStream I put
15  together a business plan to create this back office
16  situation and they validated a plan and part of the
17  plan was to create a reference data utility.  When I
18  bought SmartStream, I presented the plan -- the plan
19  was already agreed to be a reference data utility.
20  Before I bought SmartStream I put together a plan
21  that entails a number of things.  To engage we had
22  the idea of building the reference data utility.  So
23  when I became CEO, the first thing I do is find a
24  team to build it.  Obviously the board presented a
25  plan and being aware of the progress.

1   (Chambadal - 10/29/18)
2   Q   The RDU it sounds like was a really
3   valuable asset for SmartStream that you provided?
4   A   Yeah, that's it.
5   Q   And the plan, who else had access to
6   that?
7   A   Dozens of people.
8   Q   Within SmartStream and the board?
9   A   Yes.  And also outside because we had
10  to present a plan to data vendors because we're
11  taking data from Reuters and IDC, so we had to
12  present a plan to go outside.
13  Q   To data vendors?
14  A   And also clients.  I went to
15  conferences to present the same deck.  There's no
16  genius with RDU.  I was the first one to do it.
17  It's not about the ideas.  It's about getting it
18  done and making it successful.
19  Q   You mentioned you were the first one to
20  do it.  Have other companies done it since then?
21  A   People had tried to do it beforehand
22  and failed, Accenture, for example.  They did build
23  MRDS and failed.  Capital reference data failed as
24  well.
25  Q   And what sets yours apart from those?

1   (Chambadal - 10/29/18)
2   A   Timing was better.
3   Q   How so?
4   A   It was post crisis.  Before the crisis
5   people didn't care about saving money.  Banks didn't
6   care.
7   Q   So post crisis.  That makes a lot of
8   sense.  What other companies have tried to develop
9   this RDU since the financial crisis?
10  A   SSNC has built one.  Bloomberg has
11  built one.  I think that's it.
12  Q   Have they had the same amount of
13  success that you have?
14  A   SSNC has had very strong traction.
15  Q   And how is SmartStream's different than
16  you said it was --
17  A   SSNC.
18  Q   How is SmartStream's different?
19  A   SSNC is not different.  It was built
20  for the buy side and also was built for the sell
21  side.  The same content.
22  Q   And in the eight months where you were
23  preparing -- you were wearing the utility and you
24  had it running within eight months, what steps did
25  you take to go from month one to month eight?

1          (Chambadal - 10/29/18)
2      A    I don't recall the steps.
3      Q    You mentioned that you were developing
4  a team.
5      A    I hired a team, yes.
6      Q    You hired a team?
7      A    And they went and built it.
8      Q    And how did you direct them?
9      A    I didn't direct them.
10     Q    They didn't seek your approval on
11 anything?
12     A    I'm a businessperson.
13     Q    Understood.  So you're a
14 businessperson.  You're the CEO?
15     A    I go build the RDU.  I wanted this and
16 this.  They get it and then they built it.
17     Q    You said you wanted this and this.  Can
18 you elaborate?
19     A    It's all about capturing data, cross
20 referencing, cleansing and enrichment.
21     Q    So when you were --
22     A    Nothing different than Accenture and
23 Capital, same concept.  And by the way, the same
24 people.
25     Q    You said --

1          (Chambadal - 10/29/18)
2      A    And the same people.  I hire people
3  from Capital Reference Data to build the referenced
4  data utility.
5      Q    When you were talking about this with
6  the board, were they pretty excited about it?
7      A    No.
8      Q    Did they approve it?
9      A    They were spending the whole time on
10 their BlackBerries.
11     Q    They weren't pretty attentive?
12     A    They never cared.
13     Q    Do you remember presenting any kind of
14 pitch to them, this is my plan?
15     A    Yeah.  Again, it was a long time ago,
16 but I'm sure it was part of the management.  I see
17 your report.  I'm sure I presented a deck.
18     Q    So let's talk -- I want to get back to
19 some of your CEO -- well, actually, let's focus on
20 this a little bit.  When you presented the roadmap
21 for -- did you ever present -- it seems like you
22 did.  You presented a roadmap for the RDU?
23     A    Before I put SmartStream, I put
24 together a business plan that entailed a number of
25 things, creating the reference data utility.

1          (Chambadal - 10/29/18)
2      Q    I mean you created it.  Did you find it
3  to be valuable?
4      A    Yes.  I think it was crown jewels.
5      Q    And so you wouldn't want to send that
6  to a competitor?  It was your idea, you wanted to
7  make money off of it?
8      A    That's not what I said.  I told you
9  there's another tool sprung up.  It's not a unique
10 concept.
11     Q    You mentioned it was crown jewels.
12     A    It was crown jewels then when we were
13 the first ones.  Now, I don't think they've done
14 anything.
15     Q    So the timing was really key there?
16     A    Absolutely.
17     Q    It and was really valuable based on the
18 --
19     A    Post crisis.  And '09 or 2010, the
20 crisis was -- two years of crisis.  The timing
21 couldn't have been better.
22          MS. WOLIVER:  Can you please mark this
23     as Plaintiff's-1.
24          (Project plan for the RDU was marked
25     P-1 for identification.)

1          (Chambadal - 10/29/18)
2  BY MS. WOLIVER:
3      Q    Would you mind taking a look at what
4  has been marked as Plaintiff's Exhibit 1?
5      A    Yep.
6      Q    Have you seen this before now?
7      A    Frankly, I don't recall seeing this
8  specifically.  I was getting at least 300 e-mails a
9  day when it was SmartStream.  Possibly.  I don't
10 know.
11     Q    What is this document?
12     A    It seems like it's -- it looks like the
13 project plan for the RDU became a joint venture with
14 the three banks.
15     Q    So you mentioned it looks like did you
16 say a project plan?
17     A    Yes.
18     Q    So who would look at this?
19     A    Our CTO, head of data operations, our
20 product manager and probably 2000 people underneath
21 them.
22     Q    And what was the purpose of this
23 project plan?
24     A    It's to deliver what the three banks
25 wanted to cover.

1     (Chambadal - 10/29/18)
2     Q    The three banks, what they wanted to
3     cover.  Would the three banks -- apologies for my
4     ignorance here, but would the three banks be the
5     customer?
6     A    We created a joint venture between
7     Goldman Sachs, JP Morgan and Morgan Stanley.  The
8     RDU used to be a unit of SmartStream.  We took it
9     out and created this unit with the three banks.
10    Q    Did they pay SmartStream for that?
11    A    They invested in the subsidiary
12    company, the joint venture.
13    Q    And so the service that SmartStream
14    provided, can you elaborate a little bit more as to
15    what SmartStream did to create the joint venture for
16    the three banks?
17    A    Morgan Stanley became a client I want
18    to say in 2010 or '11.  I don't remember which year.
19    We approached other banks and eventually the banks
20    decided to create a consortium and hired Accenture
21    to evaluate eight vendors and we were one of the
22    eight.
23    Q    And SmartStream was one of the eight?
24    A    Yes.
25    Q    And how was SmartStream chosen?

1     (Chambadal - 10/29/18)
2     A    We were chosen because we had the --
3     then we had the only working utility.  The other
4     vendors didn't have a utility yet, either just
5     software or managed service.  And also because
6     Morgan Stanley had been a client.  It was used in
7     production.
8     Q    And so this Exhibit 1 outlines part of
9     the plan for that joint venture?
10    A    Yep.
11    Q    Did the board of directors review this?
12    A    Doubt it.
13    Q    The clients, would they review this?
14    A    I don't know.  I don't know who was
15    presented it.
16    Q    But you wouldn't post something like
17    this on SmartStream's website or anything like that?
18    A    No.
19    Q    And why not?
20    A    There's no marketing value.  Why would
21    you do that?
22    Q    That's what I'm wondering.
23    A    There's no marketing value.
24    MS. WOLIVER:  Can you mark this as
25    Plaintiff's Exhibit 2?

1     (Chambadal - 10/29/18)
2     (RDU board meeting was marked P-2 for
3     identification.)
4     BY MS. WOLIVER:
5     Q    You've been handed what's been marked
6     as P-2.  Would you take a look at that, please?
7     A    Okay.
8     Q    What is this?
9     A    It looks like a print edition of the
10    RDU board meeting.
11    Q    And it's -- the date on here says 8
12    December 2016?
13    A    Yep.
14    Q    Does that mean that was the date of the
15    board meeting or the date it was presented?
16    A    Don't know.  It would be the date when
17    they bought it.  I don't know.
18    Q    Were you at the December 8 board
19    meeting?
20    A    I don't recall.
21    Q    Did you generally attend board
22    meetings?
23    A    Yes.
24    Q    As a director?
25    A    Yes.

1     (Chambadal - 10/29/18)
2     Q    How were they set up?  In person, on
3     the phone?
4     A    As they wished.  It was random.
5     Sometimes in person, sometimes by phone.
6     Q    Understood.  When there were --
7     A    And for these most people didn't attend
8     in person.  It was done by phone.
9     Q    And the materials would be circulated?
10    A    Yep.
11    Q    You were on the board.  Did you receive
12    materials?
13    A    Yep.  I don't recall ever receiving
14    this one.
15    Q    You mentioned this looks like -- can
16    you remind me, what is this again?
17    A    It's a board presentation to the RDU
18    board.
19    Q    And then let's go through this a little
20    bit.  If you turn to slide 4, it's marked
21    SmartStream 7.  One of these says financial update.
22    What is a financial update?  What is that as a board
23    discussion topic?
24    A    P&L and revenues.
25    Q    What is P&L?

```
1              (Chambadal - 10/29/18)
2      A    Profit and loss.
3      Q    Would you get a financial report?
4      A    Yes.
5      Q    Who else --
6      A    I'm not even sure if I was still on the
7   board then.  Because we had to hire a CEO for RDU
8   for the JV.  I'm not even sure I was on the board
9   still.
10     Q    We were talking about financial
11  reports.
12     A    Yep.
13     Q    While you were a CEO, did you receive
14  those?
15     A    Yes.
16     Q    Who else received the financial report?
17     A    The board members, the CFO was issuing
18  it, company counsel.
19     Q    Would that be something that was widely
20  disseminated outside of the company?
21     A    No.  Maybe two dozen people saw it.
22     Q    You generally -- at least with most
23  companies you would generally keep financial reports
24  internally?
25     A    Yes and no.  If the company is doing
```

```
1              (Chambadal - 10/29/18)
2   well, you want people to know it.
3      Q    There wasn't any kind of standard
4   procedure on distributing the financial report
5   outside of the dozen or so people that you
6   mentioned?
7      A    No.
8      Q    What about this Deutsche Borse
9   pre-contract deal details?
10     A    Yep.
11     Q    Were you involved in a Deutsche Borse
12  deal at all?
13     A    Yep.
14     Q    Can you tell me about it?
15     A    Deutsch wanted to built the MIFID2.
16     Q    And what is that, again?  What does
17  that mean?
18     A    It's a European regulation for trade
19  compliance and they need reference data to power the
20  portal.
21     Q    So the deal would be Deutsche Borse
22  would be the customer?
23     A    There would be a partner and they would
24  sell the service to their companies.
25     Q    And it has its own bullet here.  Was
```

```
1              (Chambadal - 10/29/18)
2   that a big deal?
3      A    Deutsche Borse is one of the top 10 in
4   the world, yes.
5      Q    Were you involved in that at all?
6      A    Yep.
7      Q    What was your role in the deal?
8      A    I initiated the deal.
9      Q    How did you do that?
10     A    I knew everybody in the business.  I
11  knew the CEO.  I knew the head of strategy.  I knew
12  the board members.  That's what I do.
13     Q    Interesting.  So you knew everybody.
14  Did you reach out to your contact there?
15     A    Yep.
16     Q    And what did you say?
17     A    I told them that I thought SmartStream
18  should partner with Deutsche Borse.
19     Q    Did you hold meetings after that?  Did
20  they jump right on board?
21     A    It took them a bit.
22     Q    How long?
23     A    Six month.
24     Q    This seems like -- did you broker this
25  deal?  Is that what you would say?
```

```
1              (Chambadal - 10/29/18)
2      A    No, I'm the boss.  I don't broker
3   stuff.
4      Q    You're the boss.  Describe your role to
5   me.
6      A    I issued a DID and then people execute.
7   We had a new CEO of RDU coming in.  He executed and
8   contracted.  I was not involved in that part.
9      Q    Did you approve materials before they
10  were sent over to Deutsche Borse?
11     A    Yeah, some.
12     Q    And what kind of content would be in
13  the materials?
14     A    Similar to -- not this one.
15     Q    You've got Exhibit 2 in front of you
16  right now?
17     A    I know.  There's nothing in here.  It
18  was more RDU's marketing decks.
19     Q    What about pricing information?
20     A    I think it was the CEO of RDU took care
21  of that.
22     Q    And would you approve the fee
23  discussion or the pricing matrix before it went out
24  to Deutsche Borse?
25     A    No, because I was not CEO of RDU
```

1          (Chambadal - 10/29/18)
2     anymore.  I think it was approved by the board of
3     RDU.
4          Q     Understood.  When you were initiating
5     the deal, did you discuss pricing at all with
6     Deutsche Borse?
7          A     I'm sure some.
8          Q     Back on this Exhibit 2, page marked
9     SmartStream 8.  Can you tell me what this means,
10    this page, the content on here?  What am I looking
11    at?
12         A     The proposed pricing with the deal with
13    Deutsche Borse.
14         Q     Who would need to know this
15    information?
16         A     The board of RDU, the CEO, the CTO, the
17    CFO, counsel.
18         Q     And I see some numbers here, service
19    fee and project costs.  What do each of those mean?
20         A     Project costs are built costs.
21    Probably development costs.
22         Q     Costs to SmartStream?
23         A     Yeah.  Not to SmartStream, to RDU.  RDU
24    is different company.
25         Q     Understood.  What about the service

1          (Chambadal - 10/29/18)
2     fee?
3          A     Service fee is a fee for receiving new
4     data.
5          Q     And RDU wouldn't want the service fee,
6     that number, distributed to entities other than
7     Deutsche Borse, right?
8          A     What do you mean?
9          Q     So that service fee, I understand
10    that's the cost that SmartStream or that RDU would
11    be charging to Deutsche Borse; is that right?
12         A     Yeah.
13         Q     So we wouldn't want other potential
14    partners or other potential customers to know what
15    that service fee was, right?
16         A     Yeah.
17         Q     What about the cost, would we want
18    other companies to know what the internal costs to
19    RDU would be?
20         A     No.
21              MS. WOLIVER:  Please mark this as
22         Plaintiff's-3.
23              (Confidential Post-Trade Operations
24         Platform Business Plan, September 2016,
25         SMARTSTREAM000065 - SMARTSTREAM000092,, was

1          (Chambadal - 10/29/18)
2         marked P-3 for identification.)
3     BY MS. WOLIVER:
4          Q     Would you mind taking a look at this
5     that's been marked as Exhibit 3.  What is this
6     document?
7          A     It's Deutsche Borse and SmartStream
8     considered doing a JV to create a post-trade
9     operations platform and that's the plan that was
10    created by Deutsche Borse.
11         Q     So Deutsche Borse prepared this Exhibit
12    3.  Who did it provide this to?
13         A     Hundreds of prospects.  It's a
14    marketing brochure.
15         Q     It's a marketing brochure?
16         A     Yes.
17         Q     Did you receive this, too?
18         A     Yep.
19         Q     So if you look at the top left corner,
20    it says confidential.  Deutsche Borse, you said they
21    prepared this so they stamped it confidential.  Who
22    did they -- you said they provided it to hundreds.  Who
23         A     Hundreds of people saw that deck.
24         Q     Hundreds of people?
25         A     Yeah.

1          (Chambadal - 10/29/18)
2          Q     Where?
3          A     Clients, prospects.
4          Q     SmartStream being one of them?
5          A     SmartStream received that deck, yeah.
6          Q     And so the hundreds of people that
7     received it, they were in SmartStream?
8          A     No, no, they were prospects of clients.
9          Q     Competitors to SmartStream?
10         A     No, prospects or clients.  They're not
11    competitors of SmartStream.  Prospects or clients.
12         Q     Prospects to who?
13         A     Banks.  Not competitors.
14         Q     Why would they -- what would the
15    utility be in receiving this?  What's the point of
16    this?
17         A     To convince clients to buy into the
18    plan.
19         Q     And so Deutsche Borse was trying to
20    convince SmartStream as a client?
21         A     No.  SmartStream was a partner.
22         Q     So let me elaborate.  I'm not
23    understanding.  So who would they be --
24         A     Again, Deutsche Borse and SmartStream
25    contemplated creating a joint offering, this, and

**WINTER REPORTING, INC.   (212) 953-1414**

1          (Chambadal - 10/29/18)
2     SmartStream was going to license technology and this
3     document was prepared by Deutsche Borse to present
4     to clients, prospects -- not clients, to see if they
5     would be interested to be clients of this.
6          Q     Understood.  So this would be --
7          A     A marketing document.
8          Q     Understood.  Would it be sort of like a
9     pitch, then?
10         A     It is a pitch document.
11         Q     Got it.  So they would want their
12    prospective clients to review this and decide, you
13    know, based on the material I've received here, I'm
14    interested in being a client or I'm not.  Is that
15    right?
16         A     Yeah.
17         Q     Why do you think Deutsche Borse would
18    mark this confidential?
19         A     No idea.  I mean they never -- I've
20    been in client presentation with them.  Nobody
21    signed an NDA.  Again, there's no IP in here.
22         Q     Can you turn to the appendix here.
23    It's on SmartStream, on the bottom right corner,
24    SmartStream 83.
25         A     Yep.

1          (Chambadal - 10/29/18)
2          Q     What is this?
3          A     The top part looks like a screen shot
4     from SmartStream user interface and the bottom is
5     just a list of attributes.
6          Q     So are the interface and the list of
7     attributes, do you think that would be an appealing
8     factor to a potential customer?
9          A     All that stuff is on the SmartStream
10    website, all of it.
11         Q     I understand that.  That's not what I
12    asked, though.  Would this be a way to kind of
13    allure the client?
14         A     No.  What was the point of this was to
15    assemble a number of products and run it for the
16    clients.  It's a managed service play, not a
17    software play.
18         Q     Can you turn to SmartStream 84?
19         A     Yep.
20         Q     What is the outsourcing service
21    platform referenced data engine?
22         A     That's the RDU.
23         Q     So what is this page?
24         A     It describes a process of managing
25    reference data by the RDU.

1          (Chambadal - 10/29/18)
2          Q     And that's SmartStream's process or
3     RDU?
4          A     The RDU.
5          Q     And then the next page, 85?
6          A     That's a schematic of the collateral
7     engine from SmartStream.
8          Q     A schematic from the collateral engine
9     of SmartStream?
10         A     Yep.
11         Q     These are slides, right?
12         A     Yep.
13         Q     Underneath, if you look on 84,
14    underneath the bar that says exception processing,
15    it's stamped.  Does it say strictly confidential?
16         A     Yep.
17         Q     And on the next page as well?  Is that
18    what it says?
19         A     It's what it says, but again if you
20    don't recall an NDA for any presentation, I think
21    the confidentiality goes by the window.
22         Q     Understood.  If something is not
23    subject to an NDA, confidentiality obligations
24    aren't required?
25         A     If you show this in a public forum --

1          (Chambadal - 10/29/18)
2     there's nothing confidential in there.  There's no
3     confidential information.  You can say confidential
4     all you want.  All that stuff is on the SmartStream
5     website.
6          Q     This is on SmartStream's website?
7          A     Absolutely.  All that stuff here is
8     collateral.  It's marketing collateral.  It's
9     nothing confidential about it.
10         Q     So you're telling me this presentation
11    that says Deutsche Borse --
12         A     All the SmartStream data -- I can't say
13    what Deutsche Borse has in mind.  All of this is on
14    the SmartStream website and I'll be happy to take
15    you through it any time.
16         Q     Understood.  This slide says Deutsche
17    Borse group on it?
18         A     Yeah, but I'm showing you the stuff
19    that you show me, which is SmartStream information.
20    You're saying that strictly confidential means this
21    and it doesn't mean anything because this stuff is
22    taken from the SmartStream website.
23         Q     Did you put it on the SmartStream
24    website?
25         A     No, it's part of marketing collateral.

1          (Chambadal - 10/29/18)
2     Q     So how do you know it's on the
3    SmartStream website?
4     A     I was CEO for 10 years, ma'am.  I know
5    what's on the website.
6     Q     As CEO, you understand how this, the
7    RDU process works, right?
8     A     Yeah.
9     Q     And you understand how the partnership
10   process works?
11    A     Yep.
12    Q     And I want to make sure I'm not
13   misunderstanding.  You agree that this packet of
14   materials is marked strictly confidential?
15    A     That's what it says.
16    Q     But because there is not an NDA in
17   place --
18    A     No, it's not that.  One, there's no NDA
19   and it's public information.
20    Q     Let's talk about public information.
21   This post-trade operations platform business plan
22   marked Deutsche Borse Group, you're saying that this
23   is public information?
24    A     No. No. I said the SmartStream bid is
25   public information.

1          (Chambadal - 10/29/18)
2     Q     Can you tell me exactly what the
3    SmartStream bid is?
4     A     Page 83, 84, 85, 86, 88, 89 and 90.
5     Q     And you're saying that those pages are
6    public information?
7     A     Yes.
8     Q     Because they're on SmartStream's
9    website?
10    A     Because they're used as part of
11   marketing index and they're probably on the
12   SmartStream website.
13    Q     Understood.  So marketing, can
14   marketing materials -- in my opinion, can
15   marketing materials ever be confidential?
16    A     No.  The whole point of marketing is to
17   show it to the market and prospects and clients.  I
18   would go to a trade show, I have 500 people in front
19   of me, I show a slide like this.
20    Q     Understood.
21    A     Why would I show something confidential
22   to 500 people?  Fifty people are working for my
23   competitors there.  It doesn't make any sense.
24    Q     Are fee materials ever marketing,
25   pricing fees?

1          (Chambadal - 10/29/18)
2     A     No.
3     Q     That's not in marketing?
4     A     No.
5     Q     So something that is, in your
6    understanding, a marketing material would not be
7    confidential, but other items that you could present
8    to the customer like fee structure, pricing, that
9    could still be confidential?
10    A     Of course.
11    Q     Understood.  What about the terms of a
12   strategic partnership like with Deutsche Borse,
13   would that be confidential?
14    A     Of course.
15          MS. WOLIVER:  Could you mark this as 4?
16          (Addendum to contract,
17    SMARTSTREAM000003, was marked P-4 for
18    identification.)
19   BY MS. WOLIVER:
20    Q     I'm handing you a short, one-page
21   document.  What is this?
22    A     That looks like the addendum to a
23   contract between SmartStream and the bank.
24    Q     And in it it looks -- does it say
25   contract price?

1          (Chambadal - 10/29/18)
2     A     Yep.
3     Q     And software fee?
4     A     Yep.
5     Q     So is this document -- I mean what it
6    looks like to me, I just want to make sure I don't
7    misunderstand it, it looks like this would be an
8    example of part of a customer contract that
9    addresses the fee from SmartStream?
10    A     Yep.
11    Q     And this is something that the customer
12   and SmartStream would want to keep confidential?
13    A     Of course, yes.
14          MS. WOLIVER:  Before we totally leave
15   Deutsche Borse, can you please mark this as
16   Plaintiff's Exhibit 5.
17          (Post-Trade Operations Platform
18    Business Plan, September 2016,
19    SMARTSTREAM000065 - SMARTSTREAM000092, was
20    marked P-5 for identification.)
21   BY MS. WOLIVER:
22    Q     If you could take a minute to look at
23   that, please.
24          Do you recognize this?
25    A     Yep.

1      (Chambadal - 10/29/18)
2      Q    What is this?
3      A    It's showing how Deutsche Borse is
4  going to work with two partners, SmartStream RDU and
5  Reis Focus (ph).
6      Q    And how would they be working with the
7  two partners?
8      A    RDU would provide the data, Reis Focus
9  (ph) would validate the trades.
10     Q    And it looks like -- I see it says here
11  kind of stamped at the top right corner here,
12  Deutsche Borse Group.  Do you know who prepared
13  this?
14     A    No.
15     Q    You didn't prepare it?
16     A    That chart, no.
17     Q    So who would be -- who would be the
18  recipient of something like this?
19     A    Well, first and foremost, prospects
20  within SmartStream RDU would be the CTU, the head of
21  ops, the product manager.  I mean the whole
22  management team.
23     Q    So the management team.  It discusses
24  how the -- it says here schematic.  Technical,
25  architecture overview schematic.

1      (Chambadal - 10/29/18)
2     A    Yep.
3     Q    What does that mean?
4     A    I'm not sure I understand the question.
5  It's data flow.  It's data coming from sources and
6  what we do to the data and the outcome.  There's
7  nothing -- there's no -- again, that's marketing
8  material.
9     Q    And who would it be marketing towards?
10     A    The prospects.  So you could understand
11  who is doing what.
12     Q    Do you think Deutsche Borse prepared
13  this, then?
14     A    Yep.  It says Deutsche Borse.
15     Q    Okay.  We can put that aside for now.
16        MS. WOLIVER:  Let's take a quick break.
17  We've covered a lot in a little over an hour
18  and a half.
19        (Brief recess.)
20  BY MS. WOLIVER:
21     Q    Back on the record.  Before we shift
22  gears, I just want to circle back on a couple items
23  and then we'll move it along here.
24        We talked about SmartStream pitching to
25  prospective clients and also working with potential

1      (Chambadal - 10/29/18)
2  partners for strategic deals.  What would make
3  SmartStream the competitive option in both?  We can
4  start with one.  What would make SmartStream the
5  competitive option for the customer?  Why would they
6  pick SmartStream?
7     A    Better technology, more referencable
8  clients.
9     Q    More reference?
10     A    More referencable clients, better CEO.
11     Q    Higher profile.  And you said better
12  technology.  What is -- can you explain the
13  technology a little bit?  Why is it better?
14     A    I have no idea.
15     Q    Understanding you're not an engineer.
16  Neither am I.  You mentioned --
17     A    I don't know.
18     Q    It has better technology?
19     A    Then I would have an engineer to my
20  side.  We can explain what technology is better.
21     Q    Understood.
22     A    We could sell to CTO.  We wouldn't
23  pretend to know what a CTO would care about.  I
24  would have my CTO with me.
25     Q    Understood.  And would you and your CTO

1      (Chambadal - 10/29/18)
2  discuss any of this before going into the client
3  meeting?
4     A    No.
5     Q    So you never asked what is our
6  technology?
7     A    It's irrelevant to me.
8     Q    So you never asked what it was?
9     A    I'm not in technology.  I would look at
10  the code and what, there's nothing I could
11  understand.
12     Q    I hear you.  I'm not a technology
13  person, either.  My question, though, is you never
14  went to your chief technology person and said, can
15  you explain this to me?
16     A    No.  I hired the CTO after I bought the
17  company.
18     Q    You mentioned that you're not the
19  technology expert, you're the businessperson?
20     A    Yep.
21     Q    So as part of the business you would be
22  preparing business strategies?
23     A    You mean for the company or for the
24  clients?
25     Q    Either.

