UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SMARTSTREAM TECHNOLOGIES, INC.,                             :
                                                            :
                              Plaintiff,                    :
                                                            :
              - against -                                   :
                                                            :
PHILLIPPE CHAMBADAL,                                        :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/27/2020__

17-CV-2459 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's January 17, 2020 request, submitted via e-mail to my

chambers, to file in redacted form various billing records as Exhibit B to the Declaration of Jill

Kirila in support of its Plaintiff's motion for attorneys' fees, (Doc. 101). I have reviewed the

relevant billing records in their original unredacted form. Accordingly, it is hereby:

ORDERED that Plaintiff's request is GRANTED without prejudice to Defendant's

ability to challenge the redactions.

SO ORDERED.

Dated:      January 27, 2020
            New York, New York

                                        Vernon S. Broderick
                                        United States District Judge