1          (Chambadal - 10/29/18)
2     A     For the company, yeah.
3     Q     And how would you communicate those
4  business strategies?
5     A     A lot of whiteboarding.
6     Q     With who?
7     A     With the management team, product
8  manager, CTO.
9     Q     And would you discuss as part of your
10  business strategy SmartStream's competitive
11  positioning?
12    A     Yeah.
13    Q     And who would you discuss that with?
14    A     I would present to the board, but it
15  was a one-way broadcast, never a discussion.
16    Q     Understood. Thank you.
17    A     Sometimes when you're in a discussion,
18  you expect the other person to answer. The board
19  never, ever commented on anything presented.
20    Q     That sounds frustrating.
21          When you presented to the boards, would
22  you at least give them materials in hopes that they
23  would review them?
24    A     In the beginning, yeah.
25    Q     And what kind of materials?

1          (Chambadal - 10/29/18)
2     A     It was the CEO report and eventually I
3  just got, as I said, the head of sales and head of
4  product and the CTO to present their decks.
5     Q     Let's talk about the CEO report first.
6  What would happen with that? You would distribute
7  it. Presumably it would contain pretty sensitive
8  information for the board's consideration?
9     A     I stopped probably in 2012 doing the
10  CEO report because I realized nobody has read it.
11    Q     You stopped around 2012?
12    A     Yeah.
13    Q     But then you would talk about the
14  materials?
15    A     No, I would let the CFO talk about
16  these materials.
17    Q     And what about -- so you talked about
18  the CEO report. What was in that?
19    A     State of affairs, progress.
20    Q     Anything else?
21    A     That was it.
22    Q     Would it discuss, you know, competitive
23  positioning, next steps for SmartStream?
24    A     No.
25    Q     No business strategy?

1          (Chambadal - 10/29/18)
2     A     No. It was a monthly report.
3     Q     Understood. And you mentioned a second
4  component, too. So the CEO report and there was
5  something else -- your teams would prepare slide
6  decks?
7     A     Yes.
8     Q     And what would be on those?
9     A     The sales plan for next quarter, next
10  year.
11    Q     So the sales plan, interesting. Would
12  that have what, pricing information?
13    A     No.
14    Q     What would be in the sales plan?
15    A     Which segment of the markets they would
16  sell what to whom.
17    Q     Understood. So would that be something
18  that you would post -- I mean it doesn't sound like
19  marketing. You wouldn't post that online, would
20  you?
21    A     No.
22    Q     Would it be kept, you know, on a
23  need-to-know basis?
24    A     Yeah.
25    Q     And then what about -- we talked

1          (Chambadal - 10/29/18)
2  briefly about financial reports. You would have
3  access to a financial report?
4     A     Yeah.
5          MS. WOLIVER: Can you please mark this
6  the next exhibit?
7          (Finance Report, April 2016 results,
8  SMARTSTREAM000093 - SMARTSTREAM000109, was
9  marked P-6 for identification.)
10  BY MS. WOLIVER:
11    Q     If you wouldn't mind taking a look at
12  this.
13    A     Yep.
14    Q     So would this be an example of a
15  finance report you received?
16    A     Yep.
17    Q     It says here for distribution to the
18  board and ICD only.
19          Who is ICD?
20    A     The shareholder.
21    Q     And this would be prepared by
22  SmartStream?
23    A     Yeah.
24    Q     And was it, in fact, distributed only
25  to the board and ICD?

1          (Chambadal - 10/29/18)
2      A    And the people -- counsel saw it, a
3  number of people in finance.
4      Q    Let's go through this.  If you flip it
5  over from the cover page, it's marked SmartStream
6  94.  You've got something on here that says results
7  and underneath it revenue, license, recurring
8  license and services, maintenance, et cetera.
9      A    Yep.
10      Q    What is this showing?
11      A    Performance of the company.  That's
12  what's on the Company House.
13      Q    What about below it, 12 month rolling
14  CPIs?
15      A    Showing the bookings.
16      Q    What are bookings?
17      A    It's -- you have a contract, you sign
18  for five years, 1 million a year for five years, so
19  the booking would be 5 million.
20      Q    And then on the next page it says total
21  contract values.  What is that about?
22      A    Same idea, show -- what's going to come
23  the next few years.  It's not the current view,
24  future view of the company.
25      Q    And then on the next page marked 97, it

1          (Chambadal - 10/29/18)
2  says bookings and revenue.  Under it it says
3  license, recurring license and services,
4  maintenance.  Is that right?
5      A    Yep.
6      Q    What is that about?
7      A    So I was trying to explain to the board
8  for 10 years that perpetual license has no value in
9  the software business.  The only thing that has
10  value is recurring where you sell multi-year
11  licenses.  That's why we separated the recurring
12  license.
13      Q    So under license it says, license
14  bookings in April totaled 516,000 euros and then
15  below recurring license and services, the recurring
16  licenses and services for the month was 666,000
17  euros.  Is that right?
18      A    I don't think it's euros.
19      Q    I'm sorry, what is that?
20      A    Pounds.
21      Q    Thank you.  And so what benefit is this
22  information for the board and ICD?
23      A    They didn't care.
24      Q    I understand.  So what was your hope
25  that they would see with this information?

1          (Chambadal - 10/29/18)
2      A    That the business was actually doing
3  very well.  The board and the shareholder never
4  understood the value of recurring revenues.
5      Q    And so you were trying to explain to
6  them the value of a proposition?
7      A    And report every board meeting for 10
8  years.
9      Q    As your role as CEO, part of your job
10  was to explain to the board and the shareholder how
11  to make the company more money; is that right?
12      A    Well, ultimately it's about creating
13  shareholder value.  Hopefully you make more money
14  and the company is worth more, but it's how you make
15  the money that's more important.  The perpetual
16  license is valued at zero or one where the recurring
17  license is valued at 5 to 10 times.
18      Q    So if you could turn to -- I think
19  it's -- turn to SmartStream 100.  What do these two
20  paragraphs mean?  What is this saying?
21      A    Show me the costs.  I assume there
22  would be a header.  I think you're missing a page.
23      Q    But from what you can tell,
24  understanding there might be a page missing, it's
25  discussing the cost to SmartStream?

1          (Chambadal - 10/29/18)
2      A    Yep.
3      Q    And then the next page here marked 101,
4  it says backlog?
5      A    Yep.
6      Q    What is this addressing?
7      A    The same thing as before.  Like the
8  bookings of TCB.
9      Q    What is an estimated closing backlog?
10  What does that mean?
11      A    It shows the year prior you're going to
12  get guaranteed 6 million in '16; '17, 10 million.
13      Q    I understand.  So this lays out the
14  expected revenue to be received from deals that
15  SmartStream has entered into?
16      A    Received and recognized.
17      Q    And then if you turn to SmartStream
18  104, it says summary of sales executive performance
19  in 2016.
20      Do you see that?
21      A    Yep.
22      Q    What is this about?
23      A    It's showing each salesperson's quota
24  and where they are at that point in time vis-a-vis
25  their quota.

1    (Chambadal - 10/29/18)
2    Q    Do the salespeople have different
3    quotas?
4    A    Yep.
5    Q    Do you know what each other's quotas
6    are?
7    A    They talk.  Yeah, they do.
8    Q    Do they know what -- it talks about the
9    quota.  Is there any pay component in this?
10   A    Any what?
11   Q    Pay component.
12   A    What did you mean?
13   Q    About the money that they receive, the
14   salespeople?
15   A    Absolutely.
16   Q    Let's go to page SmartStream 106.  It
17   says sales pipeline report rolling 12-month gross
18   pipeline by salesperson.
19        Do you see that?
20   A    Yep.
21   Q    And what is this explaining?
22   A    That's how the pipeline is evolving
23   over time.
24   Q    By a salesperson?
25   A    Yep.

1    (Chambadal - 10/29/18)
2    Q    So what do you mean by how the pipeline
3    is evolving over time?
4    A    The salesperson leaves by the pipeline.
5    It shows the evaluation of pipeline.
6    Q    Pipeline of what?
7    A    Of the deals.
8    Q    Let's go to the next page marked 107.
9    It says cash, excluding the RDU group cash bonus at
10   the end of April is 8.7 million.  Is that what that
11   says?
12   A    Yes.
13   Q    And a decrease of 8.9 million in the
14   month.  What is this telling us?
15   A    The position for the SmartStream group.
16   Q    And it looks like there was a decrease
17   in cash balances for this particular report?
18   A    Yeah.
19   Q    You said you were the CEO for 10 years.
20   Does it fluctuate for each financial report,
21   sometimes there are increases, sometimes there are
22   decreases?
23   A    Absolutely.  It's very much Q1 you sell
24   very little, Q2 a little more, Q3 a little less and
25   Q4 you sell more than 1, 2, 3 and 4 combined.  The

1    (Chambadal - 10/29/18)
2    cash depletes and then at the end of the year you
3    have a lot of cash because you've sold a lot of
4    stuff at the end of the year.
5    Q    Who else other than the board of
6    directors and ICD, who has knowledge of the cash
7    flow and what you just described?
8    A    Finance and counsel and the head of the
9    management team.
10   Q    You wouldn't share that information
11   with your customers or the public?
12   A    No.  They would see it on Company
13   House.
14   Q    On Company House?
15   A    Yeah.  All that stuff is disclosed on
16   Company House.
17   Q    All of what stuff?
18   A    The financials.
19   Q    The cash decreases?
20   A    I don't have an example.  If you look
21   at Company House, you'll see full disclosures on the
22   financials of the company.
23   Q    I understand the full disclosures.  I
24   want to understand what that means.  Does it talk
25   about the amount of cash flow at each month?

1    (Chambadal - 10/29/18)
2    A    I don't know.  I'll check.  Probably
3    not each month.  But they'll give you snapshots once
4    a year.
5    Q    And what does the public snapshot show?
6    A    All the financials.  It shows you TCD,
7    the bookings broken down by license.  Everything you
8    ask for.  It's all there.  For 2017, the recurring
9    revenues increased 37 percent.
10   Q    Does it lay out the salespeople's names
11   and their quotas?
12   A    No.
13   Q    Does it lay out the customers that have
14   purchased the licenses?
15   A    No.
16   Q    Does it lay out the backlog by
17   customer?
18   A    No.
19   Q    But that information is in this
20   financial report?
21   A    Yep.
22   Q    Let's look at SmartStream 108.  At the
23   bottom here it says -- can you read that last
24   paragraph?
25   A    This one here?

1     (Chambadal - 10/29/18)
2     Q    Yes.
3     A    At the request of the RDS board, we
4  have prepared a cash flow forecast for 12 month.
5  This indicates that the cash balance would be
6  exhausted near the end of 2016.  We've also
7  responded to requests from Goldman Sachs to
8  revalidate financial assumptions formed at the time
9  of the business plan in connection with updates of
10 their three-year valuation model.
11    Q    So this information -- I understand
12 that some of the financials would be posted to the
13 website that you discussed, would this be posted
14 there, too?
15    A    I don't know because I know they
16 separated the RDU, so I don't know.
17    Q    And then the last thing on this
18 document, it says summary of legal issues.
19    A    Yep.
20    Q    Can you take a look at that?
21    A    Yep.
22    Q    What is this describing?
23    A    It's typically employees that either
24 left or terminated or suing the company.
25    Q    Is it legal strategy?

1     (Chambadal - 10/29/18)
2     A    No.  It's just because -- live cases
3  against the company.
4     Q    A summary of the cases against the
5  company?
6     A    Yep and the third one, Methea Tep is
7  the one I was referring to.
8     Q    Yes, I see it.  And it discusses the
9  status of those?
10    A    Yep.
11    Q    Did you elaborate -- when you were
12 going through this report, would you discuss any
13 more about the cases?
14    A    Counsel would.
15    Q    Counsel would present.  I understand.
16    Let's put that aside for now.
17    MS. WOLIVER:  Can you please mark this
18 as Plaintiff's Exhibit 7?
19    (Defendant's Response To Requests For
20 Admission was marked P-7 for identification.)
21 BY MS. WOLIVER:
22    Q    If you wouldn't mind taking a look at
23 this.  I want to direct you specifically to number 4
24 on here.  Can you read it?
25    A    Admit that you accessed SmartStream

1     (Chambadal - 10/29/18)
2  Confidential Information when using the MacBook and
3  the BlackBerry during the course of your employment.
4  Response:  Admit.
5     Q    I want to talk a little bit more about
6  the confidential information that you accessed here.
7  Can you elaborate on what kind of information you
8  accessed using -- just generally, in your work
9  really?
10    A    I would say it's mostly financial data.
11    Q    Like Exhibit 6?
12    A    No, part of Exhibit 6.
13    Q    Parts of Exhibit 6.
14    A    Most of Exhibit 6 is public
15 information.
16    Q    So what parts of Exhibit 6 would be the
17 financial data that was confidential?
18    A    Sales quota and revenues per clients.
19 That's about it.
20    Q    What about like the fee structures?
21    A    There's no fee structure in there.
22    Q    That's fair.  Setting aside number 6,
23 you discussed financial information generally was
24 the brunt -- financial data, you said.  So what
25 other financial data?

1     (Chambadal - 10/29/18)
2     A    Fee structure is never confidential
3  because clients talk.  As I'm sure you know, Wall
4  Street is a revolving doors.  You sell somebody at
5  the bank, they usually contract with you and then
6  they go somewhere else.  They know exactly all the
7  terms.  There's no secret.
8     Q    What about matters that were subject to
9  an NDA?
10    A    I don't recall having access to client
11 information or anything like that.
12    Q    So financial data.  What other
13 confidential information?
14    A    Employment terms for senior stuff.  I'm
15 the IP person here.
16    Q    The CEO.  We haven't talked about this
17 yet, but you also, around spring of 2016, you
18 transitioned from the CEO to a non-executive
19 president role?
20    A    Yes.
21    Q    What did you do through that role?
22    A    What I was doing before, trying to hold
23 the company together.
24    Q    And how did you do that?
25    A    Well, trying to convince people not to

1           (Chambadal - 10/29/18)
2    quit.
3         Q     Did you do anything with business
4    development?
5         A     I was trying to.
6         Q     And what did that entail?
7         A     Same prospects.
8         Q     Same prospects?
9         A     Yes, helping salespeople because there
10   was nobody to do it anymore.
11        Q     You were helping salespeople?
12        A     That's what I did in my 10 years.  I
13   helped salespeople sell.
14        Q     And so what did that entail for helping
15   salespeople sell?
16        A     Giving the pitch to senior clients and
17   also senior clients don't necessarily want to talk
18   to a salesperson because they think they have no
19   value.  That's their opinion.  They see me
20   explaining why we do things and away we go.
21        Q     You would discuss the way SmartStream
22   does business?
23        A     Product strategy.
24        Q     Circling back to -- we're talking about
25   confidential information here.  I want to talk about

1           (Chambadal - 10/29/18)
2    what SmartStream did to classify its information as
3    confidential.  We've gone through some documents and
4    they were marked confidential.  What else did
5    SmartStream do?
6         A     Deutsche Borse documents were marked
7    financial.
8         Q     You mentioned that that -- let's take a
9    look at this one, the financial report, number 6?
10        A     Yeah.
11        Q     It says Finance Report, Confidential.
12        A     Yeah.
13        Q     What else would SmartStream do?
14        A     I don't think there's anything else.
15        Q     Did you have a database, an internal
16   database for your documents?
17        A     Yes.
18        Q     Was that password protected?
19        A     No.
20        Q     Did your laptop have a password?
21        A     Yeah.
22        Q     Didn't you use a virtual private
23   network of EPN?
24        A     I don't think so, no.
25        Q     Did you access internal file share

1    sites?
2         A     Sometimes, yeah.
3         Q     And what would be on the other side --
4    how would you use the internal file share sites?
5         A     Just the marketing materials.
6         Q     I don't mean what was sent to them, I
7    mean technically what did you do?  You would log-in.
8    Would you have to send a link for materials for
9    someone else to access?
10        A     Log-in the knowledge base, use regular
11   log-in.
12        Q     Enter your user name and password?
13        A     Yeah.
14        Q     And so, for example, this finance
15   report are limited for distribution to only certain
16   individuals?
17        A     I don't think it would be on a
18   knowledge base.  I don't think that report would be
19   on a knowledge base, but I'm not sure.
20        Q     That's not what I mean.  SmartStream
21   would limit distribution of certain materials to
22   certain individuals?
23        A     I think it was -- I think the entire
24   finance department saw that report.

1           (Chambadal - 10/29/18)
2         Q     The finance department presumably
3    prepared it, right?
4         A     Yeah, so it's not one person.  It's 20
5    people.
6         Q     My point is this document, the finance
7    report, it says for distribution to the board and
8    ICD only.
9         A     Yeah, but that's not what happened.
10        Q     Because the finance department looked
11   at it, too?
12        A     Plus counsel, plus me.  I'm sure the
13   CTO got a copy.  It was much more a distribution
14   than just the board.
15        Q     You mentioned you.  You were on the
16   board, right?
17        A     Yeah.
18        Q     The CTO was an officer of the company?
19        A     Yeah, but he was not on the board.
20        Q     And legal counsel?
21        A     Yeah.
22        Q     Understood.
23        Q     Can you think of any other -- what
24   other kinds of materials would be distributed to
25   certain groups of people only?  Like your CEO

1      (Chambadal - 10/29/18)
2  report, for example, who did you send that to?
3      A    Anybody ask, just send it to the board.
4  I stop again 2012 I think.
5      Q    Did you ever have to enter a password
6  to access a document?
7      A    No.
8      Q    Never?
9      A    I don't think so.
10     Q    Are you aware of anyone under you that
11  would use password protection for documents?
12     A    I don't think so.
13     Q    Who else would use the internal file
14  share sites?
15     A    Everybody.
16     Q    So that was a widely used practice?
17     A    Every employee, yes.
18     Q    Let's talk about the hardware, the
19  equipment that you used for your role at
20  SmartStream.  You had a MacBook, right?
21     A    Yes.
22     Q    And a BlackBerry?
23     A    Yes.
24     Q    Anything else?
25     A    That's it.

1                (Chambadal - 10/29/18)
2      Q    Let's talk about -- so you used the
3  MacBook and the BlackBerry for work.  What other
4  devices did you use for work?
5      A    That's it.
6      Q    Did you work remotely ever?
7      A    Yep.
8      Q    And so describe your office setup.
9      A    Just my MacBook and a printer.
10     Q    Where were those located?
11     A    Anywhere I was working.  I travel
12  60 percent of my time.
13     Q    Would you travel with a printer?
14     A    No.
15     Q    Where was -- you mentioned having
16  sometimes a MacBook and a printer set up?
17     A    At my home.
18     Q    And did you have a separate office?
19     A    No.
20     Q    Where would you set up your printer and
21  MacBook?
22     A    The printer is in the house.  It's
23  bluetooth.  I could be sitting anywhere in my house.
24     Q    Did you have a dedicated office space
25  in your house?

1                (Chambadal - 10/29/18)
2      A    No.
3      Q    Where would you usually work when you
4  were at home?
5      A    Anywhere.  Anywhere.  In the living
6  room, in one of my girls' bedroom.
7      Q    Thank you.  You're answering it.
8  That's part of the process.  So you had your
9  MacBook.  You had your printer.  You'd work anywhere
10  throughout the house.  Tell me about the actual
11  log-in process when you went to use your MacBook at
12  home.  So I work at a law firm.  We have to do all
13  these steps to get into our computer and to access
14  the network.  How does it work for you through
15  SmartStream?
16     A    Just user ID and password.
17     Q    You turn on your computer.  What
18  happens?
19     A    Just user ID and password.
20     Q    You enter your user ID and password?
21     A    Yes.
22     Q    Do you log into the server?
23     A    Yes, that's it.
24     Q    You're not accessing the server at all
25  when you're working remotely?

1                (Chambadal - 10/29/18)
2      A    The mail server, for example.
3      Q    The mail server, got it.  Do you have
4  an internal database system that you -- through
5  SmartStream where you save documents or slides or
6  reports, anything so it stays onto a central
7  database?
8      A    No.
9      Q    So when you save documents, do you just
10  save them -- how do you save them?
11     A    Save them on my MacBook.
12     Q    So to your local MacBook is how you
13  save things?
14     A    Yes.
15     Q    So MacBooks crash occasionally?
16     A    No.
17     Q    They don't crash?
18     A    No.
19     Q    My MacBook has crashed.  It was a
20  disaster.  To make sure you don't lose information,
21  you save your work product to what, a hard drive, a
22  USB?
23     A    An external tape drive that was
24  provided by SmartStream.
25     Q    It was a what?

1        **(Chambadal - 10/29/18)**
2        A        A backup drive.
3        **Q        How would you go about backing up your**
4        **documents to that device provided by SmartStream?**
5        A        The computer do it once a month. But
6        at the end, the live documents are all exchanged by
7        e-mails. So the backup was -- I never, ever use
8        backup. I used to back up to backup files. I would
9        never go back and restore something -- first my
10       MacBook never crashed and two, the files I care
11       about we always constantly exchange e-mails with
12       salespersons, sales managers, CTO, whatever. It was
13       all live in the e-mail server.
14       **Q        That makes a lot of sense. So you**
15       **would distribute documents through e-mail. So they**
16       **would be maintained there. And then you would save**
17       **them to your actual iMac?**
18       A        It's not an iMac. It's a MacBook.
19       **Q        You have an iMac desktop, right?**
20       A        Yep.
21       **Q        How would you use that through**
22       **SmartStream?**
23       A        Sometimes to access e-mail.
24       **Q        And where is the iMac located?**
25       A        In my house.

1                **(Chambadal - 10/29/18)**
2        **Q        Where in your house?**
3        A        My bedroom.
4        **Q        And who else uses the iMac?**
5        A        My wife.
6        **Q        Do your kids use it ever?**
7        A        No. Maybe a long time ago. They have
8        their own machines.
9        **Q        A long time ago, how long is a long**
10       **time ago?**
11       A        Six years ago.
12       **Q        And you used it to -- for e-mail**
13       **purposes?**
14       A        Yeah. A lot of times when I was
15       working remotely you had to sign a contract and it
16       was always signature of contracts. If I were in a
17       hotel, I would use -- I wouldn't want to sign in
18       with my SmartStream credentials to an unsecure
19       machine. So from my BlackBerry I would send a
20       document like this. This here.
21       **Q        You're pointing to Exhibit-4.**
22       A        I would send the exhibit to my personal
23       e-mail, sign into gmail, print the document and scan
24       it and send it from gmail to my SmartStream mail,
25       the BlackBerry, and then get done with it. I didn't

1                (Chambadal - 10/29/18)
2        want it to come from my SmartStream from an unsecure
3        machine.
4        **Q        That makes sense. To get that to your**
5        **SmartStream account you would save it to your iMac?**
6        A        No, I wouldn't save it. I would just
7        send it from e-mail to e-mail. SmartStream to gmail
8        and then print it from there.
9        **Q        So you would print it to your home**
10       **printer?**
11       A        Yeah.
12       **Q        Sign it?**
13       A        Home, or wherever I was. Again, I
14       travel 60 percent of my time. 60 percent of my time
15       I was in a hotel somewhere else.
16       **Q        And so you would sign it, would you**
17       **scan it back in, then?**
18       A        Yeah. Take a picture typically.
19       **Q        How would you take a picture?**
20       A        BlackBerry.
21       **Q        So you would either scan it or take a**
22       **picture?**
23       A        If there was no scanner -- a scanner
24       was a lot better. If there was no scanner, I would
25       use the BlackBerry.

1                (Chambadal - 10/29/18)
2        **Q        When you use the scanner, would it go**
3        **to your iMac when you were home?**
4        A        Yeah.
5        **Q        And then you would upload from the iMac**
6        **to your e-mail?**
7        A        Yeah.
8        **Q        And then e-mail to your SmartStream**
9        **e-mail?**
10       A        Yeah.
11       **Q        Still on Exhibit 7, can you flip to**
12       **page 6, number 33. Can you read that?**
13       A        Admit that you were in possession of
14       SmartStream's trade secrets after January 12, 2012.
15       Response: Admit.
16       **Q        Tell me about these trade secrets.**
17       A        I'm the one who ran the company for
18       eight years and I cannot erase my brain. I know
19       every number by heart. I know every client. I know
20       what every client spent with us because I was with
21       renewal of all the big deals. That's trade secrets.
22       **Q        You said you knew every number by**
23       **heart?**
24       A        Yeah.
25       **Q        What number?**

1              **(Chambadal - 10/29/18)**

2     A    How much each client was paying. It's

3  all in my head. I'm the one doing these deals.

4     **Q    Anything else?**

5     A    I don't understand anything about the

6  methods that SmartStream built. I'm not a quoter.

7  I never divulged any confidential information to

8  anyone. I kept it to myself. It's my reputation

9  what you don't seem to understand. If SmartStream

10  goes poorly, my reputation gets shot. I want

11  SmartStream to do very well. By the way, 2017 was a

12  spectacular number. It was a record year. They

13  should be very happy. And again 78.4 percent gross

14  recurring revenue, from memory. I'm not

15  guaranteeing the .4, but that's the order of

16  magnitude, so they should be very happy.

17     **Q    What about the other -- to the**

18  **question, you mentioned the trade secrets in your**

19  **head. Can you think of anything else that you**

20  **would, you know, this is the information in my head?**

21  **This is what I have access to?**

22     A    No. Again, a software company is about

23  the methods that you implement to write code and

24  build product. I was never involved in that

25  process, ever. The other aspect is the pipeline,

---

1              (Chambadal - 10/29/18)

2  That's me. And that's why I never got sued before.

3     **Q    You talked about the processes and the**

4  **coding for SmartStream. You mentioned, you know,**

5  **you're not a coder. You don't have information**

6  **about the coding aspects of SmartStream. The**

7  **process aspect, not the nitty-gritty coding, but the**

8  **processes for its prospects, what does that mean?**

9     A    It means there's nothing unique.

10  There's 10 companies doing the same thing.

11     **Q    But what are SmartStream's processes?**

12  **What are the processes that you have in your brain**

13  **that are trade secrets?**

14     A    I don't know the inner workings of

15  product. I couldn't tell the clients technology

16  wise why their product is better. That's not what I

17  do. I'm a selling CEO. I sell.

18     **Q    So the special knowledge you have is**

19  **related to kind of the pipeline and what's happening**

20  **down the road in the selling aspect?**

21     A    You know what, my number one I've got

22  an exceptional roladex. I know everybody in the top

23  100 banks worldwide, CEOs, CTOs. I'm very good at

24  selling complex systems to these community. That's

25  it. There's nothing from SmartStream in my

---

1             (Chambadal - 10/29/18)

2  for example. I never divulge any of the pipeline to

3  a third party ever because it's not in anybody's

4  interest. It's breaking the law and it's against my

5  reputation. Why would I want to hurt the company?

6     **Q    Can you elaborate -- forgive me again,**

7  **this is not my business, the pipeline, what does**

8  **that mean really?**

9     A    Knowing that some bank is about to

10  close a deal. Why would I call the company and say

11  you should talk to so and so at this bank? Why? It

12  doesn't make any sense.

13     **Q    I get what you're saying. So that**

14  **information, the pipeline and the banks that are**

15  **about to close deals, that information is very**

16  **valuable?**

17     A    Yeah. And I never, ever used it. It's

18  in my head, kept in my head, and if you look at my

19  career, you're asking me a lot about my career. I

20  never competed against myself once. I could have

21  come from Reuters, I didn't. I could have come from

22  LIM, I didn't. Every time I chose a different path.

23  When you tell a client for 10 years, the client

24  would say what does that mean, you lied to me for

25  the last 10 years. It doesn't make any sense.

---

1             (Chambadal - 10/29/18)

2  experience I've ever used against them, not once.

3     **Q    So let's talk about 2016, your last**

4  **year of employment with SmartStream, and then the**

5  **beginning of 2017.**

6     **We briefly discussed your transition of**

7  **role in the spring with a focus on business**

8  **development. Who were you reaching out to in that**

9  **capacity?**

10     A    Prospects and partners.

11     **Q    Can you think of any specifics?**

12     A    No.

13     **Q    Would Deutsche Borse be one of them?**

14     A    No. Deutsche Borse was handled by

15  Peter, CEO.

16     **Q    What information would you be using in**

17  **that business development role?**

18     A    Just regular marketing decks.

19     **Q    So in addition to marketing decks with**

20  **customers, you would go to the actual company**

21  **location sometimes?**

22     A    Yes.

23     **Q    And they would talk to you about --**

24  **would it just be you, would you go with a team?**

25     A    It depended how senior the person was

1           (Chambadal - 10/29/18)
2   on the other side.  If he's very senior, I would go
3   by myself.
4       **Q       And then what kind of discussions would**
5   **you have when you would just go by yourself?**
6       A      Promoting SmartStream.
7       **Q       And that would involve discussing the**
8   **products and the services?**
9       A      High level.
10      **Q       What kind of questions would you get**
11  **from your prospects?**
12      A      It's about finding projects where the
13  banks had severe pain and then telling me where we
14  can help.
15      **Q       Would the client provide you with**
16  **information they wouldn't want you to disclose to**
17  **competitors or the public about their needs, what**
18  **they're willing to pay for these services?**
19      A      Of course.
20      **Q       Focusing still on that last year you**
21  **were with SmartStream.**
22          MS. WOLIVER:  Can you please mark this
23      as Exhibit 8?
24          (Financial results year to date August
25      2016, Board Meeting 30 of September 2016,

1           (Chambadal - 10/29/18)
2       SMARTSTREAM000036 - SMARTSTREAM000054, was
3       marked P-8 for identification.)
4   BY MS. WOLIVER:
5       **Q       Can you read the first page of this?**
6   **Or the cover page.**
7       A      Financial results year to date
8   August 2016, Board Meeting 30 of September 2016.
9       **Q       Were you involved in this board**
10  **meeting?**
11      A      Yep.
12      **Q       Do you recognize this document?**
13      A      Yep.
14      **Q       What is it?**
15      A      It's financial results from January 1
16  to end of August 2016.
17      **Q       Who prepared this document?**
18      A      The CFO.
19      **Q       Can you tell me about the content it**
20  **contains?**
21      A      Just financial performance, P&L,
22  bookings, receivables, acquisition.
23      **Q       And on page -- if you look at**
24  **SmartStream42.**
25      A      Yep.

1           (Chambadal - 10/29/18)
2       **Q       This is the bookings?**
3       A      Yes.
4       **Q       Am I reading this right?  It looks like**
5   **it discusses the -- is it the revenue or the money**
6   **made by client?**
7       A      It's the bookings.  It's not the
8   revenue.  It's the revenue over time.
9       **Q       Revenue over time?**
10      A      Yeah.
11      **Q       And it's broken down by client?**
12      A      Yep.
13      **Q       And is it further broken down by**
14  **component of revenue?  Is that what this license**
15  **RLS, new?**
16      A      Yes.
17      **Q       What are these, license, RLS, new,**
18  **METC?**
19      A      It's perpetual license versus
20  maintenance.
21      **Q       So it's a breakdown how much each is**
22  **earning for each client?**
23      A      Yeah.
24      **Q       And then if you can turn to 47?**
25      A      Yep.

1           (Chambadal - 10/29/18)
2       **Q       What is this?**
3       A      It's consultants to the company.
4       **Q       Is it the amount -- what about the**
5   **consultants to the company?**
6       A      Number of people and what we pay them.
7       **Q       Is this publicly online?**
8       A      I have no idea.  It's nothing
9   confidential.
10      **Q       The amount you pay your consultants is**
11  **not confidential?**
12      A      You have benchmarks in the industry.
13  Everybody has to pay within the benchmark.
14      **Q       Of course.  We previously went over a**
15  **fee contract, a service fee, Exhibit 4, if you**
16  **remember that?**
17      A      Yes.
18      **Q       Ahead of payment schedule.  So the**
19  **consultants, would they also be subject to a payment**
20  **contract or payment schedule?**
21      A      That's what we charge the client.  This
22  is all internal costs.
23      **Q       Yes.  So would you -- before you pay**
24  **the consultants, would they be bound by some kind of**
25  **fee contract or anything like that?**

1           (Chambadal - 10/29/18)
2      A    Don't know.
3      Q    Look at this next page, August 2016,
4    RLS backlog.
5      A    Which page is that?
6      Q    Forty-eight.
7      A    Yep.
8      Q    What is this?
9      A    It's a recurring revenue page by
10   product line and by major clients.
11     Q    So what does that mean?
12     A    Showing you how much money you're going
13   to make for each product line.
14     Q    And then what about, turn to page 51,
15   please.  What is this?
16     A    That's the clients who don't pay on
17   time.
18     Q    This is the naughty list, so to speak?
19     A    Yes.
20     Q    Who would have this information?
21     A    Finance and legal.
22     Q    The very next page, 52?
23     A    And the board as well.
24     Q    The board as well.  The next page, 52?
25     A    Yep.

1           (Chambadal - 10/29/18)
2      Q    There's a little comment, two comment
3    bubbles and it says 2.4 million loan repayment to
4    ICD.
5      A    Yep.
6      Q    What is that about?
7      A    We acquired a piece of software from
8    Credit Suisse and the company had to borrow money
9    from ICD, the shareholder, and that was
10   reimbursement.
11     Q    Put that aside.  I'm going to go back
12   to one exhibit just to clarify.  If you go to
13   Exhibit 2 just real quick.  So this is your last
14   couple months of employment.
15          Were you at this December 2016 board
16   meeting?
17     A    I think so.
18     Q    And do you remember looking at this
19   deck?
20     A    No, because by then I was demotivated
21   and distracted.  How is that?
22     Q    Do you know who prepared this?
23     A    CEO.
24     Q    Demotivated and distracted, what do you
25   mean?

1           (Chambadal - 10/29/18)
2      A    I knew I was getting exited within the
3    next few weeks.  It doesn't make for a lot of
4    motivation.
5      Q    How did you learn that you were going
6    to be exited?
7      A    The new CEO I don't think met once in
8    time -- between the time I was demoted in April
9    until December.  When your boss doesn't want to talk
10   to you, it's not good news.
11     Q    So you had a suspicion that you were
12   going to be exited?
13     A    Yep.
14     Q    When did that suspicion arise?
15     A    The board meeting in April.
16     Q    In April 2016?
17     A    Yeah, because I got demoted to nothing.
18     Q    So were you demotivated and distracted
19   from April 2016 until the end?
20     A    No, because Haytham used to be a friend
21   and I thought he would continue to see the value and
22   continue to help me run the company.  When again
23   your boss doesn't engage for a year, the writing is
24   on the wall.
25          MS. WOLIVER:  Would you please mark

1           (Chambadal - 10/29/18)
2    this as Plaintiff's Exhibit 9.
3          (McKinsey report, SMARTSTREAM000128 -
4    SMARTSTREAM000173, was marked P-9 for
5    identification.)
6    BY MS. WOLIVER:
7      Q    Would you mind taking a look through
8    this?
9      A    Okay.
10     Q    What are we looking at here with
11   Exhibit 9?
12     A    This is the McKinsey report, which is
13   publicly on the web.
14     Q    And you're referencing specifically the
15   McKinsey report labeled SmartStream 128 to 173?
16     A    Yes.
17     Q    What about the e-mails 113 to 122?
18     A    There was a disconnect between the
19   shareholder and the management team.  The
20   shareholder convinced himself that we're trying to
21   sell the company from under him, which is
22   nonsensical because he owns 100 percent of the
23   equity.  How could we sell something we don't own?
24   I could see that things were not turning my way.  I
25   wanted to have proof, which all these e-mails are

1          (Chambadal - 10/29/18)
2      about proof that I never, myself, shot the company
3      or tried to sell it from underneath.  He thinks it
4      would go sour and we would have proof.  I want to
5      show black and white that I never try to sell the
6      company from underneath them.  Simple as that.
7          Q      These e-mails, let's start with the
8      first example here.  If you look at 115 through 116,
9      it's an e-mail from -- well, you tell me.  Who is it
10     from and what's the date?
11         A      All of them are from private equity
12     firms that tried to buy the company.  They are all
13     the same.  They say I check with ICD and they have
14     no interest.
15         Q      So all of these e-mails here, and let's
16     see, how many private equity firms have reached out
17     in this e-mail chain?
18         A      I have no idea.  Nine or ten.
19         Q      And all the e-mails, you mentioned
20     they're from private equity firms and what are they
21     reaching out to you from?
22         A      To see if ICD would be interested to
23     partner with them and sell part or all of the shares
24     to a private equity bond.
25         Q      And this is your e-mail address.  It

1          (Chambadal - 10/29/18)
2      says from Philippe Chambadal and there's a date and
3      you responded to that e-mail?
4          A      Yep.
5          Q      Those are all from you, Dear So and So?
6          A      Our backer has no interest.
7          Q      And then the final thread is your
8      e-mail from Philippe Chambadal, right?
9          A      Yeah.
10         Q      And you're sending it to what is that
11     address?
12         A      To my gmail.  Should the company accuse
13     me again of trying to sell the company from
14     underneath them, I would have proof that that was
15     actually not the case.  It was opposite.
16         Q      And those are all dated in December
17     about 26 or 29, 2016 range?
18         A      Yep.
19         Q      Was there any subsequent followup after
20     you sent these to your personal e-mail address?
21         A      No.
22         Q      Did you reach out to any of these
23     people?
24         A      I know every private equity firm on the
25     planet.  That's my world.  I spoke to Aquiline, but

1      not about SmartStream.  I spoke to Insight not about
2      SmartStream.  I spoke to Welsh Carson, not about
3      SmartStream.
4          Q      You mentioned Aquiline, Welsh Carson
5      and who else?
6          A      FTV.
7          Q      What did you talk to Aquiline about?
8          A      No, different business plan.
9          Q      What about Welsh Carson?
10         A      Same thing, my world is about buying
11     companies and getting a target and finding a private
12     equity firm that will back me.  I was terminated by
13     SmartStream, so obviously the next thing I want to
14     do is go find another target like SmartStream, buy
15     it and go run it again.
16         MS. WOLIVER:  Please mark this.  It's
17     10, I believe.
18         (Defendant's Response To Plaintiff's
19     First Set Of Interrogatories And Requests For
20     Production Of Documents And Things was marked
21     P-10 for identification.)
22     BY MS. WOLIVER:
23         Q      Just directing your attention to
24     Interrogatory number 4, request number 4.  Can you

1          (Chambadal - 10/29/18)
2      read the request and the response?
3          A      Identify all persons for whom or for
4      which you have provided employment, contractor,
5      consulting, or other services or ave been employed
6      by or have served as a director since January 5,
7      2017.
8          Q      And your response?
9          A      The response is wrong.  I didn't get
10     director.  I thought it was just employment,
11     contractor, consulting or other services.  The first
12     part of the question the answer is correct,
13     employment, contractor, consulting.  I would like to
14     add I don't know the format -- I've got a few board
15     of directors or Cube is one.  Quantal I'm still on
16     the board.  I was on the board of Custom Matrix.
17     That's it.
18         Q      Were any of those paid?
19         A      No.
20         Q      We can followup after the deposition to
21     get them supplemented.
22         A      I'm sorry, I missed the last bit.  I
23     didn't read as director.
24         Q      Any other director work you can think
25     of other than those that you just listed?

1    (Chambadal - 10/29/18)
2    A    No.
3    Q    **Cube, Quantal, Custom Matrix.**
4    A    No.
5    Q    **So turning back to this Exhibit 9, the**
6    **e-mails you forwarded to your personal account.**
7    A    Yep.
8    Q    **You mentioned that you couldn't discuss**
9    **what you've worked on with Aquiline, Welsh Carson or**
10   **FTV.  Did you tell me why?**
11   A    Because I go to them with actionable
12   targets and knowing a company that is for sale now
13   it's incredibly valuable.  There's absolutely no way
14   I can disclose that.
15   Q    **Was that related to your discussions**
16   **with these three entities?  Is it related in any way**
17   **to your engagements with AxiomSL or Tenemos?**
18   A    No.
19   Q    **What about the boards?**
20   A    It was before Tenemos.
21   Q    **It was before Tenemos?**
22   A    Yeah.
23   Q    **Right, since January 5, 2017.**
24   A    So I contacted Tenemos in August of
25   last year and I contacted the private equity firms

1    (Chambadal - 10/29/18)
2    and it was mostly Q2 work.
3    Q    **Let's talk about your actual departure.**
4    **You received a letter on January 5, 2017 indicating**
5    **that your employment was being terminated effective**
6    **in April; is that right?**
7    A    Well, there's context to that.  I
8    asked, when I was notified when I was terminated if
9    I was a good leaver and I was told by the head of
10   HR, yes, you're a good leaver.  I said, does that
11   mean I can keep my options?  And he looked at me and
12   he said, oh, I'm not sure.  They came back and they
13   said, oh, you're not a good leaver, you're a bad
14   leaver now.
15   Q    **What's a good or a bad leaver?**
16   A    The good leaver you're supposed to keep
17   your stock.  That was the intent in the option
18   agreement.  That was always discussed with the
19   board.  If somebody leaves because they want to
20   retire, for example, or go work for banks or
21   somebody that was not competitive, that you could
22   keep your stock.  If you worked for the company for
23   10 years, that's normal practice to keep your stock.
24   Q    **So when they asked you to leave,**
25   **though, it was in that January 2017 time frame?**

1    (Chambadal - 10/29/18)
2    A    Yep.
3    Q    **And you were advised that you'd be on a**
4    **garden leave essentially period, right, until April**
5    **and you were not to perform your normal duties, only**
6    **those requested by SmartStream?**
7    A    Yep.
8    Q    **And you were directed not to contact**
9    **any other SmartStream employees or contact business**
10   **on behalf of SmartStream?**
11   A    Yep.
12   Q    **And you were required to return company**
13   **property by they gave you a date, January 12, 2017;**
14   **is that right?**
15   A    I don't remember the date.  Twenty-two
16   months ago.
17   Q    **Understood.  If you can go to Exhibit**
18   **7, number 11.**
19   A    Yep.
20   Q    **Can you read that?**
21   A    SmartStream requests return property by
22   January 12, 2017 on or around January 5, 2017,
23   admit.
24   Q    **And so when you first started**
25   **working -- we talked about when you first started**

1    (Chambadal - 10/29/18)
2    working for SmartStream you served a lot of roles,
3    but you were the CEO for a long time.  And you
4    agreed at the outset that you would return property
5    upon demand.
6    A    Yep.
7    MS. WOLIVER:  Please mark that.
8    (Letter dated 6/22/11,
9    SMARTSTREAM000001 - SMARTSTREAM000002, was
10   marked P-11 for identification.)
11   BY MS. WOLIVER:
12   Q    **Please take a look at this.**
13   A    Yep.  Okay.
14   Q    **What is this?**
15   A    My implement letter.
16   Q    **And what's the date on it?**
17   A    June 22, 2011.
18   Q    **And did you agree to these terms?**
19   A    Yep.
20   Q    **Back to the end of your employment you**
21   **agreed that you would return property back to**
22   **SmartStream, right?**
23   A    Yep.
24   MS. WOLIVER:  Would you please mark
25   that?

1      (Chambadal - 10/29/18)
2      (e-mail chain, SMARTSTREAM000111 --
3      SMARTSTREAM000112, was marked P-12 for
4      identification.)
5    BY MS. WOLIVER:
6      Q      So you're receiving something that has
7    been marked as Plaintiff's Exhibit 12.  If you can
8    take a look.
9      A      Yep.
10     Q      What is this?
11     A      It's asking me to return my hardware.
12     Q      Did you respond to this e-mail?
13     A      I don't recall.
14     Q      Look at the top message here.
15     A      Yeah, I dropped the equipment.
16     Q      And that is from Philippe Chambadal,
17   that's you?
18     A      Yes.
19     Q      And you sent this to David Porter on
20   January 9, 2017?
21     A      Yep.
22     Q      And you say -- well, can you read it,
23   the first e-mail?
24     A      I'll drop the equipment tomorrow.
25   Please tell Brad to pick up my calls so that I can

1      (Chambadal - 10/29/18)
2    return everything to him.  Haytham owes me an answer
3    on my options.
4      I would say that's pretty critical.  My
5    options were worth many millions of dollars versus a
6    laptop that's worth 500 bucks.
7      Q      And when you say I'll drop the
8    equipment by tomorrow, that means your laptop?
9      A      And my BlackBerry.
10     (e-mail, SMARTSTREAM000110, was marked
11   P-13 for identification.)
12   BY MS. WOLIVER:
13     Q      You've been handed something marked
14   Plaintiff's Exhibit 13.  What is this?
15     A      I was delayed returning the equipment.
16     Q      Is this an e-mail from you?
17     A      Yep.
18     Q      And sent to?
19     A      Brad at SmartStream.
20     Q      And David Porter?
21     A      Yep.
22     Q      Dated January 10?
23     A      Yep.
24     Q      So this is the day after you sent the
25   e-mail in Exhibit 12, right?  Can you read it?

1      (Chambadal - 10/29/18)
2      A      Hi, Brad I won't be able to make it
3    today as I have to leave town.  Will try for Friday
4    or Monday.
5      Q      When you say I won't be able to make it
6    today, you're referencing you won't be able to
7    return the property?
8      A      Yep.
9      Q      And where were you going you had to
10   leave town?
11     A      I don't remember.  I travel all the
12   time.
13     Q      So you left.  Did you leave on the
14   ninth or the tenth?
15     A      I have no idea.
16     Q      Can you say it would be sometime
17   between those two dates?
18     A      It's 22 months ago.  I have no idea.
19     Q      You don't remember?
20     A      No.
21     Q      But do you have any reason to believe
22   that this was a lie, that you didn't have to leave
23   town?
24     A      I don't lie.
25     Q      So it's the truth, the I had to leave

1      (Chambadal - 10/29/18)
2    town?
3      A      Yep.
4      Q      So you did not turn the laptop or the
5    BlackBerry in on January 10; is that right?
6      A      I don't think so.  I don't think so
7    about the date because you know eventually I
8    returned the laptop to SmartStream.  I returned it
9    to my counsel.
10     Q      And so the two materials, the items you
11   had were the MacBook and the BlackBerry?
12     A      Yep.
13     Q      And the MacBook was your work laptop,
14   right?
15     A      Yes.
16     Q      And we discussed how you would use that
17   remotely.  You would save your documents to that
18   MacBook?
19     A      Yep.
20     Q      For the security of the materials.  So
21   when you had the MacBook, all of the SmartStream
22   materials were still on it?
23     A      Yep.
24     Q      And you also had the external devices
25   concerning backups with you, right?

1          (Chambadal - 10/29/18)
2     A    That I left at SmartStream.
3     Q    **You left the devices at SmartStream?**
4     A    Yes.
5     Q    **Did you have any kind of hard drive**
6  **still with you at this time?**
7     A    No.  Just, as I mentioned in my
8  affidavit, I backed up my personal files, photos.
9     Q    **Do you remember a couple months later**
10 **you entered into a consent order for injunction?**
11 **Does that ring a bell?**
12    A    Yep.
13    Q    **And you delivered the MacBook and the**
14 **BlackBerry by that time, but you still had your iMac**
15 **desktop?**
16    A    Yep.
17    Q    **And you still had two USB drives?**
18    A    I think it was from my daughters.
19    Q    **Were both of those USBs with your**
20 **daughters?**
21    A    I think so.
22    Q    **Do you know how they were used?**
23    A    No.
24    Q    **Do you know where they were?**
25    A    When?

1          (Chambadal - 10/29/18)
2     Q    **Between the time that you had them and**
3  **delivered them to Computer Forensic Practice or**
4  **presumably to your counsel, did you give those two**
5  **USBs to your lawyer?**
6     A    I forget.
7     Q    **So you had them in your possession or**
8  **your daughter did, rather?**
9     A    Yeah.
10    Q    **And then at some point you took them**
11 **from your daughter and either gave them to your**
12 **lawyer or a man named Lacy Walker of Computer**
13 **Forensic Practice?**
14    A    I don't remember.  I don't remember.
15    Q    **Where was your daughter with those**
16 **USBs?**
17    A    I have no idea.
18    Q    **Was she at school?**
19    A    I have no idea.  It's 22 month ago.
20    Q    **Well, it was October 2017, so it was**
21 **less than a year ago?**
22    A    Do you think I remember where my
23 daughter was on that day?  Are you serious?
24    Q    **I mean the whole period between April**
25 **and October 2017.**

1          (Chambadal - 10/29/18)
2     A    Please.  I don't remember.  It's very
3  clear.
4     Q    **So you don't know where the USBs were**
5  **located?**
6     A    No.
7     Q    **You don't know if she used them at all?**
8     A    I don't know.  How would I know?
9     Q    **Did you use them at all?**
10    A    How would I know what my daughters do
11 with their backups?  It doesn't make sense.
12    Q    **Again, this is a deposition.  I'm**
13 **asking questions.  You just answer them.**
14    A    So I told you, I don't know.
15    Q    **So my next question was, did you use**
16 **the USBs between April 2017 and October 2017?**
17    A    I backed up my pictures.  That's all.
18    Q    **Your pictures?**
19    A    Yeah.
20    Q    **And where did you back them up from?**
21    A    I backed them up from my Mack Air I
22 think to the Shutterfly and Kodak gallery.
23    Q    **And those were personal pictures?**
24    A    Yep.
25    Q    **Anything from SmartStream?**

1          (Chambadal - 10/29/18)
2     A    No.
3     Q    **So if SmartStream documents were on**
4  **those USBs --**
5     A    They wouldn't be on the USBs.
6     Q    **They would not?**
7     A    No, the backup was SmartStream's
8  backup.
9     Q    **So who -- can you identify ever on who**
10 **had their hands on the two USBs between April and**
11 **October?**
12    A    You want to depose my daughters as
13 well?
14    Q    **I'm not going to answer that.**
15    A    I don't recall.
16    Q    **You don't recall who had the USBs?**
17    A    No.
18    Q    **And you don't recall if one of them**
19 **went to your daughter's school with her?**
20    A    I really have no idea.
21    Q    **And so if there was SmartStream**
22 **information on the USBs --**
23    A    Absolutely not.
24    Q    **You're saying there was no information?**
25    A    I had my backup at work, why should I

1           (Chambadal - 10/29/18)
2 put stuff on the school's backup?  That doesn't make
3 any sense.
4    **Q**    **So my question is, did you ever back up**
5 **SmartStream information -- not even confidential**
6 **information, just SmartStream information, did you**
7 **ever back it up to one of those USBs?**
8    A    No.
9    **Q**    **Who else would have access to**
10 **SmartStream information and those USBs?**
11    A    Well, the USBs, my daughters.  There
12 was no SmartStream information on it.  The only
13 SmartStream information was on my MacBook air and on
14 the backup at work.
15    **Q**    **So you left a backup at work?**
16    A    Yeah.
17    **Q**    **And you have no recollection of backing**
18 **up SmartStream documents to that USB?**
19    A    No.
20    **Q**    **And the only other person, to your**
21 **knowledge, was your daughter who had the USB?**
22    A    Yep.  I think the USB was provided to
23 you, to Lacy.
24    **Q**    **So if Lacy were to say there are**
25 **SmartStream documents on here, how would you respond**

1           **(Chambadal - 10/29/18)**
2 to how they got there?
3    A    I wouldn't know how to answer that
4 because I just backed up my pictures.  I'd be
5 shocked.
6    **Q**    **Anything else to add about the USBs?**
7    A    No.  Again, I've told you before, it's
8 not in my interest to destroy SmartStream or use
9 information.  I've never used it.
10    **Q**    **That's not what I'm asking about.  I'm**
11 **just asking a very narrow question about the USBs.**
12    A    There had to be a purpose, right?
13    **Q**    **I don't know.  You tell me.  Would**
14 **there be a reason to back up the SmartStream**
15 **information?**
16    A    No.  I never had access to confidential
17 information, which is again, the IP of SmartStream.
18 That's the only thing that matters.
19    **Q**    **So --**
20    A    And all that stuff, these e-mails,
21 there's nothing confidential.  Every IP firm
22 approached SmartStream about purchasing.  What's
23 confidential about that?
24    **Q**    **So you think the only thing of value is**
25 **the IP?**

1           **(Chambadal - 10/29/18)**
2    A    The IP, the list of clients and how
3 much are they paying.
4        MS. WOLIVER:  Can you please mark this?
5        (2017 tax information, W-2, Invoices,
6    CHAMBADAL00001 - CHAMBADAL00004, was marked
7    P-14 for identification.)
8 BY MS. WOLIVER:
9    **Q**    **You're being handed what's been marked**
10 **as Plaintiff's Exhibit 14.  It's four pages.  What**
11 **are these pages?**
12    A    That's my tax filing, W-2s and invoices
13 from Quadrian to AxiomSL.
14    **Q**    **What is Quadrian?**
15    A    Quadrian is a company that I used to
16 invoice consulting clients.
17    **Q**    **Is the address on here?  What does that**
18 **say?**
19    A    151 West 17th Street, New York, New
20 York, 10011.
21    **Q**    **Is that your personal address?**
22    A    Yes.
23    **Q**    **Are these accurate copies of the**
24 **invoices you sent to Axiom?**
25    A    Yes.

1           (Chambadal - 10/29/18)
2    **Q**    **Are we missing any?  Were there any**
3 **others?**
4    A    No, I don't think so.
5    **Q**    **So Axiom paid you -- well, did Axiom**
6 **pay these invoices?**
7    A    Yes.
8    **Q**    **So did Axiom pay you $30,000 for one?**
9    A    Yep.
10    **Q**    **And $25,000 for the over?**
11    A    Yep.
12    **Q**    **What work did you do for Axiom?**
13    A    Axiom is a regulatory reporting company
14 and I was helping them with their strategy.
15    **Q**    **You helped them with their strategy?**
16    A    Yep.
17    **Q**    **Did you use your knowledge or**
18 **experience from SmartStream in helping them?**
19    A    I did not.  How could I?  Different
20 space.
21    **Q**    **Did Axiom think that you would use your**
22 **knowledge or experience?**
23    A    Absolutely not.  Again, different
24 space.  Different planet.
25        (Compilation of documents, AXIOM0000001

1     (Chambadal - 10/29/18)
2     - AXIOM0000147, was marked P-15 for
3     identification.)
4  BY MS. WOLIVER:
5     Q    Can you turn to the page marked Axiom
6  102?
7     A    Yep.
8     Q    Can you read the bottom thread there?
9  Is that, Helen Rosen?
10    A    Helen Rosen of corporate development.
11    Q    And this is to you, right?
12    A    Yep.
13    Q    And can you read the first couple
14 sentences?
15    A    Thank you for spending time with us
16 yesterday.  It's clear that AxiomSL can learn much
17 from your experience running SmartStream.  We'd like
18 to exchange with you to help us shape our strategic
19 initiative in managed services as our efforts are
20 still very early-stage.
21    Q    So when you said that Axiom wasn't
22 expecting you to rely on your experience from
23 SmartStream, that wasn't right, right?
24    A    No, it's absolutely right.  My
25 experience from SmartStream is about being a CEO.

1     (Chambadal - 10/29/18)
2  It's not about specific domain.
3     Q    Doesn't Axiom say here it is clear that
4  Axiom can learn much from your running SmartStream?
5     A    Yes, as a CEO.
6     Q    So your experience from SmartStream
7  helped you with your work for Axiom, right?
8     A    No.
9     Q    The client -- Axiom was expecting your
10 experience from SmartStream to help?
11    A    No.
12    Q    So was Helen lying here?
13    A    No, it's my experience overall,
14 including my experience with SmartStream and running
15 many, many, my experience at Reuters, my experience
16 overall from all of them.
17    Q    Can you read the second sentence from
18 Helen here?
19    A    Which page is it in?
20    Q    102.
21    A    Which one?
22    Q    The bottom from Helen, page 102.  It
23 says Dear Philippe?
24    A    Thank you for spending time yesterday.
25 It's clear that axiom can learn much from your

1     (Chambadal - 10/29/18)
2  experience running SmartStream.
3     Q    So Helen here is saying that your work
4  for Axiom can benefit from your experience running
5  SmartStream.  Is that what she says?
6     A    Yes, that's what she says.
7     Q    Is it your position that your work
8  running SmartStream did not help you at all with
9  running Axiom?
10    A    Absolutely not.
11    Q    So you think Helen here is incorrect?
12    A    Yeah.
13    Q    Did you correct her?
14    A    No.  They are operating in a different
15 space.  My experience with SmartStream has nothing
16 to do with AxiomSL.
17    Q    So your client here says something
18 wrong about the work that you can do and you don't
19 think it's important to correct her?
20    A    No, it's not.  What's important is I
21 deliver value to them.
22    Q    Did you use any SmartStream materials
23 with Axiom?
24    A    No.
25    Q    Can you turn to page 17?

1     (Chambadal - 10/29/18)
2     A    Yep.
3     Q    What is this?
4     A    Here's what we built for DB.
5     Q    Is it an e-mail?
6     A    Yeah.
7     Q    And is it from you?
8     A    Yep.
9     Q    Who is to?
10    A    To AxiomSL.
11    Q    It's to AxiomSL.  And what's the date?
12    A    6/29.
13    Q    Of '17?
14    A    Yep.
15    Q    And there's an attachment, right?
16    A    Yep.
17    Q    And the content -- before we get to the
18 attachment, what does your e-mail say?
19    A    Here's what billed for DB.
20    Q    Who is "we"?
21    A    SmartStream.
22    Q    And is this your e-mail that you sent?
23    A    Yep.
24    Q    And there's an attachment?
25    A    Yep.

1          (Chambadal - 10/29/18)
2     Q     What is this?
3     A     It's the Deutsch schematic for the
4  regulatory reporting utility.
5     Q     **And this is a SmartStream document,**
6  **isn't it?**
7     A     No, it's not.
8     Q     **You said here is what we built?**
9     A     No, it's not a SmartStream document.
10    Q     **Does your e-mail say here is what we**
11 **built for DB?**
12    A     It's not a SmartStream document.
13    Q     **That's not the question I asked.**
14    A     What's your question?
15    Q     **Does your e-mail say here is what we**
16 **built for DB?**
17    A     Yeah, but it's not a SmartStream
18 document.
19    Q     **And you said "we" is SmartStream?**
20    A     Yeah, but the document is not a
21 SmartStream document.  I'm not sure how to say that.
22    Q     **That's not the question I asked,**
23 **though.  So you clarified the e-mail is correct.**
24 **It's what you wrote.  Here is what we built for DB.**
25    A     It is not what we built for DB.

1          (Chambadal - 10/29/18)
2     Q     **True or false, Philippe, the e-mail**
3  **says here is what we built for DB?**
4     A     That's not what I meant in the e-mail.
5     Q     **True or false?  Is that what it says?**
6     A     The e-mail is wrong.  It's not what we
7  built for DB.  It's what DB built for themselves.
8  The e-mail is wrong.
9          (Discussion off the record.)
10 BY MS. WOLIVER:
11    Q     **You mentioned already that the "we" in**
12 **this sentence, here is what we built for DB is in**
13 **reference to SmartStream.  The attachments here, can**
14 **you read what that says?**
15    A     Deutsche Borse deduct
16 trade-SmartStream.PPTX.
17    Q     **PPTX, what does that mean?**
18    A     It's a PowerPoint document.
19    Q     **So what is this attachment?**
20    A     It's a Deutsche Borse document.
21    Q     **What is SmartStream's role in this**
22 **document?**
23    A     In this document there's nothing that
24 refers to SmartStream.
25    Q     **It says SmartStream Deutsche Borse**

1          **(Chambadal - 10/29/18)**
2  **Validate.Trade-SmartStream is the title of this.  Is**
3  **this something that Deutsche Borse sent to**
4  **SmartStream?**
5     A     Yes.
6     Q     **And this says technical architecture**
7  **overview schematic.**
8          **What is this a schematic of?**
9     A     A schematic of the portal that Deutsche
10 Borse was trying to build.
11    Q     **So this is Deutsche Borse's information**
12 **on here; is that right?**
13    A     Yep.
14    Q     **And they sent it to SmartStream?**
15    A     Right.
16    Q     **And you sent it to Axiom?**
17    A     Yep.
18    Q     **Why did you send it to Axiom?**
19    A     To show them what kind of project the
20 exchanges was interested in building.
21    Q     **Can you turn to page 30?  What is this**
22 **at page Axiom130?**
23    A     That's a next track from a report from
24 McKinsey.
25    Q     **That's a publicly available report,**

1          (Chambadal - 10/29/18)
2  **right?**
3     A     Yep.
4     Q     **And it mentions SmartStream?**
5     A     Yep.
6     Q     **What does it say about SmartStream on**
7  **there?**
8     A     It just says one of the backups.
9     Q     **And I want to direct you to Axiom101.**
10    A     Yep.
11    Q     **So at the very bottom is the beginning**
12 **of a thread of an e-mail; is that right?**
13    A     Yep.
14    Q     **Is it from you?**
15    A     Yep.
16    Q     **And do you remember who you wrote this**
17 **to?**
18    A     To Axiom itself.
19    Q     **Was it Alex?**
20    A     Yep.
21    Q     **What's the date on here?**
22    A     May 19, 2017.
23    Q     **And can you read this, please?**
24    A     Please find attached the SmartStream
25 corporate deck, and a few interesting McKinsey

1    (Chambadal - 10/29/18)
2  reports.
3    Q    What is a SmartStream corporate deck?
4    A    I don't remember what it is.
5    Q    Does that phrase mean anything to you?
6    A    It's a high-level document on
7  SmartStream.
8    Q    A high-level document on SmartStream?
9    A    Yes.
10   Q    About the products SmartStream offers?
11   A    I don't recall.
12   Q    So some kind of SmartStream document.
13 Can you tell me about your relationship with a man
14 named Julian Trostinsky?
15   A    So Julian worked for SmartStream three
16 times.  When I joined I think he was at SmartStream
17 and he left to work for Bank of New York.  And they
18 rehired him a couple years later.  And he left
19 SmartStream, I want to say, a year ago to work for
20 Deloitte and since then he has joined Duco.
21   Q    So he left SmartStream about a year
22 ago.  So that would be what, October 2017,
23 thereabouts?
24   A    I don't recall.
25   Q    Did you talk to him at all about

1    (Chambadal - 10/29/18)
2  joining Axiom?
3    A    Yeah.
4    Q    What were those discussions?
5    A    He was very frustrated at his current
6  job.  He has joined Deloitte and they didn't have a
7  job for him.  So I asked Axiom to see if they could
8  hire him.
9    Q    Did you reach out to him?
10   A    Yes.  Actually, I'm not sure how it
11 happened.  I talk to Julian frequently and I'm not
12 sure who reached out to him.  When he told me he was
13 frustrated, I told him I would talk to Axiom myself.
14   Q    He was frustrated with what?
15   A    He was hired from SmartStream to
16 Deloitte and they didn't have a job for him.
17   Q    So he was frustrated at Deloitte?
18   A    Yeah.
19   Q    Did you work with him getting to
20 Deloitte?
21   A    No.
22   Q    He did that on his own?
23   A    Yes.  He tried to go to Deloitte when I
24 was CEO and when Haytham took over, he left.
25   Q    Can you turn to Axiom80?

1    (Chambadal - 10/29/18)
2    A    Yep.
3    Q    So this e-mail, is this from you?
4    A    Yep.
5    Q    To Alex Tsigutkin?
6    A    Yes.
7    Q    Is he with Axiom?
8    A    Yep.
9    Q    And what's the date?
10   A    September 5, 2017.
11   Q    Is it accurate that you sent Alex of
12 Axiom Julian's CV?
13   A    Yep.
14   Q    And the attachment is Julian's CV; is
15 that right?
16   A    Yep.
17   Q    Can you remember any other interaction
18 with Alex about Julian?
19   A    I think he had a first interview with
20 him and then there was a second round of interview
21 with a bunch of people and it went very well and at
22 the end Axiom didn't extend an offer.
23   Q    So let's talk briefly and then we'll
24 take a short break.  Let's talk briefly about
25 Axiom's business.  What do they do?

1    (Chambadal - 10/29/18)
2    A    They do reg reporting.
3    Q    And you helped with the strategy?
4    A    Yep.
5    Q    Can you elaborate on regulatory
6  reporting?
7    A    It's stress testing, reporting to the
8  SEC.  They sell to banks.  It's about taking care of
9  the regulatory requirements on global basis for
10 large banks.
11   Q    So they help with the regulatory
12 requirements?
13   A    Yes.
14   Q    And SmartStream sells to banks, don't
15 they?
16   A    Yep.
17   Q    Did they help with the regulatory
18 compliance there?
19   A    No.
20   Q    But they sell to banks?
21   A    Yes.
22   Q    Does Axiom and SmartStream try to sell
23 to the same banks?
24   A    Yeah.
25   Q    What about Tenemos?  You disclosed in

1    (Chambadal - 10/29/18)
2  your discovery that you have been employed there and
3  you earn $350,000 in salary; is that correct?
4      A    Yep.
5      Q    Tell me about Tenemos.  What do they
6  do?
7      A    They're a core banking software
8  provider.
9      Q    What kind of software?
10     A    Core banking.
11     Q    Tell me what is core banking.
12     A    It's retail banking, mortgages, SME.
13 It's the heart of the bank.  Taking money -- getting
14 money on one side, lending it on the other side and
15 have a system and record in the middle.
16     Q    So they sell to banks, too?
17     A    Yep.
18     Q    Do they sell to any of the same banks
19 that SmartStream does?
20     A    No.
21     Q    What are your duties at Tenemos?
22     A    I'm in charge of the equities market.
23     Q    What does that entail?
24     A    Getting them into an equities market.
25     Q    How do you do that?

1    (Chambadal - 10/29/18)
2      A    Through acquisitions.
3      Q    What do you mean by that?
4      A    I try to buy Fidessa earlier in the
5  year.
6      Q    And you mentioned the name of the
7  company?
8      A    Fidessa, F-I-D-E-S-S-A.
9      Q    You tried to get that acquisition and
10 that's through your role at Tenemos.  The equities
11 market, acquisitions, what else do you do for them?
12     A    That's it.
13     Q    And do you go about securing or
14 arranging the acquisitions?
15     A    I scan the market.
16     Q    What do you mean you scan the markets?
17     A    You look at stuff specific -- there are
18 lists of companies in the space.  I look at the ones
19 that look interesting and I screen them.
20     Q    How do you screen them?
21     A    Size, profitability, client base and
22 quality of the management team.
23     Q    Do you work with banks at all for
24 Tenemos?
25     A    No.

1    (Chambadal - 10/29/18)
2      Q    Just private companies?
3      A    You mean as a banker?
4      Q    As your role --
5      A    As a client?
6      Q    Yes, as a client.
7      A    A client of Tenemos?
8      Q    Yes.
9      A    No.
10     Q    No banks, right?
11     A    No.
12     Q    But you work with banks to secure
13 financing for the acquisitions?
14     A    Yeah.
15     Q    You mentioned the information that you
16 look at to see if it's a good fit.  Is that all
17 publicly provided or do you secure that from the
18 potential?
19     A    It depends.  Private companies it's
20 hard to get by.  If it's publicly traded, it's a lot
21 easier.
22     Q    You mentioned there was a UK website or
23 resource that lists the financial well-being of
24 companies.
25     A    It's all the results.

1    (Chambadal - 10/29/18)
2      Q    The results, got it.  What's that
3  called again?
4      A    Company House.
5      Q    Company House.  Do you use that at all?
6      A    No.
7      Q    Why not?
8      A    I've got better sources.
9      Q    Like what?
10     A    It's my IP.
11     Q    That's your IP, your sources?  It's not
12 something you would disclose?
13     A    No.
14     Q    Is that confidential?
15     A    Yes.
16     Q    And the information that's contained in
17 those would likewise be confidential?
18     A    Yeah.
19     Q    And what kind of information would that
20 be?
21     A    Financials for private companies.
22     Q    So financials of private companies are
23 confidential?
24     A    It depends.  It depends where they are.
25 The financial information is completely disclosed,

# Page 149

(Chambadal - 10/29/18)

1 (Chambadal - 10/29/18)
2 any UK company is completely disclosed.
3 Q We're not talking about SmartStream
4 right now.
5 A You were asking if some of the
6 companies, if the financial documents are
7 confidential. Some of them yes, some of them not.
8 Q What do you mean by the financials?
9 A It's revenues on the EBITDA.
10 Q What kind of -- the financials of the
11 private companies where it's not the revenues --
12 aside from the revenues and the EBITDA, what other
13 financial information are you accessing?
14 A What matters is the quality of the
15 product and the quality of the team.
16 Q The quality of product and the quality
17 of what?
18 A Quality of the management team.
19 MS. WOLIVER: Let's take a short break.
20 (Brief recess.)
21 BY MS. WOLIVER:
22 Q Just a couple more items before we
23 break here. I want to talk to you about Philippe.
24 We discussed your use of the remote working
25 arrangement with primarily your MacBook and also

# Page 150

1 (Chambadal - 10/29/18)
2 your iMac, the desktop. So do you remember
3 delivering -- at the same time you delivered the
4 USBs your iMac desktop for inspection?
5 A Yeah.
6 Q Can you tell me about that process?
7 Did someone come to you? Did you hand over the
8 actual desktop?
9 A I brought the desktop to Lacy.
10 Q You brought the desktop to Lacy?
11 A Yeah.
12 Q And did you review with him the
13 documents or did you just drop it off?
14 A I just dropped it.
15 Q And he pulled SmartStream's information
16 off of it and then delivered it back to you?
17 A Yeah, after 8 months.
18 Q So he had it for 8 months. Did he tell
19 you at all what was removed or what was kept on it?
20 A No.
21 Q You mentioned that you would receive
22 the fee agreements with customers occasionally for
23 signature, you would send them to your personal
24 e-mail and sometimes would print them using your
25 printer at home?

# Page 151

1 (Chambadal - 10/29/18)
2 A Dozens of times. That's something I've
3 done dozens of times.
4 Q And you would scan those back to your
5 iMac so you could e-mail them on --
6 A Typically not the iMac because I was
7 traveling.
8 Q Would you be surprised -- did you ever
9 use your iMac?
10 A Yeah, I used it a few times, but most
11 cases were when I was traveling.
12 Q Whatever you scanned on your iMac
13 stayed on your iMac until you deleted it; is that
14 right?
15 A Yeah.
16 Q Did you have a customary deletion
17 process?
18 A No.
19 Q So is it correct that the documents,
20 any contracts or anything through SmartStream that
21 you scanned on your iMac would just sit on the iMac
22 until you sent it off to Lacy?
23 A Yeah.
24 (Affidavit of Philippe Chambadal In
25 Opposition To The Issuance Of A Temporary

# Page 152

1 (Chambadal - 10/29/18)
2 Restraining Order And Preliminary Injunction
3 was marked P-16 for identification.)
4 BY MS. WOLIVER:
5 Q Do you recognize this, Exhibit 16?
6 A Yep.
7 Q What is it?
8 A Affidavit.
9 Q And turning to the last page, is that
10 your signature?
11 A Yep.
12 Q And you signed it on what date?
13 A May 10, 2017.
14 Q Let's go to paragraph 12. Can you read
15 that?
16 A I do not possess any additional copies
17 of confidential information, trade secrets and/or
18 propriety information on any of my personal
19 computers, cellphones or any other electronic
20 devices.
21 Q Your iMac desktop was a personal
22 computer, right?
23 A Yes.
24 Q And you didn't deliver that to Lacy
25 until what, October 2017?

1    **(Chambadal - 10/29/18)**
2    A    Yeah.
3    Q    So this isn't right?
4    A    I don't understand.  What information
5    wasn't on there?
6    Q    The fee agreements, the pricing that
7    you scanned.  We talked about it earlier.
8    A    That's not a fee agreement, that is
9    just a signature of a contract.
10   Q    That contained fee information on it?
11   A    I don't know.  The one you showed me?
12   Q    Yep.
13   A    There was one with a fee and then there
14   was 20 without a fee.
15   Q    Looking at Plaintiff's Exhibit 4.
16   A    That's a $6,000 contract.  I'm shocked.
17   Q    So the point is this is on your desktop
18   when you sent it to Lacy?
19   A    I didn't know.
20   Q    So this Affidavit, you signed this,
21   right?
22   A    Yes.  I didn't realize there was that
23   on my iMac.  I've got millions of files on that
24   iMac.
25   Q    So paragraph 12 --

1    **(Chambadal - 10/29/18)**
2    A    I was doing it for work.  I signed
3    this, I exhibited a contract on behalf of
4    SmartStream conducting my work and that's a problem?
5    I don't understand what the issue is.
6    Q    My question is, paragraph 2, I do not
7    possess any additional copies of SmartStream's
8    confidential information, et cetera, on my personal
9    computer.  That is incorrect?
10   A    I didn't know that it was on the
11   computer.
12   Q    Is -- this statement is false, is it
13   not?
14   A    No, I didn't know.  I didn't know I had
15   that.
16   Q    Regardless of your knowledge, you did
17   possess it on your computer, did you not?
18   A    But I didn't know.  I didn't know.
19   Q    Can you turn this over, please?  Does
20   it say I submit this Affidavit?
21   A    There are millions of files on this
22   computer.  I didn't know.
23   Q    I understand.  You testified under the
24   penalty of perjury.
25   A    I understand that.  There are millions

1    (Chambadal - 10/29/18)
2    of files on that computer.  I didn't know that that
3    was there.
4    Q    So understanding that you didn't know
5    it was there, you still executed this Affidavit
6    saying I do not possess any additional copies?
7    A    I didn't go through 2 million files to
8    see what was in there.
9    Q    Understood, you didn't look through the
10   files?
11   A    I didn't go through 2 million files.  I
12   thought the iMac was absolutely purged of anything
13   to do with work.
14   Q    But it was not purged of anything to do
15   with work?
16   A    I missed a file.
17   Q    And you declared under perjury that you
18   didn't miss any?
19   A    I missed a file out of 2 million files.
20   Q    You declared under perjury that you
21   didn't possess any copy, even though it was by
22   mistake, you still possessed it on that computer?
23   A    I didn't have no idea I possessed it.
24   If I knew, I would have erased it immediately.
25   Q    You signed this under the penalties of

1    **(Chambadal - 10/29/18)**
2    perjury without being sure of the content?
3    A    That is not sure.
4    Q    Why did you agree to say this, then, I
5    do not possess any additional copies of SmartStream
6    confidential information?
7    A    Because when I looked at the hard drive
8    I thought there was nothing there.
9    Q    But you were wrong, weren't you?
10   A    People make mistakes.  Out of 2 million
11   files, there was millions.
12   Q    You were wrong and you declared under
13   penalties of perjury that that was accurate?
14   A    I was not wrong.  I didn't know.
15   That's a different matter.
16   Q    Understand.  You didn't know, but you
17   declared under penalty of perjury that they were all
18   gone?
19   A    To my best knowledge, I didn't know
20   there was any SmartStream files on the computer.
21   Q    And that was incorrect?
22   A    I just found out today, one file.
23   Q    That it was incorrect?
24   A    It was a $6,000 contract of a company
25   that does 88 million in sales.

**WINTER REPORTING, INC.   (212) 953-1414**

1        (Chambadal - 10/29/18)
2    Q    But let's be sure here, that pricing
3  information is confidential even if it's for a small
4  amount?
5    A    It's not. It's a tiny little contract
6  that has no relevance. $6,000. The average sale
7  price of SmartStream --
8    Q    I'm moving to strike that testimony.
9  It directly contradicts what he already said.
10      Let's move on.
11      (Consent Order for Injunction was
12      marked P-17 for identification.)
13  BY MS. WOLIVER:
14    Q    Can you please review this?
15    A    Yep.
16    Q    So the last page here, the last two
17  pages, this is an Affidavit, is it not?
18    A    Yep.
19    Q    And it's your Affidavit?
20    A    Yep.
21    Q    Is that your signature on the back
22  page?
23    A    Yep.
24    Q    And what's the date?
25    A    July 22, 2017.

1        (Chambadal - 10/29/18)
2    Q    So you entered this pursuant to the
3  Court's consent decree for injunction; is that
4  right?
5    A    I'm not sure what that means.
6    Q    Look at the front page here, Consent
7  Order For Injunction. Is that what this says?
8    A    Yep.
9    Q    Did you look at this at all?
10    A    Yep.
11    Q    Did you look at this before signing the
12  Affidavit?
13    A    Yep.
14    Q    So when you signed this Affidavit, you
15  understood that you were testifying just as though
16  you were doing it in front of a Court?
17    A    Yep, understood.
18    Q    And you did so under the penalty of
19  perjury?
20    A    Yep.
21    Q    And the date of this was July 22, 2017.
22  At this point you still had your desktop and the two
23  USB devices?
24    A    No, I don't think so. Which date was
25  that?

1        (Chambadal - 10/29/18)
2    Q    July 2017?
3    A    I don't remember. What was submitted
4  to Lacy? I don't remember the dates.
5    Q    Would you be surprised to know that you
6  submitted the documents to Lacy in October 2017?
7    A    No, and I explained that to the judge.
8    Q    I'm sorry, you submitted on October 26,
9  2017 two USBs and the iMac to Lacy?
10    A    Yep.
11    Q    Does that sound right?
12    A    Yep.
13    Q    So you signed this Affidavit prior to
14  sending your devices to Lacy?
15    A    Apparently.
16    Q    And I want to direct you to paragraph
17  11.
18    A    Yep.
19    Q    Can you read it?
20    A    I returned to SmartStream and I have
21  not retained or do not have in my possession,
22  custody or control any hard copy or electronic
23  documents or data containing any SmartStream
24  business, confidential or proprietary information or
25  trade secrets.

1        (Chambadal - 10/29/18)
2    Q    So you signed this with the iMac and
3  the two USBs in your possession?
4    A    Yes.
5    Q    So paragraph 11 is not accurate?
6    A    Because of that one file?
7    Q    You tell me. You've got everything on
8  your iMac and the USBs, paragraph 11 is not
9  accurate?
10    A    Again, out of millions of files I
11  missed one and I was not aware it was there.
12    Q    How confident are you that there are no
13  other SmartStream documents on that iMac desktop?
14    A    Well, now you show me one, there might
15  be two, three, I have no idea. First, this is not a
16  price list.
17    Q    That's not my question. I want to talk
18  to you about --
19    A    You want to know about confidential
20  information.
21    Q    I don't want to know about confidential
22  information.
23    A    What's important is confidential
24  information.
25    Q    I want to ask you what was on your

```
 1              (Chambadal - 10/29/18)
 2   iMac?
 3        A     For me there was nothing about these
 4   contracts that I signed from time to time, as I told
 5   you when I was working remotely, and that's it.
 6   This is not a price list.  There is nothing
 7   confidential with these documents.
 8        Q     Prior to signing this affidavit what
 9   did you do to make sure that you still did not have
10   SmartStream information in your possession?
11        A     As soon as I spoke to my lawyer, I
12   attempted to get rid of everything, but obviously I
13   missed one document.
14        Q     Tell me your process.  You said you
15   attempted to get rid of everything.  Obviously you
16   failed?
17        A     I failed on one document out of a
18   million.  There is no confidential information in
19   that document.
20        Q     Please tell me what you did.
21        A     For me, the difficulty with the scan is
22   the scan comes with a name that's assigned by the
23   printer.  If I don't rename it immediately, there's
24   no way I can find it.  It's going to be one of
25   millions of documents.  That's what happened here.
```

```
 1              (Chambadal - 10/29/18)
 2   Do you have a name for that file?
 3        Q     So documents that were scanned likely
 4   fell through the cracks in your review?
 5        A     That's what it seems, yeah.
 6        Q     So finishing up here, let's talk about
 7   your assets.  We talked about your income from
 8   Tenemos and I have your invoices from Axiom.  What
 9   other assets -- let's start with residential
10   properties do you own?
11        A     Why is that relevant?
12        Q     Please answer the question.
13        A     That's completely out of scope.
14        Q     Please answer the question.
15        A     I don't understand how it's relevant.
16        Q     Please answer the question.
17        A     I own a home.
18        Q     You own a home.  You own one home,
19   multiple homes?
20        A     Just one.
21        Q     Where is that home located?
22        A     In the city.
23        Q     Is it the address that's on that
24   Quadrian invoice?
25        A     Yep.
```

```
 1              (Chambadal - 10/29/18)
 2        Q     Commercial properties?
 3        A     None.
 4        Q     What vehicles do you own?
 5        A     None.
 6        Q     Retirement account?
 7        A     Yep.
 8        Q     So you have a retirement account.  What
 9   about ownership in companies?
10        A     I've got shares in Quantal and Cube.
11        Q     Are those in exchange for your
12   providing board services?
13        A     No.  In exchange -- yeah, I suppose so.
14        Q     Earlier we were discussing compensation
15   for your board work and you said it was unpaid.
16        A     Paid was cash.  This is virtual.
17        Q     So you don't receive cash compensation
18   for your board work?
19        A     Right.
20        Q     But you do receive --
21        A     Options or shares.
22        Q     And for what boards do you receive
23   options or shares?
24        A     For Quantal and for Cube.
25        Q     Any others?
```

```
 1              (Chambadal - 10/29/18)
 2        A     That's it.
 3        Q     Do you have a checking account?
 4        A     Yep.
 5        Q     Savings account?
 6        A     Yep.
 7        Q     What other investment accounts do you
 8   own?
 9        A     That's it.
10        Q     Any boats?
11        A     Nope.
12        Q     Water assets?
13        A     Nope.
14        Q     You own the one property that's
15   residential.  You don't own any commercial
16   properties?
17        A     Nope.
18        Q     Any other assets?
19        A     No.
20              MS. WOLIVER:  That's it.
21              (The deposition was concluded at 1:40
22   p.m.)
23
24
25
```

2
3         C E R T I F I C A T I O N
4
5         I, LISA FORLANO, a Certified Realtime
6    Reporter, Certified Court Reporter and Notary
7    Public, do hereby certify that I reported the
8    deposition in the above-captioned matter, that
9    the said witness was duly sworn by me; that
10   the foregoing is a true and correct transcript
11   of the stenographic notes of testimony taken
12   by me in the above-captioned matter.
13        I further certify that I am not an
14   attorney or counsel for any of the parties,
15   not a relative or employee of any attorney or
16   counsel connected with the action, nor
17   financially interested in the action.
18
19   LISA FORLANO, CRR, CCR #XI01143
20
21   DATED:   November 5, 2018
22
23
24
25

2
3         JURAT
4         I, PHILIPPE CHAMBADAL, the witness herein,
5    the foregoing testimony of the pages of this
6    deposition, do hereby certify it to be a true
7    and correct transcript, subject to the corrections,
8    if any, shown on the attached page.
9
10   _____
11        PHILIPPE CHAMBADAL
12
13
14
15
16   Subscribed and Sworn to before me
17   this _____ day of    2018.
18   _____
19   Notary Public
20
21
22
23
24
25

2         I wish to make the following changes, for
3    the following reason:
4    PAGE   LINE
5    ____ ____ CHANGE: _____
6    ____ ____ REASON: _____
7    ____ ____ CHANGE: _____
8    ____ ____ REASON: _____
9    ____ ____ CHANGE: _____
10   ____ ____ REASON: _____
11   ____ ____ CHANGE: _____
12   ____ ____ REASON: _____
13   ____ ____ CHANGE: _____
14   ____ ____ REASON: _____
15   ____ ____ CHANGE: _____
16   ____ ____ REASON: _____
17   ____ ____ CHANGE: _____
18   ____ ____ REASON: _____
19   ____ ____ CHANGE: _____
20   ____ ____ REASON: _____
21   ____ ____ CHANGE: _____
22   ____ ____ REASON: _____
23   ____ ____ CHANGE: _____
24   ____ ____ REASON: _____
25

**A**

**a.m** 1:13
**ability** 7:13 9:14,19
**able** 9:7 31:2 123:2
 123:5,6
**above-captioned**
 165:8,12
**absolutely** 47:16
 64:7 81:15 82:23
 117:13 128:23
 132:23 133:24
 135:10 155:12
**Accenture** 43:22
 45:22 49:20
**access** 37:19 38:9
 41:17 43:5 76:3
 88:10 90:25 91:10
 93:6 95:13 97:23
 101:21 129:9
 130:16
**accessed** 86:25 87:6
 87:8
**accessing** 95:24
 149:13
**account** 99:5 117:6
 163:6,8 164:3,5
**accounts** 164:7
**accurate** 131:23
 143:11 156:13
 160:5,9
**accurately** 9:8
**accuse** 114:12
**acquired** 21:6,7
 110:7
**acquisition** 106:22
 146:9
**acquisitions** 146:2
 146:11,14 147:13
**action** 165:16,17
**actionable** 117:11
**actions** 17:6
**activities** 31:2
**actual** 7:19 37:19
 95:10 97:17 104:20
 118:3 150:8
**add** 8:19 116:14
 130:6
**added** 25:25 27:14
**addendum** 3:13 67:16
 67:22
**addition** 104:19
**additional** 152:16
 154:7 155:6 156:5
**address** 113:25
 114:11,20 131:17
 131:21 162:23
**addresses** 68:9
**addressing** 80:6
**administrative** 31:23
**Admission** 3:18 86:20
**admit** 86:25 87:4

 100:13,15 119:23
**advertising** 38:25
**advised** 119:3
**affairs** 74:19
**affidavit** 4:8 125:8
 151:24 152:8
 153:20 154:20
 155:5 157:17,19
 158:12,14 159:13
 161:8
**agencies** 23:3
**aggregating** 16:8
**ago** 6:5 13:18 14:7
 23:9 28:2 46:15
 98:7,9,10,11
 119:16 123:18
 126:19,21 141:19
 141:22
**agree** 65:13 120:18
 156:4
**agreed** 42:19 120:4
 120:21
**agreement** 118:18
 153:8
**agreements** 150:22
 153:6
**Ahead** 108:18
**air** 127:21 129:13
**alcohol** 9:16
**Alex** 2:10 140:19
 143:5,11,18
**alliance** 36:14
**alliances** 36:8 39:4
**allure** 62:13
**amount** 44:12 83:25
 108:4,10 157:4
**and/or** 152:17
**answer** 6:19 7:12,14
 7:19 8:2,10 11:11
 11:18 73:18 116:12
 122:2 127:13
 128:14 130:3
 162:12,14,16
**answering** 95:7
**anticipate** 7:11
**anybody** 40:15 93:3
**anybody's** 102:3
**anymore** 57:2 89:10
**apart** 43:25
**APIs** 39:12
**apologies** 49:3
**Apparently** 159:15
**appealing** 62:7
**appendix** 61:22
**Application** 39:15
**appreciate** 24:16
**approached** 49:19
 130:22
**approval** 42:9,13
 45:10
**approve** 36:3 46:8

 56:9,22
**approved** 57:2
**approximately** 14:6
**April** 3:16 76:7
 78:14 82:10 111:8
 111:15,16,19 118:6
 119:4 126:24
 127:16 128:10
**Aquiline** 114:25
 115:5,8 117:9
**architecture** 69:25
 139:6
**arrangement** 149:25
**arranging** 146:14
**aseidenberg@sack...**
 2:13
**aside** 70:15 86:16
 87:22 110:11
 149:12
**asked** 8:18 12:3
 34:11 35:4 62:12
 72:5,8 118:8,24
 137:13,22 142:7
**asking** 7:10 11:9
 102:19 121:11
 127:13 130:10,11
 149:5
**aspect** 101:25 103:7
 103:20
**aspects** 103:6
**assemble** 62:15
**asset** 35:7 40:7 43:3
**assets** 162:7,9
 164:12,18
**assigned** 161:22
**assume** 8:2 79:21
**assumptions** 85:8
**attached** 140:24
 166:8
**attachment** 136:15,18
 136:24 138:19
 143:14
**attachments** 138:13
**attempted** 161:12,15
**attempting** 26:7
**attend** 12:17 51:21
 52:7
**attention** 115:24
**attentive** 46:11
**attorney** 5:6 8:9
 10:9 165:14,15
**ATTORNEYS** 2:7,13
**attributes** 62:5,7
**August** 3:19 105:24
 106:8,16 109:3
 117:24
**authority** 30:25
**authorize** 31:13
**automatically** 24:20
 26:7,8,11
**available** 139:25

**ave** 116:5
**average** 157:6
**avoid** 38:8
**aware** 42:25 93:10
 160:11
**axiom** 131:24 132:5,5
 132:8,12,13,21
 133:5,21 134:3,4,7
 134:9,25 135:4,9
 135:23 139:16,18
 140:18 142:2,7,13
 143:7,12,22 144:22
 162:8
**Axiom's** 143:25
**AXIOM0000001** 4:7
 132:25
**AXIOM0000147** 4:7
 133:2
**Axiom101** 140:9
**Axiom130** 139:22
**Axiom80** 142:25
**AxiomSL** 117:17
 131:13 133:16
 135:16 136:10,11

**B**

**B** 1:7 3:8 4:2
**back** 14:18 17:24
 18:3,23 24:2 33:13
 42:15 46:18 57:8
 70:21,22 89:24
 97:8,9 99:17
 110:11 115:13
 117:5 118:12
 120:20,21 127:20
 129:4,7 130:14
 150:16 151:4
 157:21
**backed** 125:8 127:17
 127:21 130:4
**backer** 114:6
**background** 10:20
 11:25
**backing** 21:7 97:3
 129:17
**backlog** 80:4,9 84:16
 109:4
**backup** 97:2,7,8,8
 128:7,8,25 129:2
 129:14,15
**backups** 124:25
 127:11 140:8
**bad** 118:13,15
**balance** 85:5
**balances** 82:17
**bank** 67:23 88:5
 102:9,11 141:17
 145:13
**banker** 147:3
**banking** 145:7,10,11
 145:12

**banks** 44:5 48:14,24
  49:2,3,4,9,16,19
  49:19 60:13 102:14
  103:23 105:13
  118:20 144:8,10,14
  144:20,23 145:16
  145:18 146:23
  147:10,12
**bar** 63:14
**base** 91:11,19,20
  146:21
**based** 47:17 61:13
**basically** 41:4
**basis** 75:23 144:9
**bathroom** 8:5
**beast** 11:11
**becoming** 21:15
**bedroom** 95:6 98:3
**beginning** 25:15
  30:11 73:24 104:5
  140:11
**behalf** 5:22 6:15
  119:10 154:3
**believe** 9:7 115:18
  123:21
**bell** 125:11
**benchmark** 108:13
**benchmarks** 108:12
**beneath** 31:22
**benefit** 78:21 135:4
**best** 7:13 156:19
**better** 44:2 47:21
  71:7,10,11,13,18
  71:20 99:24 103:16
  148:8
**bid** 20:6,8,9,12,15
  65:24 66:3
**bids** 34:23
**big** 7:13 36:23 55:2
  100:21
**billed** 136:19
**birth** 10:20
**Bisys** 20:7,10
**bit** 6:10,13 10:19
  12:2 15:11 18:6
  24:4,18 25:2,17
  26:5 27:16 28:6
  30:4 32:23 38:15
  39:4 46:20 49:14
  52:20 55:21 71:13
  87:5 116:22
**black** 113:5
**BlackBerries** 46:10
**BlackBerry** 87:3
  93:22 94:3 98:19
  98:25 99:20,25
  122:9 124:5,11
  125:14
**Bloomberg** 44:10
**bluetooth** 94:23
**board** 3:10,19 21:16

  21:19,24,25 22:8
  23:5,11,15,23
  24:15 25:7,9 30:21
  30:22 40:16,18
  41:21 42:10,24
  43:8 46:6 50:11
  51:2,10,15,18,21
  52:11,17,18,22
  53:7,8,17 55:12,20
  57:2,16 73:14,18
  76:18,25 78:7,22
  79:3,7,10 83:5
  85:3 92:7,14,16,19
  93:3 105:25 106:8
  106:9 109:23,24
  110:15 111:15
  116:14,16,16
  118:19 163:12,15
  163:18
**board's** 74:8
**boards** 21:22 73:21
  117:19 163:22
**boats** 164:10
**Boggs** 1:17 2:4
**bond** 113:24
**bonus** 82:9
**book** 24:21
**booking** 77:19
**bookings** 77:15,16
  78:2,14 80:8 84:7
  106:22 107:2,7
**born** 27:25
**borrow** 110:8
**Borse** 54:8,11,21
  55:3,18 56:10,24
  57:6,13 58:7,11
  59:7,10,11,20
  60:19,24 61:3,17
  64:11,13,17 65:22
  67:12 68:15 69:3
  69:12 70:12,14
  90:6 104:13,14
  138:15,20,25 139:3
  139:10
**Borse's** 139:11
**boss** 56:2,4 111:9,23
**bottom** 61:23 62:4
  84:23 133:8 134:22
  140:11
**bought** 25:23 28:8
  42:18,20 51:17
  72:16
**bound** 108:24
**Brad** 121:25 122:19
  123:2
**brain** 100:18 103:12
**break** 8:7,8,12 33:19
  70:16 143:24
  149:19,23
**breakdown** 107:21
**breaking** 102:4

**breakout** 8:6
**breaks** 8:10 33:18
**bridge** 36:2
**Brief** 70:19 149:20
**briefly** 76:2 104:6
  143:23,24
**broadcast** 73:15
**brochure** 59:14,15
**Broderick** 1:6
**broken** 26:6 84:7
  107:11,13
**broker** 15:15 55:24
  56:2
**brought** 150:9,10
**brunt** 87:24
**bubbles** 110:3
**bucks** 122:6
**budget** 28:13
**build** 27:17 28:8,11
  29:6,10 42:24
  43:22 45:15 46:3
  101:24 139:10
**building** 42:22
  139:20
**built** 28:9,16,17,19
  29:13 44:10,11,19
  44:20 45:7,16
  54:15 57:20 101:6
  136:4 137:8,11,16
  137:24,25 138:3,7
  138:7,12
**bullet** 54:25
**bunch** 143:21
**business** 3:11,14
  13:6 17:23 18:22
  19:22 42:15 46:24
  55:10 58:24 65:21
  68:18 72:21,22
  73:4,10 74:25 78:9
  79:2 85:9 89:3,22
  102:7 104:7,17
  115:9 119:9 143:25
  159:24
**businessperson** 19:2
  34:17 45:12,14
  72:19
**buy** 21:4 44:20 60:17
  113:12 115:15
  146:4
**buying** 32:7 115:11

────────
C
────────
**C** 2:2 165:3,3
**C-A-R-S-O-N** 16:24
**C-H-A-M-B-A-D-A-L**
  5:12
**call** 5:13 102:10
**called** 12:19 13:15
  14:17,23 15:19
  20:7,10 22:2 23:6
  24:6,15 27:12

  148:3
**calls** 121:25
**capacity** 104:9
**capital** 29:9 32:3,5
  43:23 45:23 46:3
**capturing** 27:22
  45:19
**care** 42:4 44:5,6
  56:20 71:23 78:23
  97:10 144:8
**cared** 41:25 42:3
  46:12
**career** 102:19,19
**Carson** 16:21,24
  17:25 19:12 21:5
  115:3,5,10 117:9
**case** 1:5 5:23 6:6,16
  10:12 11:17 36:15
  114:15
**cases** 86:2,4,13
  151:11
**cash** 82:9,9,17 83:2
  83:3,6,19,25 85:4
  85:5 163:16,17
**CCR** 1:18 165:19
**cellphones** 152:19
**Center** 2:5 20:6 21:8
**central** 96:6
**CEO** 17:3 21:11,15
  25:4,6,11,14,18
  26:22 30:6,14,24
  31:2 34:15 42:9,23
  45:14 46:19 53:7
  53:13 55:11 56:7
  56:20,25 57:16
  65:4,6 71:10 74:2
  74:5,10,18 75:4
  79:9 82:19 88:16
  88:18 92:25 103:17
  104:15 110:23
  111:7 120:3 133:25
  134:5 142:24
**CEOs** 103:23
**certain** 37:21 91:16
  91:22,23 92:25
**Certified** 165:5,6
**certify** 165:7,13
  166:6
**cetera** 77:8 154:8
**CFO** 37:22 40:22,22
  40:24 53:17 57:17
  74:15 106:18
**chain** 4:3 113:17
  121:2
**Chambadal** 1:8,15 2:1
  3:1,5 4:1,8 5:1,2
  5:11 6:1 7:1 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1

22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
114:2,8 115:1
116:1 117:1 118:1
119:1 120:1 121:1
121:16 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1,24 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
166:4,11
**CHAMBADAL00001** 4:6
131:6
**CHAMBADAL00004** 4:6
131:6
**change** 17:6 25:19
167:5,7,9,11,13,15
167:17,19,21,23
**changed** 14:10,12
**changes** 167:2
**charge** 108:21 145:22
**charging** 58:11

**chart** 69:16
**check** 84:2 113:13
**checking** 164:3
**chief** 72:14
**children** 11:15
**chips** 23:4
**chose** 102:22
**chosen** 49:25 50:2
**Chris** 5:5
**circle** 70:22
**Circling** 89:24
**circulated** 52:9
**city** 162:22
**clarification** 7:21
24:17
**clarified** 137:23
**clarify** 110:12
**classes** 35:7 40:7
**classify** 90:2
**Claude** 10:25
**clean** 7:9
**cleansing** 27:23
45:20
**clear** 127:3 133:16
134:3,25
**clearing** 18:5,7,14
18:15,17
**clearinghouse** 18:11
**clearly** 13:2
**client** 6:18 29:16,18
29:21 35:18 39:25
40:14 49:17 50:6
60:20 61:14,20
62:13 72:2 88:10
100:19,20 101:2
102:23,23 105:15
107:6,11,22 108:21
134:9 135:17
146:21 147:5,6,7
**clients** 24:22 43:14
50:13 60:3,8,10,11
60:17 61:4,4,5,12
62:16 66:17 70:25
71:8,10 72:24
87:18 88:3 89:16
89:17 103:15
109:10,16 131:2,16
**close** 102:10,15
**closed** 21:10
**closing** 80:9
**code** 19:3,4 34:9
72:10 101:23
**coded** 19:5
**coder** 103:5
**coding** 26:25 103:4,6
103:7
**collateral** 26:2 28:5
63:6,8 64:8,8,25
**college** 12:17
**COLUMBUS** 2:6
**combined** 82:25

**come** 21:2 77:22 99:2
102:21,21 150:7
**comes** 161:22
**coming** 56:7 70:5
**comment** 24:5 110:2,2
**commented** 73:19
**commercial** 163:2
164:15
**communicate** 9:20
73:3
**community** 103:24
**companies** 24:23
25:19 38:17 43:20
44:8 53:23 54:24
58:18 103:10
115:12 146:18
147:2,19,24 148:21
148:22 149:6,11
163:9
**company** 13:14,19,21
13:23 14:23 15:5
15:18,23 16:11,18
16:20 17:10 19:8
20:7,9 21:17,18,25
22:9,13 23:5,17
24:6,14 25:12,23
30:18,24 31:16
40:10 41:5,9,10,10
41:13,15,19 49:12
53:18,20,25 57:24
72:17,23 73:2
77:11,12,24 79:11
79:14 83:12,14,16
83:21,22 85:24
86:3,5 88:23 92:18
100:17 101:22
102:5,10 104:20
108:3,5 110:8
111:22 112:21
113:2,6,12 114:12
114:13 117:12
118:22 119:12
131:15 132:13
146:7 148:4,5
149:2 156:24
**compensation** 31:11
163:14,17
**competed** 102:20
**competitive** 71:3,5
73:10 74:22 118:21
**competitor** 24:8 47:6
**competitors** 60:9,11
60:13 66:23 105:17
**Compilation** 4:7
132:25
**completely** 22:23
23:17 148:25 149:2
162:13
**complex** 103:24
**compliance** 54:19
144:18

**component** 8:20 18:24
28:4,10 75:4 81:9
81:11 107:14
**computer** 95:13,17
97:5 126:3,12
152:22 154:9,11,17
154:22 155:2,22
156:20
**computers** 152:19
**concept** 45:23 47:10
**concerning** 124:25
**concluded** 164:21
**conducting** 154:4
**conferences** 38:20
43:15
**confident** 160:12
**confidential** 3:11
38:20,23 41:8
58:23 59:20,21
61:18 63:15 64:2,3
64:3,9,20 65:14
66:15,21 67:7,9,13
68:12 87:2,6,17
88:2,13 89:25 90:3
90:4,11 101:7
108:9,11 129:5
130:16,21,23
148:14,17,23 149:7
152:17 154:8 156:6
157:3 159:24
160:19,21,23 161:7
161:18
**confidentiality**
63:21,23
**confusion** 24:9
**connected** 165:16
**connection** 85:9
**consent** 4:10 125:10
157:11 158:3,6
**consideration** 74:8
**considered** 59:8
**consortium** 49:20
**constantly** 97:13
**consult** 16:18,19
**consultants** 108:3,5
108:10,19,24
**consulting** 13:14,21
13:23 16:25 17:19
116:5,11,13 131:16
**contact** 55:14 119:8
119:9
**contacted** 117:24,25
**contain** 74:7
**contained** 148:16
153:10
**containing** 159:23
**contains** 106:20
**contemplated** 60:25
**content** 44:21 56:12
57:10 106:19
136:17 156:2

context 118:7
continue 111:21,22
CONTINUED 4:2
contract 3:13 35:19
35:20,21 36:4
37:18 67:16,23,25
68:8 77:17,21 88:5
98:15 108:15,20,25
153:9,16 154:3
156:24 157:5
contracted 56:8
contractor 116:4,11
116:13
contracts 35:24
37:20 38:9 98:16
151:20 161:4
contradicts 157:9
control 159:22
convince 60:17,20
88:25
convinced 112:20
copies 131:23 152:16
154:7 155:6 156:5
copy 92:13 155:21
159:22
core 145:7,10,11
corner 59:19 61:23
69:11
corporate 5:25
133:10 140:25
141:3
correct 8:15,23
116:12 135:13,19
137:23 145:3
151:19 165:10
166:7
corrections 166:7
cost 35:5 58:10,17
79:25
costs 57:19,20,20,21
57:22 58:18 79:21
108:22
counsel 37:23 53:18
57:17 77:2 83:8
86:14,15 92:12,20
124:9 126:4 165:14
165:16
couple 33:16 70:22
110:14 125:9
133:13 141:18
149:22
course 7:8 17:16
31:7 38:10,13
67:10,14 68:13
87:3 105:19 108:14
court 1:2 5:10 6:20
8:9 158:16 165:6
Court's 158:3
cover 48:25 49:3
77:5 106:6
covered 17:9,18

22:18 70:17
CPIs 77:14
cracks 162:4
crash 96:15,17
crashed 96:19 97:10
create 17:24 18:23
24:21 42:15,17
49:15,20 59:8
created 13:21 15:18
24:21 28:23 29:13
47:2 49:6,9 59:10
creating 46:25 60:25
79:12
credentials 98:18
Credit 28:9 110:8
criminal 12:12
crisis 44:4,4,7,9
47:19,20,20
critical 31:10 122:4
cross 27:23 45:19
crown 47:4,11,12
CRR 1:19 165:19
CTO 48:19 57:16
71:22,23,24,25
72:16 73:8 74:4
92:13,18 97:12
CTOs 103:23
CTU 69:20
Cube 23:6,16 24:2,7
24:7,10,12,15
116:15 117:3
163:10,24
current 77:23 142:5
currently 8:11
custody 159:22
Custom 116:16 117:3
customary 151:16
customer 26:10,16
33:8,12,18 34:10
35:4,10,10,23 38:5
38:23 40:4,5 49:5
54:22 62:8 67:8
68:8,11 71:5 84:17
customers 19:7,14
32:17,18,21,25
33:10 34:23 36:7
36:18 37:4,16 38:9
58:14 83:11 84:13
104:20 150:22
CV 143:12,14

D

D 3:2
Darryl 27:11
data 15:13,14,16
16:8,9 25:25 27:19
27:22,22,23,24
29:9,14,17,21
42:17,19,22 43:10
43:11,13,23 45:19
46:3,4,25 48:19

54:19 58:4 62:21
62:25 64:12 69:8
70:5,5,6 87:10,17
87:24,25 88:12
159:23
database 90:15,16
96:4,7
date 3:19 10:20
20:17 51:11,14,15
51:16 105:24 106:7
113:10 114:2
119:13,15 120:16
124:7 136:11
140:21 143:9
152:12 157:24
158:21,24
dated 3:23 114:16
120:8 122:22
165:21
dates 123:17 159:4
daughter 126:8,11,15
126:23 129:21
daughter's 128:19
daughters 125:18,20
127:10 128:12
129:11
David 121:19 122:20
day 5:14 48:9 122:24
126:23 166:17
day-to-day 31:2
DB 136:4,19 137:11
137:16,24,25 138:3
138:7,7,12
deal 21:10 38:4 54:9
54:12,21 55:2,7,8
55:25 57:5,12
102:10
deals 36:5 37:21
39:3 71:2 80:14
82:7 100:21 101:3
102:15
Dear 114:5 134:23
December 21:10,15
51:12,18 110:15
111:9 114:16
decide 31:3 61:12
decided 20:15 49:20
decision 31:23
decisions 32:2,6
deck 37:13 38:15,16
38:21 43:15 46:17
59:23 60:5 110:19
140:25 141:3
decks 38:16,18,22
56:18 74:4 75:6
104:18,19
declared 155:17,20
156:12,17
decrease 82:13,16
decreases 82:22
83:19

decree 158:3
dedicated 94:24
deduct 138:15
deem 37:22
Defendant 1:9 2:13
Defendant's 3:17,21
86:19 115:19
defined 26:6
delayed 122:15
deleted 151:13
deletion 151:16
deliver 48:24 135:21
152:24
delivered 27:18
125:13 126:3 150:3
150:16
delivering 150:3
Deloitte 141:20
142:6,16,17,20,23
demand 120:5
demoted 111:8,17
demotivated 110:20
110:24 111:18
department 91:25
92:2,10
departure 118:3
depended 31:5,10
33:5 104:25
depending 37:7,8,13
38:5
depends 35:22 147:19
148:24,24
depletes 83:2
depose 128:12
deposed 6:15 12:3
deposition 1:15 5:8
5:17 6:2 8:3 10:12
11:9,20,23 116:20
127:12 164:21
165:8 166:6
describe 56:4 94:8
described 83:7
describes 62:24
describing 85:22
desktop 97:19 125:15
150:2,4,8,9,10
152:21 153:17
158:22 160:13
destroy 130:8
details 54:9
determinations 31:12
Deutsch 54:15 137:3
Deutsche 54:8,11,21
55:3,18 56:10,24
57:6,13 58:7,11
59:7,10,11,20
60:19,24 61:3,17
64:11,13,16 65:22
67:12 68:15 69:3
69:12 70:12,14
90:6 104:13,14

138:15,20,25 139:3
139:9,11
**develop** 44:8
**developing** 41:23
45:3
**development** 28:13,15
57:21 89:4 104:8
104:17 133:10
**device** 97:4
**devices** 94:4 124:24
125:3 152:20
158:23 159:14
**DIFC** 20:6
**differed** 38:5
**different** 22:23
23:18,19 38:17
41:23 42:8 44:15
44:18,19 45:22
57:24 81:2 102:22
115:9 132:19,23,24
135:14 156:15
**difficulty** 161:21
**direct** 24:8 30:6
31:15,21 45:8,9
86:23 140:9 159:16
**directed** 119:8
**directing** 32:14
115:24
**directly** 157:9
**director** 23:14,15
24:15 25:10 51:24
116:6,10,23,24
**directors** 25:7 40:17
41:22 50:11 83:6
116:15
**disaster** 96:20
**disclose** 41:11
105:16 117:14
148:12
**disclosed** 41:9 83:15
144:25 148:25
149:2
**disclosures** 83:21,23
**disconnect** 112:18
**discover** 24:20
**discovery** 145:2
**discuss** 39:20 40:25
57:5 72:2 73:9,13
74:22 86:12 89:21
117:8
**discussed** 42:7 85:13
87:23 104:6 118:18
124:16 149:24
**discusses** 69:23 86:8
107:5
**discussing** 19:11
79:25 105:7 163:14
**discussion** 37:16
52:23 56:23 73:15
73:17 138:9
**discussions** 40:17

105:4 117:15 142:4
**disparate** 16:8
**disseminated** 53:20
**distracted** 110:21,24
111:18
**distribute** 74:6
97:15
**distributed** 58:6
76:24 92:24
**distributing** 54:4
**distribution** 76:17
91:16,22 92:7,13
**DISTRICT** 1:2,2
**divulge** 102:2
**divulged** 101:7
**document** 48:11 59:6
61:3,7,10 67:21
68:5 85:18 92:6
93:6 98:20,23
106:12,17 137:5,9
137:12,18,20,21
138:18,20,22,23
141:6,8,12 161:13
161:17,19
**documents** 3:22 4:7
10:5,14 17:17
39:12 90:3,6,16
93:11 96:5,9 97:4
97:6,15 115:21
124:17 128:3
129:18,25 132:25
149:6 150:13
151:19 159:6,23
160:13 161:7,25
162:3
**doing** 25:24 26:13
27:3 32:19 53:25
59:8 70:11 74:9
79:2 88:22 101:3
103:10 154:2
158:16
**dollars** 122:5
**domain** 134:2
**doors** 88:4
**Doubt** 50:12
**dozen** 53:21 54:5
**dozens** 38:19,19
39:17 43:7 151:2,3
**drive** 96:21,23 97:2
125:5 156:7
**drives** 125:17
**drop** 121:24 122:7
150:13
**dropped** 121:15
150:14
**drugs** 9:18
**DTCC** 36:12,15
**Dubai** 20:5,22 21:8
**Duco** 24:7,8,8,10,11
141:20
**duly** 5:2 165:9

**duties** 119:5 145:21

_____
**E**
_____

**E** 2:2,2 3:2,8 4:2
165:3
**e-mail** 4:3,4 97:13
97:15,23 98:12,23
99:7,7 100:6,8,9
113:9,17,25 114:3
114:8,20 121:2,12
121:23 122:10,16
122:25 136:5,18,22
137:10,15,23 138:2
138:4,6,8 140:12
143:3 150:24 151:5
**e-mails** 48:8 97:7,11
112:17,25 113:7,15
113:19 117:6
130:20
**earlier** 8:18 146:4
153:7 163:14
**early-stage** 133:20
**earn** 145:3
**earning** 107:22
**earnings** 15:15
**easier** 6:14 147:21
**EAST** 2:11
**EBITDA** 149:9,12
**edition** 51:9
**education** 12:14,21
**effective** 118:5
**efficiency** 33:14
**efforts** 133:19
**eight** 14:20 27:19,20
44:22,24,25 49:21
49:22,23 100:18
**EIR** 16:21,22 17:21
17:22
**either** 50:4 72:13,25
85:23 99:21 126:11
**elaborate** 15:11 18:6
28:5 45:18 49:14
60:22 86:11 87:7
102:6 144:5
**electronic** 152:19
159:22
**Eloise** 11:19 12:9,10
**emphasize** 6:25
**employed** 116:5 145:2
**employee** 93:17
165:15
**employees** 16:10 30:9
31:16 85:23 119:9
**employment** 87:3
88:14 104:4 110:14
116:4,10,13 118:5
120:20
**encompass** 27:21
**engage** 42:21 111:23
**engagements** 117:17
**engaging** 42:8

**engine** 36:17 39:16
40:2 62:21 63:7,8
**engineer** 34:20 71:15
71:19
**engineers** 35:13
**enriching** 27:24
**enrichment** 45:20
**entail** 26:5 28:6
32:20 89:6,14
145:23
**entailed** 46:24
**entails** 24:4,19 26:6
42:21
**enter** 40:12 91:13
93:5 95:20
**entered** 80:15 125:10
158:2
**entire** 91:24
**entities** 58:6 117:16
**entitled** 6:18
**entity** 20:21 39:6
**Entrepreneur** 16:23
**EPN** 90:23
**equipment** 93:19
121:15,24 122:8,15
**equites** 14:14
**equities** 14:16
145:22,24 146:10
**equity** 17:25 19:15
21:6 112:23 113:11
113:16,20,24
114:24 115:13
117:25
**erase** 100:18
**erased** 155:24
**ESQUIRE** 2:4,10
**essentially** 119:4
**estimated** 80:9
**et** 77:8 154:8
**ETI** 22:2,19,23 23:3
23:24
**Euroclear** 36:12
**European** 54:18
**euros** 78:14,17,18
**evaluate** 49:21
**evaluation** 82:5
**eventually** 21:7
37:17 49:19 74:2
124:7
**everybody** 55:10,13
93:15 103:22
108:13
**evolving** 81:22 82:3
**exactly** 66:2 88:6
**exam** 12:23
**examined** 5:3
**example** 32:7 33:12
33:15 43:22 68:8
76:14 83:20 91:15
93:2 96:2 102:2
113:8 118:20

examples 36:11
exception 63:14
exceptional 103:22
exchange 39:6 97:11
  133:18 163:11,13
exchanged 40:18 97:6
exchanges 139:20
exchanging 39:11
excited 46:6
excluding 82:9
execute 56:6
executed 56:7 155:5
executive 80:18
exhausted 85:6
exhibit 48:4 50:8,25
  56:15 57:8 59:5,11
  68:16 76:6 86:18
  87:11,12,13,14,16
  98:22 100:11
  105:23 108:15
  110:12,13 112:2,11
  117:5 119:17 121:7
  122:14,25 131:10
  152:5 153:15
Exhibit-4 98:21
exhibited 154:3
exited 111:2,6,12
expect 73:18
expected 80:14
expecting 133:22
  134:9
expenditures 32:3,5
experience 5:21
  12:15 104:2 132:18
  132:22 133:17,22
  133:25 134:6,10,13
  134:14,15,15 135:2
  135:4,15
expert 72:19
explain 18:9 33:22
  34:2,20 39:14
  71:12,20 72:15
  78:7 79:5,10
explained 159:7
explaining 22:25
  32:21 34:19 81:21
  89:20
expressed 35:11
extend 143:22
extent 8:22
external 96:23
  124:24

                F
F 165:3
F-I-D-E-S-S-A 146:8
fact 6:24 76:24
factor 62:8
failed 43:22,23,23
  161:16,17
fair 11:23 87:22

false 138:2,5 154:12
Fame 14:23 15:6
familiar 6:11
far 8:25
fee 29:23 56:22
  57:19 58:2,3,3,5,9
  58:15 66:24 67:8
  68:3,9 87:20,21
  88:2 108:15,15,25
  150:22 153:6,8,10
  153:13,14
feed 29:18,21
fees 25:25 28:4,7
  66:25
fell 162:4
Fidessa 146:4,8
field 39:23,24
Fifty 66:22
file 17:14 90:25
  91:5 93:13 155:16
  155:19 156:22
  160:6 162:2
filed 17:17
files 97:8,10 125:8
  153:23 154:21
  155:2,7,10,11,18
  155:19 156:11,20
  160:10
filing 131:12
final 114:7
finance 3:16 76:7,15
  77:3 83:8 90:11
  91:15,25 92:2,6,10
  109:21
financial 3:19 20:6
  21:8 40:25 41:4
  44:9 52:21,22 53:3
  53:10,16,23 54:4
  76:2,3 82:20 84:20
  85:8 87:10,17,23
  87:24,25 88:12
  90:7,9 105:24
  106:7,15,21 147:23
  148:25 149:6,13
financially 165:17
financials 83:18,22
  84:6 85:12 148:21
  148:22 149:8,10
financing 147:13
find 42:23 47:2
  115:15 140:24
  161:24
finding 105:12
  115:12
fine 11:21 13:20
finish 13:8
finishing 162:6
fired 9:11
firm 18:2 19:15
  26:23,25 95:12
  114:24 115:13

130:21
firms 113:12,16,20
  117:25
first 3:22 11:21
  21:4 42:23 43:16
  43:19 47:13 69:19
  74:5 97:9 106:5
  113:8 115:20
  116:11 119:24,25
  121:23 133:13
  143:19 160:15
fit 147:16
five 33:18 77:18,18
fix 26:9,10
flip 77:4 100:11
Floor 1:18 2:11
flow 70:5 83:7,25
  85:4
fluctuate 82:20
fly 35:8
focus 17:8 25:18,20
  46:19 69:5,8 104:7
Focusing 105:20
following 167:2,3
follows 5:3
followup 114:19
  116:20
forecast 85:4
foregoing 165:10
  166:5
foremost 69:19
Forensic 126:3,13
forget 25:16 126:6
forgive 102:6
FORLANO 1:18 165:5
  165:19
format 116:14
formed 85:8
Forty-eight 109:6
forum 63:25
forwarded 117:6
found 27:17 156:22
founded 20:2
four 19:17 131:10
frame 25:20 36:21
  118:25
France 12:19,20
Frankly 48:7
free 41:17
frequently 142:11
Friday 10:7 123:3
friend 111:20
front 7:3 56:15
  66:18 158:6,16
frustrated 11:24
  142:5,13,14,17
frustrating 73:20
FTV 115:7 117:10
full 83:21,23
funder 20:5
funding 19:20,21

20:2
further 107:13
  165:13
future 77:24

                G
gallery 127:22
garden 119:4
gears 70:22
gen 17:24
general 7:8 9:12
generally 35:24
  51:21 53:22,23
  87:8,23
genius 43:16
gentleman 27:12
getting 43:17 48:8
  111:2 115:12
  142:19 145:13,24
girls' 95:6
give 6:14 33:11,15
  34:25 35:8 36:10
  73:22 84:3 126:4
Giving 89:16
global 144:9
gmail 98:23,24 99:7
  114:12
go 12:14,15,24 13:9
  14:22 26:4 32:25
  33:7,12 35:14 42:7
  43:12 44:25 45:15
  52:19 66:18 77:4
  81:16 82:8 88:6
  89:20 97:3,9 100:2
  104:20,24 105:2,5
  110:11,12 113:4
  115:15,16 117:11
  118:20 119:17
  142:23 146:13
  152:14 155:7,11
goal 36:13
goes 18:11 63:21
  101:10
going 7:18 8:2,3
  11:18,22 12:5,5
  24:5 28:14 32:21
  33:9 61:2 69:4
  72:2 77:22 80:11
  86:12 109:12
  110:11 111:5,12
  123:9 128:14
  161:24
Goldman 36:25 49:7
  85:7
good 5:5 11:8 31:16
  31:17 38:25 103:23
  111:10 118:9,10,13
  118:15,16 147:16
Government 23:3
Great 6:13 7:24
gross 81:17 101:13

**group** 64:17 65:22
  69:12 82:9,15
**groups** 92:25
**grow** 25:19
**guaranteed** 80:12
**guaranteeing** 101:15
**guessing** 40:24

**H**

**H** 3:8 4:2
**half** 23:9 70:18
**hand** 26:9 150:7
**handed** 51:5 122:13
  131:9
**handing** 67:20
**handled** 104:14
**hands** 128:10
**happen** 6:4 74:6
**happened** 20:11,14,15
  92:9 142:11 161:25
**happening** 103:19
**happens** 12:25 35:12
  35:15 95:18
**happy** 64:14 101:13
  101:16
**hard** 96:21 125:5
  147:20 156:7
  159:22
**hardware** 32:7,8,11
  32:13,15 93:18
  121:11
**Hat** 15:24 16:2,15
**Haytham** 111:20 122:2
  142:24
**head** 7:16 27:11
  37:23,23,24 40:19
  40:20,21 48:19
  55:11 69:20 74:3,3
  83:8 101:3,19,20
  102:18,18 118:9
**header** 79:22
**hear** 9:20 72:12
**heart** 100:19,23
  145:13
**HEC** 12:19
**held** 41:13
**Helen** 133:9,10
  134:12,18,22 135:3
  135:11
**help** 24:23 105:14
  111:22 133:18
  134:10 135:8
  144:11,17
**helped** 22:13 89:13
  132:15 134:7 144:3
**helping** 21:16 22:9
  89:9,11,14 132:14
  132:18
**Henry** 1:7
**hesitate** 8:7
**Hi** 123:2

**high** 2:5 12:15 105:9
**high-level** 141:6,8
**Higher** 71:11
**hire** 29:11 31:19
  46:2 53:7 142:8
**hired** 13:24 17:3
  25:4 27:18 28:24
  28:25 29:3,5 31:3
  31:21 45:5,6 49:20
  72:16 142:15
**hires** 31:13
**historical** 15:13,14
**hold** 55:19 88:22
**home** 94:17 95:4,12
  99:9,13 100:3
  150:25 162:17,18
  162:18,21
**homes** 162:19
**hope** 78:24
**Hopefully** 79:13
**hopes** 73:22
**hotel** 98:17 99:15
**hour** 70:17
**house** 41:9,11,15
  77:12 83:13,14,16
  83:21 94:22,23,25
  95:10 97:25 98:2
  148:4,5
**HR** 118:10
**hundreds** 36:22 39:17
  59:13,22,23,24
  60:6
**HUNTINGTON** 2:5
**hurt** 7:18 102:5
**hurts** 9:13

**I**

**ICD** 76:18,19,25
  78:22 83:6 92:8
  110:4,9 113:13,22
**ID** 95:16,19,20
**IDC** 43:11
**idea** 27:25 28:2 29:6
  42:22 47:6 61:19
  71:14 77:22 108:8
  113:18 123:15,18
  126:17,19 128:20
  155:23 160:15
**ideas** 43:17
**identification** 47:25
  51:3 59:2 67:18
  68:20 76:9 86:20
  106:3 112:5 115:22
  120:10 121:4
  122:11 131:7 133:3
  152:3 157:12
**identify** 116:3 128:9
**ignorance** 49:4
**iMac** 97:17,19,24
  98:4 99:5 100:3,5
  125:14 150:2,4

  151:5,6,9,12,13,21
  151:21 152:21
  153:23,24 155:12
  159:9 160:2,8,13
  161:2
**immediately** 155:24
  161:23
**impairs** 9:19
**implement** 29:15
  101:23 120:15
**implementation** 29:18
**important** 7:2 8:21
  8:23 37:22 39:18
  79:15 135:19,20
  160:23
**impossible** 35:8
**impressive** 27:21
**improving** 18:18
**incapable** 34:19
**included** 17:17
**including** 134:14
**income** 162:7
**incorporate** 6:22
**incorrect** 135:11
  154:9 156:21,23
**increase** 25:16
**increased** 18:16 84:9
**increases** 82:21
**incredibly** 117:13
**index** 66:11
**indicates** 85:5
**indicating** 118:4
**individuals** 91:17,23
**industry** 108:12
**information** 4:5 16:5
  38:18 39:10 40:5,9
  40:13,15 41:20
  56:19 57:15 64:3
  64:19 65:19,20,23
  65:25 66:6 74:8
  75:12 78:22,25
  83:10 84:19 85:11
  87:2,6,7,15,23
  88:11,13 89:25
  90:2 96:20 101:7
  101:20 102:14,15
  103:5 104:16
  105:16 109:20
  128:22,24 129:5,6
  129:6,10,12,13
  130:9,15,17 131:5
  139:11 147:15
  148:16,19,25
  149:13 150:15
  152:17,18 153:4,10
  154:8 156:6 157:3
  159:24 160:20,22
  160:24 161:10,18
**initiated** 55:8
**initiating** 57:4
**initiative** 133:19

**injunction** 4:9,10
  125:10 152:2
  157:11 158:3,7
**inner** 34:8 40:2
  103:14
**Insight** 115:2
**inspection** 150:4
**Instanet** 14:17
**instructions** 7:9
**integrating** 39:19
**integration** 16:5
**intent** 118:17
**interact** 27:2
**interaction** 37:15
  143:17
**interest** 35:11 102:4
  113:14 114:6 130:8
**interested** 61:5,14
  113:22 139:20
  165:17
**interesting** 28:11
  55:13 75:11 140:25
  146:19
**interface** 39:15,17
  62:4,6
**internal** 19:8 58:18
  90:15,25 91:5
  93:13 96:4 108:22
**internally** 53:24
**international** 14:16
**Interrogatories** 3:22
  115:20
**Interrogatory** 115:25
**interrupt** 7:10
**interview** 143:19,20
**invested** 49:11
**investment** 164:7
**invite** 33:6
**invoice** 131:16
  162:24
**invoices** 4:5 131:5
  131:12,24 132:6
  162:8
**involve** 105:7
**involved** 54:11 55:5
  56:8 101:24 106:9
**IP** 61:21 88:15
  130:17,21,25 131:2
  148:10,11
**irrelevant** 12:7 72:7
**Issuance** 4:9 151:25
**issue** 154:5
**issued** 56:6
**issues** 85:18
**issuing** 53:17
**items** 67:7 70:22
  124:10 149:22

**J**

**J** 2:10
**January** 14:5 20:25

25:5 100:14 106:15
116:6 117:23 118:4
118:25 119:13,22
119:22 121:20
122:22 124:5
**jewels** 47:4,11,12
**job** 13:12 31:10 79:9
142:6,7,16
**joined** 14:5 141:16
141:20 142:6
**joining** 142:2
**joint** 48:13 49:6,12
49:15 50:9 60:25
**JP** 36:25 49:7
**judge** 1:6,7 7:3
159:7
**Julian** 27:13 141:14
141:15 142:11
143:18
**Julian's** 143:12,14
**July** 157:25 158:21
159:2
**jump** 55:20
**June** 120:17
**JURAT** 166:3
**JV** 53:8 59:8

### K

**keep** 38:12 53:23
68:12 118:11,16,22
118:23
**kept** 40:9 41:7 75:22
101:8 102:18
150:19
**key** 47:15
**kids** 11:4,5,12 12:4
12:8 98:6
**kids'** 11:19
**kind** 9:13 15:5,14
16:3 23:10,13 32:5
32:6,13 39:10
40:17 46:13 54:3
56:12 62:12 69:11
73:25 87:7 103:19
105:4,10 108:24
125:5 139:19
141:12 145:9
148:19 149:10
**kinds** 92:24
**knew** 55:10,11,11,11
55:13 100:22 111:2
155:24
**know** 5:7 6:6 7:14
8:17 33:16 34:14
34:18 48:10 50:14
50:14 51:16,17
54:2 56:17 57:14
58:14,18 61:13
65:2,4 69:12 71:17
71:23 74:22 75:22
81:5,8 84:2 85:15

85:15,16 88:3,6
100:18,19,19
101:20 103:4,14,21
103:22 109:2
110:22 114:24
116:14 124:7
125:22,24 127:4,7
127:8,8,10,14
130:3,13 153:11,19
154:10,14,14,18,18
154:22 155:2,4
156:14,16,19 159:5
160:19,21
**knowing** 102:9 117:12
**knowledge** 27:4 34:8
83:6 91:11,19,20
103:18 129:21
132:17,22 154:16
156:19
**Kodak** 127:22
**KRISTINE** 2:4
**kristine.woliver...**
2:7

### L

**labeled** 112:15
**Lacy** 126:12 129:23
129:24 150:9,10
151:22 152:24
153:18 159:4,6,9
159:14
**laptop** 90:20 122:6,8
124:4,8,13
**laptops** 32:15
**large** 36:5 144:10
**law** 95:12 102:4
**lawsuit** 6:17
**lawyer** 126:5,12
161:11
**lay** 84:10,13,16
**layman's** 16:6
**lays** 80:13
**Lea** 11:19 12:9,10
**learn** 111:5 133:16
134:4,25
**leave** 68:14 118:24
119:4 123:3,10,13
123:22,25
**leaver** 118:9,10,13
118:14,15,16
**leaves** 82:4 118:19
**left** 59:19 85:24
123:13 125:2,3
129:15 141:17,18
141:21 142:24
**legal** 37:22 85:18,25
92:20 109:21
**lending** 145:14
**length** 35:25 36:4
38:4
**let's** 9:25 10:19

12:14 25:2,18,19
30:3,12,25 31:6
35:9 36:20 42:7
46:18,19 52:19
65:20 70:16 74:5
77:4 81:16 82:8
84:22 86:16 90:8
93:18 94:2 104:3
113:7,15 118:3
143:23,24 149:19
152:14 157:2,10
162:6,9
**letter** 3:23 118:4
120:8,15
**level** 27:6,8 31:5,6
31:8,9,22 105:9
**license** 61:2 77:7,8
78:3,3,8,12,13,13
78:15 79:16,17
84:7 107:14,17,19
**licensed** 36:15
**licenses** 78:11,16
84:14
**lie** 123:22,24
**lied** 102:24
**life** 11:22 19:5
**likewise** 148:17
**LIM** 102:22
**limit** 91:22
**limited** 91:16
**line** 109:10,13 167:4
**link** 91:9
**LISA** 1:18 165:5,19
**list** 62:5,6 109:18
131:2 160:16 161:6
**listed** 116:25
**lists** 146:18 147:23
**little** 6:10,13 10:19
12:2 15:11 18:6
24:3,18 25:2,17
26:4 27:16 28:5
30:4 32:23 38:15
39:4 46:20 49:14
52:19 70:17 71:13
82:24,24,24 87:5
110:2 157:5
**live** 86:2 97:6,13
**lives** 28:22
**living** 32:22,22 95:5
**LLP** 2:4,10
**loan** 110:3
**local** 96:12
**located** 94:10 97:24
127:5 162:21
**location** 104:21
**log** 95:22
**log-in** 91:8,11,12
95:11
**long** 9:11,15 14:6,7
14:7 15:5 19:16,23
20:20 36:19 46:15

55:22 98:7,9,9,9
120:3
**look** 19:19 31:15,17
48:3,18 51:6 59:4
59:19 63:13 68:22
72:9 76:11 83:20
84:22 85:20 86:22
90:9 102:18 106:23
109:3 112:7 113:8
120:12 121:8,14
146:17,18,19
147:16 155:9 158:6
158:9,11
**looked** 92:10 118:11
156:7
**looking** 18:2 57:10
110:18 112:10
153:15
**looks** 48:12,15 51:9
52:15 62:3 67:22
67:24 68:6,7 69:10
82:16 107:4
**lose** 96:20
**loss** 53:2
**lot** 32:19 44:7 70:17
73:5 83:3,3 97:14
98:14 99:24 102:19
111:3 120:2 147:20
**lying** 134:12

### M

**M** 2:4
**M-E-T-A-M-A-T-R-I-X**
15:20
**ma'am** 65:4
**MacBook** 87:2 93:20
94:3,9,16,21 95:9
95:11 96:11,12,19
97:10,18 124:11,13
124:18,21 125:13
129:13 149:25
**MacBooks** 96:15
**machine** 98:19 99:3
**machines** 40:8 98:8
**Mack** 127:21
**macroeconomic** 15:16
**Magistrate** 1:7
**magnitude** 101:16
**mail** 32:16 96:2,3
98:24
**main** 25:21
**maintained** 97:16
**maintenance** 77:8
78:4 107:20
**major** 109:10
**making** 20:9 31:23
32:2 43:18
**man** 126:12 141:13
**managed** 26:2,15,21
27:10,12 37:24
40:21 50:5 62:16

133:19
**management** 15:4,10
  15:13 24:10 25:25
  26:2 28:4,5,7
  46:16 69:22,23
  73:7 83:9 112:19
  146:22 149:18
**manager** 14:2,4,14,15
  48:20 69:21 73:8
**managers** 23:3 97:12
**managing** 26:18 62:24
**mapping** 39:23,24
**marathon** 8:4
**mark** 47:22 50:24
  58:21 61:18 67:15
  68:15 76:5 86:17
  105:22 111:25
  115:17 120:7,24
  131:4
**marked** 47:24 48:4
  51:2,5 52:20 57:8
  59:2,5 65:14,22
  67:17 68:20 76:9
  77:5,25 80:3 82:8
  86:20 90:4,6 106:3
  112:4 115:21
  120:10 121:3,7
  122:10,13 131:6,9
  133:2,5 152:3
  157:12
**market** 14:15 66:17
  145:22,24 146:11
  146:15
**marketing** 50:20,23
  56:18 59:14,15
  61:7 64:8,25 66:11
  66:13,14,15,16,24
  67:3,6 70:7,9
  75:19 91:6 104:18
  104:19
**markets** 75:15 146:16
**married** 10:22 11:2
**massive** 33:21
**matching** 34:18
**material** 41:7 61:13
  67:6 70:8
**materials** 37:5 38:14
  39:6,20 40:18 52:9
  52:12 56:9,13
  65:14 66:14,15,24
  73:22,25 74:14,16
  91:6,9,22 92:24
  124:10,20,22
  135:22
**matrix** 56:23 116:16
  117:3
**matter** 156:15 165:8
  165:12
**matters** 9:3 88:8
  130:18 149:14
**McKinsey** 3:20 112:3

112:12,15 139:24
  140:25
**mean** 7:25 15:12 16:7
  31:20 47:2 51:14
  54:17 57:19 58:8
  61:19 64:21 68:5
  69:21 70:3 72:23
  75:18 79:20 80:10
  81:12 82:2 91:7,8
  91:21 102:8,24
  103:8 109:11
  110:25 118:11
  126:24 138:17
  141:5 146:3,16
  147:3 149:8
**means** 18:4,9 57:9
  64:20 83:24 103:9
  122:8 158:5
**meant** 138:4
**measures** 35:25
**Media** 14:18
**medication** 9:13
**meeting** 3:10,19
  35:10 41:21 51:2
  51:10,15,19 72:3
  79:7 105:25 106:8
  106:10 110:16
  111:15
**meetings** 40:18 51:22
  55:19
**members** 53:17 55:12
**memory** 10:17 101:14
**mention** 14:19
**mentioned** 24:2 26:14
  27:8,14 30:17
  37:17 40:16 43:19
  45:3 47:11 48:15
  52:15 54:6 71:16
  72:18 75:3 90:8
  92:15 94:15 101:18
  103:4 113:19 115:5
  117:8 125:7 138:11
  146:6 147:15,22
  150:21
**mentions** 140:4
**message** 121:14
**met** 35:10 111:7
**METC** 107:18
**Methea** 5:24 86:6
**methods** 101:6,23
**middle** 145:15
**MIFID2** 54:15
**million** 77:18,19
  80:12,12 82:10,13
  110:3 155:7,11,19
  156:10,25 161:18
**millions** 122:5
  153:23 154:21,25
  156:11 160:10
  161:25
**mind** 5:13 48:3 59:4

64:13 76:11 86:22
  112:7
**minute** 8:7 13:17
  68:22
**minutes** 33:16
**misheard** 18:20
**missed** 116:22 155:16
  155:19 160:11
  161:13
**missing** 79:22,24
  132:2
**mistake** 155:22
**mistakes** 156:10
**misunderstand** 68:7
**misunderstanding**
  65:13
**model** 85:10
**models** 22:4,5,11
**Monday** 1:12 123:4
**money** 44:5 47:7
  79:11,13,15 81:13
  107:5 109:12 110:8
  145:13,14
**month** 44:25,25 55:23
  77:13 78:16 82:14
  83:25 84:3 85:4
  97:5 126:19
**monthly** 75:2
**months** 9:9,10 19:17
  27:19,20 28:12
  44:22,24 110:14
  119:16 123:18
  125:9 150:17,18
**Morgan** 36:25,25 49:7
  49:7,17 50:6
**morning** 5:5,8
**mortgages** 145:12
**motivation** 111:4
**move** 35:18,20 70:23
  157:10
**moving** 157:8
**MRDS** 43:23
**multi-year** 78:10
**multiple** 162:19

_____
**N**
_____
**N** 2:2 3:2 165:3
**name** 5:5,10 10:24
  11:12,15 13:19,22
  27:13 91:13 146:6
  161:22 162:2
**named** 126:12 141:14
**names** 11:6,20,21,23
  12:4,8 84:10
**narcotics** 9:16
**narrow** 130:11
**nature** 7:2 11:11
**naughty** 109:18
**NDA** 17:9,11,16,18
  22:17,18,21 39:7,9
  40:13 61:21 63:20

63:23 65:16,18
  88:9
**near** 85:6
**necessarily** 89:17
**need** 8:7,8,15,23
  34:19 35:6 38:6
  42:9 54:19 57:14
**need-to-know** 75:23
**needed** 37:25
**needs** 39:16 105:17
**Neither** 71:16
**network** 31:17 90:23
  95:14
**never** 5:19,20 12:3
  19:5 34:5 35:3
  39:25 46:12 61:19
  72:5,8,13 73:15,19
  79:3 88:2 93:8
  97:7,9,10 101:7,24
  102:2,17,20 103:2
  113:2,5 130:9,16
**new** 1:2,18,18 2:12
  56:7 58:3 107:15
  107:17 111:7
  131:19,19 141:17
**news** 111:10
**nine** 14:9,11,21 33:9
  113:18
**ninth** 123:14
**nitty-gritty** 10:2
  32:25 103:7
**nodding** 7:15
**non-executive** 88:18
**nonprofitable** 17:7
**nonsensical** 112:22
**Nope** 164:11,13,17
**normal** 118:23 119:5
**Notary** 165:6 166:19
**noted** 22:22 23:16
**notes** 165:11
**Notice** 1:16
**notified** 118:8
**November** 165:21
**number** 40:7,8 42:21
  46:24 58:6 62:15
  77:3 86:23 87:22
  90:9 100:12,19,22
  100:25 101:12
  103:21 108:6
  115:25,25 119:18
**numbers** 41:11,15,19
  57:18
**NY** 2:12

_____
**O**
_____
**O** 165:3
**oath** 6:20 7:2
**obligations** 63:23
**obviously** 42:24
  115:14 161:12,15
**occasionally** 96:15

**October** 1:12 20:2,17
20:18,24 126:20,25
127:16 128:11
141:22 152:25
159:6,8
**offer** 15:9 16:4
143:22
**offered** 25:22 34:4
41:22
**offering** 37:6 60:25
**offers** 141:10
**office** 8:5 17:24
18:3,23 33:13
42:15 94:8,18,24
**officer** 25:12 92:18
**offices** 1:16 33:7
**oh** 2:6 118:12,13
**Okay** 9:25 51:7 70:15
112:9 120:13
**once** 84:3 97:5
102:20 104:2 111:7
**one-page** 67:20
**one-way** 73:15
**ones** 36:24 47:13
146:18
**online** 75:19 108:7
**operating** 135:14
**operations** 3:11,14
48:19 58:23 59:9
65:21 68:17
**opinion** 66:14 89:19
**opposite** 114:15
**Opposition** 4:9
151:25
**ops** 69:21
**optimization** 23:4
**option** 71:3,5 118:17
**options** 118:11 122:3
122:5 163:21,23
**order** 4:9,10 26:24
101:15 125:10
152:2 157:11 158:7
**other's** 81:5
**others'** 38:9
**outbid** 21:5
**outcome** 70:6
**outlines** 50:8
**outset** 120:4
**outside** 27:17 43:9
43:12 53:20 54:5
**outsourcing** 62:20
**overall** 134:13,16
**overview** 69:25 139:7
**owes** 122:2
**ownership** 163:9
**owns** 112:22

**P**

**P** 2:2,2
**P-1** 3:9 47:25

**P-10** 3:21 115:22
**P-11** 3:23 120:10
**P-12** 4:3 121:3
**P-13** 4:4 122:11
**P-14** 4:5 131:7
**P-15** 4:7 133:2
**P-16** 4:8 152:3
**P-17** 4:10 157:12
**P-2** 3:10 51:2,6
**P-3** 3:11 59:2
**P-4** 3:13 67:17
**P-5** 3:14 68:20
**P-6** 3:16 76:9
**P-7** 3:17 86:20
**P-8** 3:19 106:3
**P-9** 3:20 112:4
**P-H-I-L-I-P-P-E** 5:11
**P&L** 52:24,25 106:21
**p.m** 164:22
**packet** 65:13
**page** 3:4 8:25 57:8
57:10 62:23 63:5
63:17 66:4 77:5,20
77:25 79:22,24
80:3 81:16 82:8
100:12 106:5,6,23
109:3,5,9,14,22,24
133:5 134:19,22
135:25 139:21,22
152:9 157:16,22
158:6 166:8 167:4
**pages** 66:5 131:10,11
157:17 166:5
**paid** 23:11,24 116:18
132:5 163:16
**pain** 105:13
**paragraph** 84:24
152:14 153:25
154:6 159:16 160:5
160:8
**paragraphs** 79:20
**Paris** 12:16
**part** 39:18 42:16
46:16 50:8 56:8
62:3 64:25 66:10
68:8 72:21 73:9
79:9 87:12 95:8
113:23 116:12
**particular** 82:17
**parties** 18:10 39:10
165:14
**partner** 39:6 40:3
54:23 55:18 60:21
113:23
**partners** 58:14 69:4
69:7 71:2 104:10
**partnership** 65:9
67:12
**partnerships** 36:8
**parts** 87:13,16
**party** 6:17 102:3

**pass** 12:22
**passed** 20:13
**password** 90:18,20
91:13 93:5,11
95:16,19,20
**path** 102:22
**Patton** 1:17 2:4
**pay** 25:14 29:22 36:2
49:10 81:9,11
105:18 108:6,10,13
108:23 109:16
132:6,8
**paying** 101:2 131:3
**payment** 29:22 108:18
108:19,20
**peak** 16:14
**penalties** 155:25
156:13
**penalty** 154:24
156:17 158:18
**pending** 6:7 8:11,17
**people** 26:8 27:3
28:16,17 29:4
31:15,21 33:6,20
35:6 37:11 43:7,21
44:5 45:24 46:2,2
48:20 52:7 53:21
54:2,5 56:6 59:23
59:24 60:6 66:18
66:22,22 77:2,3
88:25 92:5,25
108:6 114:23
143:21 156:10
**people's** 32:15
**percent** 33:18,19,20
33:21 84:9 94:12
99:14,14 101:13
112:22
**perform** 119:5
**performance** 77:11
80:18 106:21
**performed** 34:3
**period** 119:4 126:24
**perjury** 7:5 8:20
154:24 155:17,20
156:2,13,17 158:19
**perpetual** 78:8 79:15
107:19
**person** 33:5 37:9,12
52:2,5,8 72:13,14
73:18 88:15 92:4
104:25 129:20
**personal** 98:22
114:20 117:6 125:8
127:23 131:21
150:23 152:18,21
154:8
**persons** 116:3
**perspective** 39:22
**Peter** 104:15
**ph** 69:5,9

**phase** 37:17,18
**Philippe** 1:8,15 3:5
4:8 5:2,11,13,16
114:2,8 121:16
134:23 138:2
149:23 151:24
166:4,11
**phone** 52:3,5,8
**photos** 125:8
**phrase** 141:5
**pick** 71:6 121:25
**picture** 99:18,19,22
**pictures** 127:17,18
127:23 130:4
**piece** 110:7
**pilot** 35:17,17
**pipeline** 81:17,18,22
82:2,4,5,6 101:25
102:2,7,14 103:19
**pitch** 33:12,13,16,23
33:24 35:10 46:14
61:9,10 89:16
**pitching** 70:24
**Pitman** 1:7
**place** 65:17
**Plaintiff** 1:5,16 2:7
**Plaintiff's** 3:21
48:4 50:25 68:16
86:18 112:2 115:19
121:7 122:14
131:10 153:15
**Plaintiff's-1** 47:23
**Plaintiff's-3** 58:22
**plan** 3:9,11,14 17:23
18:22 19:22 21:18
29:16 40:20,21,22
42:15,16,17,18,18
42:20,25 43:5,10
43:12 46:14,24
47:24 48:13,16,23
50:9 58:24 59:9
60:18 65:21 68:18
75:9,11,14 85:9
115:9
**planet** 114:25 132:24
**platform** 3:11,14
28:9 58:24 59:9
62:21 65:21 68:17
**play** 21:3 62:16,17
**Plaza** 1:17
**please** 5:9 7:12,21
8:7,16 11:18 47:22
51:6 58:21 68:15
68:23 76:5 86:17
105:22 109:15
111:25 115:17
120:7,12,24 121:25
127:2 131:4 140:23
140:24 154:19
157:14 161:20
162:12,14,16

plus 92:12,12
point 8:6 11:8 60:15
  62:14 66:16 80:24
  92:6 126:10 153:17
  158:22
pointing 98:21
poorly 101:10
portal 54:20 139:9
Porter 121:19 122:20
portfolio 22:4,5,11
  23:2
position 13:25 25:9
  82:15 135:7
positioning 73:11
  74:23
possess 152:16 154:7
  154:17 155:6,21
  156:5
possessed 155:22,23
possession 100:13
  126:7 159:21 160:3
  161:10
Possibly 48:9
post 44:4,7 47:19
  50:16 75:18,19
post-trade 3:11,14
  58:23 59:8 65:21
  68:17
posted 85:12,13
potential 32:18 33:8
  39:5 58:13,14 62:8
  70:25 147:18
Pounds 78:20
power 54:19
PowerPoint 138:18
PPTX 138:17
practice 93:16
  118:23 126:3,13
pre-contract 54:9
precisely 19:6
preliminary 4:9 9:3
  152:2
preparation 10:3
prepare 12:22 34:23
  37:4,5 69:15 75:5
prepared 10:16 59:11
  59:21 61:3 69:12
  70:12 76:21 85:4
  92:3 106:17 110:22
preparing 44:23
  72:22
presales 32:19
present 37:13 40:20
  40:20,21 43:10,12
  43:15 46:21 61:3
  67:7 73:14 74:4
  86:15
presentation 33:4
  52:17 61:20 63:20
  64:10
presented 42:18,24

46:17,20,22 50:15
  51:15 73:19,21
presenting 46:13
president 88:19
presumably 17:14
  29:25 38:11 39:2
  74:7 92:2 126:4
pretend 71:23
pretty 46:6,11 74:7
  122:4
previously 108:14
price 35:8,25 36:2,3
  67:25 157:7 160:16
  161:6
pricing 15:15 34:25
  38:5,11 56:19,23
  57:5,12 66:25 67:8
  75:12 153:6 157:2
primarily 149:25
print 51:9 98:23
  99:8,9 150:24
printer 94:9,13,16
  94:20,22 95:9
  99:10 150:25
prior 28:22 29:7
  80:11 159:13 161:8
private 17:4,5,25
  19:15 21:6 40:10
  41:20 90:22 113:11
  113:16,20,24
  114:24 115:12
  117:25 147:2,19
  148:21,22 149:11
privately 41:13
probably 16:14 40:25
  48:20 57:21 66:11
  74:9 84:2
problem 154:4
procedure 54:4
process 6:11 26:18
  34:16 62:24 63:2
  65:7,10 95:8,11
  101:25 103:7 150:6
  151:17 161:14
processes 103:3,8,11
  103:12
processing 17:25
  18:4 63:14
product 14:2,4,14,15
  15:4 24:7 25:21
  27:11 40:20 48:20
  69:21 73:7 74:4
  89:23 96:21 101:24
  103:15,16 109:10
  109:13 149:15,16
production 3:22 50:7
  115:21
products 15:8 16:4
  41:24 62:15 105:8
  141:10

professional 15:3
  37:24
profile 71:11
Profit 53:2
profitability 18:16
  18:19 146:21
profitable 17:4,6,7
programmers 39:15
progress 41:23 42:25
  74:19
progressed 37:16
project 3:9 47:24
  48:13,16,23 57:19
  57:20 139:19
projects 105:12
Promoting 105:6
prone 7:15
proof 112:25 113:2,4
  114:14
properties 162:10
  163:2 164:16
property 119:13,21
  120:4,21 123:7
  164:14
proposed 57:12
proposition 79:6
proprietary 159:24
propriety 152:18
prosecuted 7:5
prospective 39:3
  61:12 70:25
prospects 59:13 60:3
  60:8,10,11,12 61:4
  66:17 69:19 70:10
  89:7,8 103:8
  104:10 105:11
protected 90:18
protection 93:11
provide 59:12 69:8
  105:15
provided 38:22 43:3
  49:14 59:22 96:24
  97:4 116:4 129:22
  147:17
provider 145:8
providing 163:12
proxy 17:14
public 38:18 63:25
  65:19,20,23,25
  66:6 83:11 84:5
  87:14 105:17 165:7
  166:19
publicly 17:12,13,17
  108:7 112:13
  139:25 147:17,20
publicly-traded
  16:20
pulled 150:15
purchased 84:14
purchasing 130:22
purged 155:12,14

purpose 48:22 130:12
purposes 98:13
pursuant 1:16 158:2
put 17:23 18:22
  42:14,20 46:23,23
  64:23 70:15 86:16
  110:11 129:2

_____ Q _____

Q1 82:23
Q2 29:12 82:24 118:2
Q3 82:24
Q4 82:25
Quadrian 131:13,14
  131:15 162:24
quality 146:22
  149:14,15,16,16,18
Quantal 21:24 22:3
  22:22 23:2,23
  116:15 117:3
  163:10,24
quarter 75:9
question 7:12 8:11
  8:17 28:15 70:4
  72:13 101:18
  116:12 127:15
  129:4 130:11
  137:13,14,22 154:6
  160:17 162:12,14
  162:16
questions 6:19 7:11
  7:19,20 11:9 12:6
  105:10 127:13
quick 70:16 110:13
quit 89:2
quite 8:19
quota 80:23,25 81:9
  87:18
quotas 81:3,5 84:11
quoter 101:6

_____ R _____

R 2:2 165:3
ran 100:17
random 52:4
range 114:17
RDS 85:3
RDU 3:9,10 27:14,21
  27:25 28:10 29:19
  29:21 32:12 33:22
  33:24 42:8 43:2,16
  44:9 45:15 46:22
  47:24 48:13 49:8
  51:2,10 52:17 53:7
  56:7,20,25 57:3,16
  57:23,23 58:5,10
  58:19 62:22,25
  63:3,4 65:7 69:4,8
  69:20 82:9 85:16
RDU's 56:18
reach 55:14 114:22

142:9
**reached** 113:16
  142:12
**reaching** 104:8
  113:21
**read** 74:10 84:23
  86:24 100:12 106:5
  116:2,23 119:20
  121:22 122:25
  133:8,13 134:17
  138:14 140:23
  152:14 159:19
**reading** 107:4
**real** 110:13
**realize** 153:22
**realized** 6:8 74:10
**really** 7:17 8:21
  17:18 31:16 39:23
  43:2 47:15,17 87:9
  102:8 128:20
**Realtime** 165:5
**reason** 9:4,7,22
  123:21 130:14
  167:3,6,8,10,12,14
  167:16,18,20,22,24
**recall** 11:12,15
  13:16,18,21 29:7
  45:2 48:7 51:20
  52:13 63:20 88:10
  121:13 128:15,16
  128:18 141:11,24
**receivables** 106:22
**receive** 40:6 52:11
  53:13 59:17 81:13
  150:21 163:17,20
  163:22
**received** 53:16 60:5
  60:7 61:13 76:15
  80:14,16 118:4
**receives** 29:18,21
**receiving** 52:13 58:3
  60:15 121:6
**recess** 70:19 149:20
**recipient** 69:18
**recirculate** 38:16
**recognize** 68:24
  106:12 152:5
**recognized** 80:16
**recollection** 129:17
**recommend** 31:3
**reconcile** 26:19
**reconciliation** 25:24
  26:3,5,15,15,16,21
  26:21 27:9 33:25
  34:3 36:16 39:16
**reconciliations**
  27:10
**record** 12:12 70:21
  101:12 138:9
  145:15
**recruitment** 31:14

**recurring** 77:7 78:3
  78:10,11,15,15
  79:4,16 84:8
  101:14 109:9
**Red** 15:24 16:2,15
**reduce** 33:20
**referencable** 71:7,10
**reference** 25:25 29:9
  29:14 42:17,19,22
  43:23 46:3,25
  54:19 62:25 71:9
  138:13
**referenced** 46:3
  62:21
**referencing** 27:23
  45:20 112:14 123:6
**referring** 86:7
**refers** 138:24
**refresh** 10:17
**reg** 144:2
**Regardless** 154:16
**regular** 91:11 104:18
**regulation** 54:18
**regulations** 24:24
**regulators** 24:21
**regulatory** 23:17,22
  24:3,16,19 132:13
  137:4 144:5,9,11
  144:17
**rehired** 141:18
**reimbursement** 110:10
**Reis** 69:5,8
**reiterate** 12:5
**related** 22:5 30:4
  31:23 32:2 103:19
  117:15,16
**relationship** 141:13
**relative** 165:15
**relevance** 157:6
**relevant** 11:7,16
  162:11,15
**rely** 133:22
**remember** 9:8,14
  46:13 49:18 108:16
  110:18 119:15
  123:11,19 125:9
  126:14,14,22 127:2
  140:16 141:4
  143:17 150:2 159:3
  159:4
**remind** 52:16
**remote** 149:24
**remotely** 94:6 95:25
  98:15 124:17 161:5
**removed** 150:19
**rename** 161:23
**renewal** 100:21
**repair** 26:7,8
**repayment** 110:3
**repeat** 29:20
**report** 3:16,20 30:20

40:22 41:14 46:17
  53:3,16 54:4 74:2
  74:5,10,18 75:2,4
  76:3,7,15 79:7
  81:17 82:17,20
  84:20 86:12 90:9
  90:11 91:16,19,25
  92:7 93:2 112:3,12
  112:15 139:23,25
**reported** 30:21 165:7
**reporter** 5:10 6:20
  8:9 165:6,6
**reporting** 23:22 24:3
  24:16,19 36:17
  132:13 137:4 144:2
  144:6,7
**reports** 15:15 17:14
  30:7 40:23,24,24
  53:11,23 76:2 96:6
  141:2
**representative** 5:25
**representing** 5:18
**reputation** 101:8,10
  102:5
**request** 85:3 115:25
  116:2
**requested** 119:6
**requests** 3:17,22
  85:7 86:19 115:20
  119:21
**require** 26:10 28:13
**required** 6:19 7:4
  63:24 119:12
**requirements** 35:14
  144:9,12
**research** 28:13
**Residence** 16:23
**residential** 162:9
  164:15
**resource** 147:23
**respond** 121:12
  129:25
**responded** 85:7 114:3
**response** 3:17,21
  86:19 87:4 100:15
  115:19 116:2,8,9
**rest** 7:12
**restore** 97:9
**Restraining** 4:9
  152:2
**results** 3:16,19 76:7
  77:6 105:24 106:7
  106:15 147:25
  148:2
**retail** 145:12
**retained** 159:21
**retire** 118:20
**retirement** 163:6,8
**return** 119:12,21
  120:4,21 121:11
  122:2 123:7

**returned** 124:8,8
  159:20
**returning** 122:15
**Reuters** 13:24 14:9
  14:11,17,18,22
  43:11 102:21
  134:15
**revalidate** 85:8
**revenue** 77:7 78:2
  80:14 101:14 107:5
  107:8,8,9,14 109:9
**revenues** 52:24 79:4
  84:9 87:18 149:9
  149:11,12
**review** 6:23 10:3,6,8
  10:14 35:21 37:5
  50:11,13 61:12
  73:23 150:12
  157:14 162:4
**reviewing** 37:19
**revolving** 88:4
**rid** 161:12,15
**right** 8:19 13:13
  14:25 21:12 30:15
  38:6 41:2,13 55:20
  56:16 58:7,11,15
  61:15,23 63:11
  65:7 69:11 78:4,17
  79:11 92:3,16
  93:20 97:19 107:4
  114:8 117:23 118:6
  119:4,14 120:22
  122:25 124:5,14,25
  130:12 133:11,23
  133:23,24 134:7
  136:15 139:12,15
  140:2,12 143:15
  147:10 149:4
  151:14 152:22
  153:3,21 158:4
  159:11 163:19
**ring** 125:11
**risk** 7:5 22:4,5,11
**RLS** 107:15,17 109:4
**RMR** 1:19
**road** 103:20
**roadmap** 46:20,22
**Rockefeller** 1:17
**roladex** 103:22
**role** 14:8,10,12 15:2
  17:15 19:16 22:8
  24:21 26:20 30:4
  31:4 32:17 55:7
  56:4 79:9 88:19,21
  93:19 104:7,17
  138:21 146:10
  147:4
**roles** 14:13 24:20
  120:2
**rolling** 77:13 81:17
**room** 8:6 95:6

**Rosen** 133:9,10
**round** 143:20
**route** 42:9
**run** 26:24 27:18
  32:12 62:15 111:22
  115:16
**running** 15:3 26:22
  27:18 28:12 30:17
  30:24 44:24 133:17
  134:4,14 135:2,4,8
  135:9

**S**

**s** 1:6 2:2 3:8 4:2
**Sachs** 36:25 49:7
  85:7
**SACK** 2:10,10
**salary** 25:16 31:11
  145:3
**sale** 16:17 117:12
  157:6
**sales** 15:3 37:23
  40:19,24 74:3 75:9
  75:11,14 80:18
  81:17 87:18 97:12
  156:25
**salespeople** 35:13
  81:2,14 89:9,11,13
  89:15
**salespeople's** 84:10
**salesperson** 37:23
  81:18,24 82:4
  89:18
**salesperson's** 80:23
**salespersons** 97:12
**save** 96:5,9,10,10,11
  96:13,21 97:16
  99:5,6 124:17
**saving** 44:5
**savings** 33:21 164:5
**saw** 39:25 53:21
  59:23 77:2 91:25
**saying** 7:16 64:20
  65:22 66:5 79:20
  102:13 128:24
  135:3 155:6
**says** 35:18 51:11
  52:21 59:20 63:14
  63:18,19 64:11,16
  65:15 69:10,24
  70:14 76:17 77:6
  77:20 78:2,2,13
  80:4,18 81:17 82:9
  82:11 84:23 85:18
  90:11 92:7 110:3
  114:2 134:23 135:5
  135:6,17 138:3,5
  138:14,25 139:6
  140:8 158:7
**scan** 98:23 99:17,21
  146:15,16 151:4

  161:21,22
**scanned** 151:12,21
  153:7 162:3
**scanner** 99:23,23,24
  100:2
**schedule** 108:18,20
**schematic** 63:6,8
  69:24,25 137:3
  139:7,8,9
**school** 12:15,19,24
  13:3,6,9,20 126:18
  128:19
**school's** 129:2
**scope** 35:14 162:13
**screen** 62:3 146:19
  146:20
**SEC** 144:8
**second** 20:19 75:3
  134:17 143:20
**secret** 38:12 88:7
**secrets** 100:14,16,21
  101:18 103:13
  152:17 159:25
**secure** 147:12,17
**securing** 146:13
**security** 124:20
**see** 46:16 57:18 61:4
  69:10 78:25 80:20
  81:19 83:12,21
  86:8 89:19 111:21
  112:24 113:16,22
  142:7 147:16 155:8
**seeing** 48:7
**seek** 42:12 45:10
**seen** 48:6
**segment** 75:15
**SEIDENBERG** 2:10
**sell** 16:15 44:20
  54:24 71:22 75:16
  78:10 82:23,25
  88:4 89:13,15
  103:17 112:21,23
  113:3,5,23 114:13
  144:8,20,22 145:16
  145:18
**selling** 16:3 23:2
  103:17,20,24
**sells** 23:3 144:14
**send** 10:5 35:13 47:5
  91:9 93:2,3 98:19
  98:22,24 99:7
  139:18 150:23
**sending** 114:10
  159:14
**senior** 33:5 37:9,10
  37:12 88:14 89:16
  89:17 104:25 105:2
**seniority** 37:7,8
**sense** 7:6,22 8:13
  38:25 44:8 66:23
  97:14 99:4 102:12

  102:25 127:11
  129:3
**sensitive** 74:7
**sent** 10:15 56:10
  91:7 114:20 121:19
  122:18,24 131:24
  136:22 139:3,14,16
  143:11 151:22
  153:18
**sentence** 134:17
  138:12
**sentences** 133:14
**separate** 94:18
**separated** 78:11
  85:16
**September** 3:11,14,19
  58:24 68:18 105:25
  106:8 143:10
**series** 15:10
**serious** 126:23
**serve** 14:3
**served** 17:20 116:6
  120:2
**server** 95:22,24 96:2
  96:3 97:13
**servers** 32:16,16
**service** 25:22 26:2
  26:15,21 27:10,12
  29:17,17 37:24
  49:13 50:5 54:24
  57:18,25 58:3,5,9
  58:15 62:16,20
  108:15
**services** 15:4,8 16:4
  17:24 27:2,5 34:4
  37:6,24 40:21
  41:22,24 77:8 78:3
  78:15,16 105:8,18
  116:5,11 133:19
  163:12
**serving** 25:6
**set** 3:22 17:24 52:2
  94:16,20 115:20
**sets** 16:9,9 43:25
**Setting** 87:22
**settle** 18:9,12
**Settled** 18:8
**settlement** 18:5,7,9
  18:13,14,17
**setup** 94:8
**severe** 105:13
**shaking** 7:16
**shape** 133:18
**share** 83:10 90:25
  91:5 93:14
**shared** 40:15
**shareholder** 76:20
  79:3,10,13 110:9
  112:19,20
**shares** 113:23 163:10
  163:21,23

**sharing** 40:13
**shift** 70:21
**shocked** 130:5 153:16
**short** 67:20 143:24
  149:19
**shot** 62:3 101:10
  113:2
**show** 8:5 63:25 64:19
  66:17,18,19,21
  77:22 79:21 84:5
  113:5 139:19
  160:14
**showed** 153:11
**showing** 64:18 69:3
  77:10,15 80:23
  109:12
**shown** 166:8
**shows** 38:19 80:11
  82:5 84:6
**Shutterfly** 127:22
**side** 44:20,21 71:20
  91:4 105:2 145:14
  145:14
**sign** 77:17 98:15,17
  98:23 99:12,16
**signature** 98:16
  150:23 152:10
  153:9 157:21
**signed** 61:21 152:12
  153:20 154:2
  155:25 158:14
  159:13 160:2 161:4
**signing** 158:11 161:8
**Similar** 56:14
**Simple** 113:6
**sit** 151:21
**site** 26:17
**sites** 91:2,5 93:14
**sitting** 94:23
**situation** 42:16
**Six** 55:23 98:11
**size** 35:22 146:21
**slide** 37:10 38:15,16
  52:20 64:16 66:19
  75:5
**slides** 37:10 63:11
  96:5
**small** 157:3
**SmartStream** 1:4 5:6
  5:18,22,24 6:16,16
  6:18 21:2,4,7,11
  21:19 22:24 23:18
  23:20,21 24:6,9,23
  25:3,21 26:13,18
  26:18 28:21 29:4,5
  29:8,15,16,25
  30:10 31:3 33:2
  34:2 37:4,6 38:2
  39:16 40:6,12 41:2
  41:12 42:14,18,20
  43:3,8 46:23 48:9

49:8,10,13,15,23
49:25 52:21 55:17
57:9,22,23 58:10
59:7 60:4,5,7,9,11
60:20,21,24 61:2
61:23,24 62:4,9,18
63:7,9 64:4,12,14
64:19,22,23 65:3
65:24 66:3,12
67:23 68:9,12 69:4
69:20 70:24 71:3,4
71:6 74:23 76:22
77:5 79:19,25
80:15,17 81:16
82:15 84:22 86:25
89:21 90:2,5,13
91:21 93:20 95:15
96:5,24 97:4,22
98:18,24 99:2,5,7
100:8 101:6,9,11
103:4,6,25 104:4
105:6,21 112:15
115:2,3,4,14,15
119:6,9,10,21
120:2,22 122:19
124:8,21 125:2,3
127:25 128:3,21
129:5,6,10,12,13
129:18,25 130:8,14
130:17,22 132:18
133:17,23,25 134:4
134:6,10,14 135:2
135:5,8,15,22
136:21 137:5,9,12
137:17,19,21
138:13,24,25 139:4
139:14 140:4,6,24
141:3,7,8,10,12,15
141:16,19,21
142:15 144:14,22
145:19 149:3
151:20 154:4 156:5
156:20 157:7
159:20,23 160:13
161:10
**SmartStream's** 32:3
33:7 39:22 41:23
44:15,18 50:17
63:2 64:6 66:8
73:10 100:14
103:11 128:7
138:21 150:15
154:7
**SMARTSTREAM000001**
3:23 120:9
**SMARTSTREAM000002**
3:24 120:9
**SMARTSTREAM000003**
3:13 67:17
**SMARTSTREAM000036**
106:2

**SMARTSTREAM000054**
106:2
**SMARTSTREAM000065**
3:12,14 58:25
68:19
**SMARTSTREAM000092**
3:12,15 58:25
68:19
**SMARTSTREAM000093**
3:16 76:8
**SMARTSTREAM000109**
3:16 76:8
**SMARTSTREAM000110**
4:4 122:10
**SMARTSTREAM000111**
4:3 121:2
**SMARTSTREAM000112**
4:3 121:2
**SMARTSTREAM000128**
112:3
**SMARTSTREAM000173**
112:4
**SmartStream42** 106:24
**SME** 145:12
**snapshot** 84:5
**snapshots** 84:3
**software** 26:12,17
27:2 34:20 36:16
50:5 62:17 68:3
78:9 101:22 110:7
145:7,9
**sold** 15:24 83:3
**solutions** 18:23
**somebody** 34:12,17
88:4 118:19,21
**soon** 161:11
**sorry** 13:19 39:13
42:2 78:19 116:22
159:8
**sort** 61:8
**sound** 75:18 159:11
**sounds** 38:3 43:2
73:20
**sour** 113:4
**sources** 19:19,21
70:5 148:8,11
**SOUTH** 2:5
**SOUTHERN** 1:2
**space** 23:18,19 94:24
132:20,24 135:15
146:18
**spaces** 22:23
**speak** 8:16 109:18
**speaking** 35:24
**speaks** 8:20
**special** 103:18
**specific** 22:10 27:9
42:7 134:2 146:17
**specifically** 17:8
48:8 86:23 112:14
**specifics** 39:9

104:11
**spectacular** 101:12
**spell** 5:9
**spending** 46:9 133:15
134:24
**spent** 100:20
**spiel** 6:14
**spoke** 114:25 115:2,3
161:11
**spoken** 10:11
**spring** 88:17 104:7
**sprint** 8:4
**sprung** 47:9
**Squire** 1:17 2:4
**SSNC** 44:10,14,17,19
**staff** 26:19 31:19,24
**stamped** 59:21 63:15
69:11
**standard** 11:25 54:3
**Stanley** 37:2 49:7,17
50:6
**start** 71:4 113:7
162:9
**started** 13:13 38:3
119:24,25
**state** 5:9 74:19
**statement** 154:12
**STATES** 1:2
**status** 40:25 86:9
**stayed** 151:13
**stays** 96:6
**stenographic** 165:11
**steps** 44:24 45:2
74:23 95:13
**stick** 36:20
**stock** 118:17,22,23
**stop** 93:4
**stopped** 74:9,11
**strategic** 36:7,13
39:4,5 40:3 67:12
71:2 133:18
**strategies** 72:22
73:4
**strategize** 22:9
**strategy** 21:17 22:14
42:8 55:11 73:10
74:25 85:25 89:23
132:14,15 144:3
**Street** 2:5,11 88:4
131:19
**stress** 144:7
**strictly** 63:15 64:20
65:14
**strike** 157:8
**strong** 44:14
**structure** 67:8 87:21
88:2
**structures** 87:20
**study** 13:5 35:6
**stuff** 56:3 62:9 64:4
64:7,18,21 83:4,15

83:17 88:14 129:2
130:20 146:17
**subject** 17:11,16
22:21 63:23 88:8
108:19 166:7
**submit** 20:12,15
154:20
**submitted** 159:3,6,8
**Subscribed** 166:16
**subsequent** 114:19
**subsidiary** 14:17
49:11
**success** 44:13
**successful** 35:17
43:18
**sued** 5:19 6:16 103:2
**suing** 85:24
**Suisse** 28:9 110:8
**summary** 80:18 85:18
86:4
**supplemented** 116:21
**support** 15:4
**suppose** 163:13
**supposed** 118:16
**sure** 8:8 12:25 18:8
31:18 36:9 46:16
46:17 53:6,8 57:7
65:12 68:6 70:4
88:3 91:20 92:12
96:20 118:12
137:21 142:10,12
156:2,3 157:2
158:5 161:9
**surprised** 151:8
159:5
**suspicion** 111:11,14
**sworn** 5:3,21 165:9
166:16
**system** 28:8,19 96:4
145:15
**systems** 39:18,19
103:24

**T**
**T** 3:8 4:2 165:3,3
**T-R-O-S-T-I-N-S-K-Y**
27:13
**T-W-I-G-G-S** 27:11
**take** 8:7,8 9:18 17:4
17:6 35:9 38:15
44:25 51:6 64:14
68:22 70:16 85:20
90:8 99:18,19,21
120:12 121:8
143:24 149:19
**taken** 1:15 5:17
64:22 165:11
**talk** 10:19 11:25
25:2 30:3,25 32:25
38:3 46:18 65:20
74:5,13,15 81:7

83:24 87:5 88:3
89:17,25 93:18
94:2 102:11 104:3
104:23 111:9 115:8
118:3 141:25
142:11,13 143:23
143:24 149:23
160:17 162:6
**talked** 17:19 28:4
36:6 38:15 39:4
70:24 74:17 75:25
88:16 103:3 119:25
153:7 162:7
**talking** 46:5 53:10
89:24 149:3
**talks** 81:8
**tape** 96:23
**target** 115:12,15
**targets** 18:2 117:12
**tax** 4:5 131:5,12
**TCB** 80:8
**TCD** 84:6
**team** 27:17 28:11,23
29:3,10 42:24 45:4
45:5,6 69:22,23
73:7 83:9 104:24
112:19 146:22
149:15,18
**teams** 75:5
**technical** 12:18
69:24 139:6
**technically** 39:21
91:8
**technological** 18:24
**Technologies** 1:4 5:7
21:20
**technology** 15:7,8
23:17 39:13 61:2
71:7,12,13,18,20
72:6,9,12,14,19
103:15
**tell** 7:4 8:21 16:25
17:15 18:3,20 24:3
24:18 25:17 27:16
32:23 54:14 57:9
66:2 79:23 95:10
100:16 102:23
103:15 106:19
113:9 117:10
121:25 130:13
141:13 145:5,11
150:6,18 160:7
161:14,20
**telling** 11:14 64:10
82:14 105:13
**Temporary** 4:9 151:25
**tempting** 7:11
**ten** 33:9 113:18
**Tenemos** 117:17,20,21
117:24 144:25
145:5,21 146:10,24

147:7 162:8
**tenth** 123:14
**Tep** 5:24 86:6
**terminated** 85:24
115:13 118:5,8
**terms** 16:6 38:4
67:11 88:7,14
120:18
**test** 26:12
**testified** 5:3 154:23
**testify** 9:4,23
**testifying** 7:3
158:15
**testimony** 8:16 157:8
165:11 166:5
**testing** 144:7
**Thank** 73:16 78:21
95:7 133:15 134:24
**thereabouts** 141:23
**thing** 6:25 22:20
23:14 25:24 42:23
78:9 80:7 85:17
103:10 115:11,14
130:18,24
**things** 3:22 9:8
16:19 17:4 28:7
30:5 42:21 46:25
89:20 96:13 112:24
115:21
**think** 6:8 13:17
14:21 16:16 19:24
20:17,18,18 21:25
22:2 24:9 25:5
28:3 29:12 31:16
42:4 44:11 47:4,13
56:20 57:2 61:17
62:7 63:20 70:12
78:18 79:18,22
89:18 90:14,24
91:18,19,24,24
92:23 93:4,9,12
101:19 104:11
110:17 111:7
116:24 124:6,6
125:18,21 126:22
127:22 129:22
130:24 132:4,21
135:11,19 141:16
143:19 158:24
**thinks** 113:3
**third** 86:6 102:3
**third-party** 18:11
**Thirty-five** 13:18
**thought** 55:17 111:21
116:10 155:12
156:8
**thread** 114:7 133:8
140:12
**three** 6:5 28:16,18
28:19 48:14,24
49:2,3,4,9,16

117:16 141:15
160:15
**three-year** 85:10
**time** 8:16 9:11,15
14:3,7 15:10 20:24
21:23 25:20 30:10
36:20,20 41:17
46:9,15 64:15
80:24 81:23 82:3
85:8 94:12 98:7,9
98:10 99:14,14
102:22 107:8,9
109:17 111:8,8
118:25 120:3
123:12 125:6,14
126:2 133:15
134:24 150:3 161:4
161:4
**times** 28:16,18,19
79:17 98:14 141:16
151:2,3,10
**timing** 9:12 44:2
47:15,20
**tiny** 157:5
**title** 139:2
**today** 8:3 9:5,8,23
10:4,12 123:3,6
156:22
**told** 12:9 47:8 55:17
118:9 127:14 130:7
142:12,13 161:4
**tomorrow** 121:24
122:8
**tool** 33:19 47:9
**tools** 26:8
**top** 30:14 55:3 59:19
62:3 69:11 103:22
121:14
**topic** 52:23
**topics** 42:6
**total** 77:20
**totaled** 78:14
**totally** 68:14
**town** 123:3,10,23
124:2
**track** 139:23
**traction** 35:16 44:14
**trade** 18:5,10,10,12
18:17 25:24 26:5,6
26:9,11,14,16,20
27:9 33:18,19
36:16,16 38:19
40:7 54:18 66:18
100:14,16,21
101:18 103:13
152:17 159:25
**trade-SmartStrea...**
138:16
**traded** 17:12,13
147:20
**trades** 18:14 35:7

69:9
**trading** 18:8,13 22:6
**training** 12:18
**transcript** 6:23 7:9
7:17 165:10 166:7
**transforming** 21:17
**transition** 104:6
**transitioned** 88:18
**translate** 7:17
**travel** 94:11,13
99:14 123:11
**traveling** 151:7,11
**tried** 21:4 43:21
44:8 113:3,12
142:23 146:9
**Trostinsky** 141:14
**true** 138:2,5 165:10
166:6
**truth** 7:4,5 8:21,22
8:22 123:25
**truthfully** 9:5
**try** 113:5 123:3
144:22 146:4
**trying** 60:19 78:7
79:5 88:22,25 89:5
112:20 114:13
139:10
**Tsigutkin** 143:5
**turn** 17:4 52:20
61:22 62:18 79:18
79:19 80:17 95:17
107:24 109:14
124:4 133:5 135:25
139:21 142:25
154:19
**turned** 17:5
**turning** 112:24 117:5
152:9
**Twenty-two** 119:15
**two** 11:5 12:22 16:19
17:3 18:10 28:7
39:10 47:20 53:21
69:4,7 79:19 97:10
110:2 123:17
124:10 125:17
126:4 128:10
157:16 158:22
159:9 160:3,15
**typically** 30:8 35:23
40:19 85:23 99:18
151:6

**U**

**UBS** 37:2
**uh-huh** 7:16
**uh-uh** 7:16
**UK** 41:10,14 147:22
149:2
**ultimately** 79:12
**unable** 9:4,22
**underneath** 31:6,8,22

48:20 63:13,14
77:7 113:3,6
114:14
**understand** 6:15 7:20
7:25 8:2 11:9,16
11:24 14:6 25:19
26:25 27:7 34:6,15
36:19 58:9 62:11
65:6,9 70:4,10
72:11 78:24 80:13
83:23,24 85:11
86:15 101:5,9
153:4 154:5,23,25
156:16 162:15
**understanding** 39:8
60:23 67:6 71:15
79:24 155:4
**understood** 6:10
12:10 13:2 17:13
20:3,14 21:14
28:10 29:22 34:5
35:9 36:23 41:16
41:19 42:6 45:13
52:6 57:4,25 61:6
61:8 63:22 64:16
66:13,20 67:11
71:21,25 73:16
75:3,17 79:4 92:22
119:17 155:9
158:15,17
**unique** 47:9 103:9
**unit** 49:8,9
**UNITED** 1:2
**unpaid** 23:11,12,24
23:25 163:15
**unsecure** 98:18 99:2
**update** 52:21,22
**updates** 85:9
**upload** 100:5
**USB** 96:22 125:17
129:18,21,22
158:23
**USBs** 125:19 126:5,16
127:4,16 128:4,5
128:10,16,22 129:7
129:10,11 130:6,11
150:4 159:9 160:3
160:8
**use** 26:17 29:15,23
90:22 91:5,11
93:11,13 94:4
95:11 97:7,21 98:6
98:17 99:25 100:2
124:16 127:9,15
130:8 132:17,21
135:22 148:5
149:24 151:9
**user** 62:4 91:13
95:16,19,20
**users** 28:9 40:8
**uses** 98:4

**usually** 40:9 88:5
95:3
**utility** 25:25 26:2
27:19 29:14 42:17
42:19,22 44:23
46:4,25 50:3,4
60:15 137:4

---
**V**
---
**validate** 69:9
**Validate.Trade-S...**
139:2
**validated** 42:16
**valuable** 43:3 47:3
47:17 102:16
117:13
**valuation** 85:10
**value** 50:20,23 78:8
78:10 79:4,6,13
89:19 111:21
130:24 135:21
**valued** 79:16,17
**values** 77:21
**varied** 30:8
**vehicles** 163:4
**vendors** 19:8 27:23
43:10,13 49:21
50:4
**venture** 48:13 49:6
49:12,15 50:9
**verbally** 7:14
**Vernon** 1:6
**versus** 107:19 122:5
**view** 77:23,24
**violation** 39:9
**virtual** 16:9 90:22
163:16
**vis-a-vis** 80:24
**Vitria** 16:20 17:3
**volumes** 40:7
**vs** 1:6

---
**W**
---
**W-2** 4:5 131:5
**W-2s** 131:12
**W-E-L-S-H** 16:24
**wait** 7:12
**Walker** 126:12
**wall** 88:3 111:24
**want** 11:19 18:9 26:4
30:3 37:14 38:8,12
39:8,9 40:12,14
41:18 46:18 47:5
49:17 54:2 58:5,13
58:17 61:11 64:4
65:12 68:6,12
70:22 83:24 86:23
87:5 89:17,25
98:17 99:2 101:10
102:5 105:16 111:9
113:4 115:14

118:19 128:12
140:9 141:19
149:23 159:16
160:17,19,21,25
**wanted** 45:15,17 47:6
48:25 49:2 54:15
112:25
**wants** 34:18
**wasn't** 8:19 54:3
133:21,23 153:5
**Water** 164:12
**way** 45:23 62:12
89:21 101:11
112:24 117:13,16
161:24
**we'll** 70:23 143:23
**we're** 43:10 89:24
112:20 149:3
**we've** 36:6 38:19
70:17 85:6 90:3
**wearing** 44:23
**web** 112:13
**website** 38:24 50:17
62:10 64:5,6,14,22
64:24 65:3,5 66:9
66:12 85:13 147:22
**weekend** 10:7
**weeks** 111:3
**welcome** 8:10
**well-being** 147:23
**wellness** 41:4
**Welsh** 16:21,23 17:25
19:12 21:5 115:3,5
115:10 117:9
**went** 6:8 12:19 14:16
14:17,23 15:18
16:18,19 19:19
43:14 45:7 56:23
72:14 95:11 108:14
128:19 143:21
**weren't** 46:11 156:9
**West** 131:19
**white** 113:5
**whiteboarding** 73:5
**widely** 53:19 93:16
**wife** 98:5
**wife's** 10:24
**willing** 105:18
**window** 63:21
**wise** 103:16
**wish** 167:2
**wished** 52:4
**witness** 3:4 165:9
166:4
**Woliver** 2:4 3:6 5:4
5:6 47:22 48:2
50:24 51:4 58:21
59:3 67:15,19
68:14,21 70:16,20
76:5,10 86:17,21
105:22 106:4

111:25 112:6
115:17,23 120:7,11
120:24 121:5
122:12 131:4,8
133:4 138:10
149:19,21 152:4
157:13 164:20
**wondering** 50:22
**word** 15:20
**words** 7:19
**work** 12:20 16:25
17:20 18:25 19:7,9
22:11,17 23:5,10
23:11,13,23 24:11
26:12,13,16 27:7
33:20 34:11 36:7
39:21 69:4 87:8
94:3,4,6 95:3,9,12
95:14 96:21 116:24
118:2,20 124:13
128:25 129:14,15
132:12 134:7 135:3
135:7,18 141:17,19
142:19 146:23
147:12 154:2,4
155:13,15 163:15
163:18
**worked** 14:18 18:15
27:5 33:23 34:7,16
36:19 117:9 118:22
141:15
**working** 18:16 20:20
21:5 24:14 27:9
37:3 39:5 40:2
50:3 66:22 69:6
70:25 94:11 95:25
98:15 119:25 120:2
149:24 161:5
**workings** 34:9 103:14
**works** 34:18 65:7,10
114:25 115:11
**worldwide** 103:23
**worth** 79:14 122:5,6
**wouldn't** 34:25 39:9
47:5 50:16 58:5,13
71:22 75:19 76:11
83:10 86:22 98:17
99:6 105:16 128:5
130:3
**write** 101:23
**writing** 111:23
**written** 6:23
**wrong** 116:9 135:18
138:6,8 156:9,12
156:14
**wrote** 137:24 140:16

---
**X**
---
**X** 3:2,8 4:2
**XI01143** 165:19

**Y**

**yeah** 6:12 9:2 10:18
11:5 21:21 27:6
29:2 38:7,24 39:7
40:11 41:3,6 43:4
46:15 56:11 57:23
58:12,16 59:25
60:5 61:16 64:18
65:8 73:2,12,24
74:12 75:24 76:4
76:23 81:7 82:18
83:15 90:10,12,21
91:3,14 92:4,9,17
92:19,21 98:14
99:11,18 100:4,7
100:10,24 102:17
107:10,23 111:17
114:9 117:22
121:15 126:9
127:19 129:16
135:12 136:6
137:17,20 142:3,18
144:24 147:14
148:18 150:5,11,17
151:10,15,23 153:2
162:5 163:13

**year** 3:19 12:22 13:7
14:10,12,24 15:21
19:24,25 21:9,13
23:9 25:15 33:20
41:10 49:18 75:10
77:18 80:11 83:2,4
84:4 101:12 104:4
105:20,24 106:7
111:23 117:25
126:21 141:19,21
146:5

**years** 6:5 13:18
14:10,11,20,21
28:2,8 47:20 65:4
77:18,18,23 78:8
79:8 82:19 89:12
98:11 100:18
102:23,25 118:23
141:18

**yep** 7:7,23 10:23
13:4 16:12 22:15
22:22 25:13 41:3
48:5 50:10 51:13
52:10,13 53:12
54:10,13 55:6,15
59:18 61:25 62:19
63:10,12,16 65:11
68:2,4,10,25 70:2
70:14 72:20 76:13
76:16 77:9 78:5
80:2,5,21 81:4,20
81:25 84:21 85:19
85:21 86:6,10 94:7
97:20 106:11,13,25
107:12,25 109:7,25

110:5 111:13 114:4
114:18 117:7 119:2
119:7,11,19 120:6
120:13,19,23 121:9
121:21 122:17,21
122:23 123:8 124:3
124:12,19,23
125:12,16 127:24
129:22 132:9,11,16
133:7,12 136:2,8
136:14,16,23,25
139:13,17 140:3,5
140:10,13,15,20
143:2,4,8,13,16
144:4,16 145:4,17
152:6,11 153:12
157:15,18,20,23
158:8,10,13,17,20
159:10,12,18
162:25 163:7 164:4
164:6

**yesterday** 133:16
134:24

**York** 1:2,18,18 2:12
131:19,20 141:17

**Z**

**zero** 24:13 79:16

**0**

**05** 20:18
**06** 20:19,24
**07** 21:10,15
**09** 25:5 29:12 47:19

**1**

**1** 48:4 50:8 77:18
82:25 106:15
**1:17-CV-02459** 1:5
**1:40** 164:21
**10** 30:8 55:3 65:4
78:8 79:7,17 80:12
82:19 89:12 102:23
102:25 103:10
115:18 118:23
122:22 124:5
152:13
**10/29/18** 2:1 3:1 4:1
5:1 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1

46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1
**100** 79:19 103:23
112:22
**10011** 131:20
**101** 80:3
**102** 133:6 134:20,22
**104** 80:18
**106** 3:19 81:16
**107** 82:8
**108** 84:22
**10th** 2:11
**11** 49:18 119:18
159:17 160:5,8
**112** 3:20
**113** 112:17
**115** 3:21 113:8
**116** 113:8
**12** 77:13 85:4 100:14
119:13,22 121:7
122:25 152:14
153:25
**12-month** 81:17

**120** 3:23
**121** 4:3
**122** 4:4 112:17
**128** 112:15
**13** 122:14
**131** 4:5
**133** 4:7
**14** 131:10
**151** 131:19
**152** 4:8
**157** 4:10
**16** 80:12 152:5
**17** 80:12 135:25
136:13
**173** 112:15
**17th** 131:19
**19** 140:22

**2**

**2** 50:25 56:15 57:8
82:25 110:13 154:6
155:7,11,19 156:10
**2,000** 33:20
**2.4** 110:3
**20** 28:2 92:4 153:14
**2000** 2:5 48:20
**2004** 16:16
**2005** 16:16
**2006** 20:2,17
**2009** 29:14
**2010** 47:19 49:18
**2011** 120:17
**2012** 74:9,11 93:4
100:14
**2015** 25:20 36:20
**2016** 3:11,14,16,19
3:19 30:12 36:20
51:12 58:24 68:18
76:7 80:19 85:6
88:17 104:3 105:25
105:25 106:8,8,16
109:3 110:15
111:16,19 114:17
**2017** 4:5 20:25 25:20
36:20 84:8 101:11
104:5 116:7 117:23
118:4,25 119:13,22
119:22 121:20
126:20,25 127:16
127:16 131:5
140:22 141:22
143:10 152:13,25
157:25 158:21
159:2,6,9
**2018** 1:12 165:21
166:17
**212** 2:12
**22** 9:9,10 120:17
123:18 126:19
157:25 158:21
**23rd** 1:17

**25,000** 132:10
**26** 114:17  159:8
**29** 1:12  114:17

---
### 3
**3** 59:5,12  82:25
**30** 1:17  3:19  105:25
   106:8  139:21
**30,000** 132:8
**300** 48:8
**33** 100:12
**350,000** 145:3
**365-2792** 2:6
**37** 84:9

---
### 4
**4** 33:20,21  52:20
   67:15  82:25  86:23
   101:15  108:15
   115:25,25  153:15
**4/22/61** 10:21
**41** 2:5
**43215** 2:6
**47** 3:9  107:24

---
### 5
**5** 3:6  68:16  77:19
   79:17  116:6  117:23
   118:4  119:22
   143:10  165:21
**50,000-foot** 27:6,8
**500** 66:18,22  122:6
**51** 3:10  109:14
**516,000** 78:14
**52** 109:22,24
**55TH** 2:11
**58** 3:11

---
### 6
**6** 80:12  87:11,12,13
   87:14,16,22  90:9
   100:12
**6,000** 153:16  156:24
   157:6
**6/22/11** 3:23  120:8
**6/29** 136:12
**60** 16:14  94:12  99:14
   99:14
**614** 2:6
**625K** 25:15
**666,000** 78:16
**67** 3:13
**675** 25:16
**68** 3:14

---
### 7
**7** 52:21  86:18  100:11
   119:18
**70** 2:11
**702-9000** 2:12

**76** 3:16
**78.4** 101:13

---
### 8
**8** 28:12  30:8  51:11
   51:18  57:9  105:23
   150:17,18
**8.7** 82:10
**8.9** 82:13
**800** 30:13
**83** 61:24  66:4
**84** 13:8  62:18  63:13
   66:4
**85** 63:5  66:4
**86** 3:17  14:5  66:4
**88** 66:4  156:25
**89** 66:4

---
### 9
**9** 112:2,11  117:5
   121:20
**9:45** 1:13
**90** 66:4
**94** 14:25  77:6
**95** 11:3
**97** 77:25
**98** 15:22