USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
SMARTSTREAM TECHNOLOGIES, INC.,  :
          :
         Plaintiff,  :
          :     17-CV-2459 (VSB)
      -v-  :
          :     **ORDER**
PHILIPPE CHAMBADAL,  :
          :
         Defendant.  :
          :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On January 17, 2020, Plaintiff SmartStream Technologies, Inc. ("SmartStream") filed a its motion for attorneys' fees and costs and supporting papers. (Docs. 99–102.) Defendant Philippe Chambadal submitted his opposition on February 14, 2020. (Doc. 108.) Briefing on this motion was completed on February 28, 2020, when SmartStream filed its reply in further support of its motion for attorneys' fees. (Doc. 209.) This litigation relates, in part, to allegations of misappropriation and misuse of confidential information.

      As of July 14, 2021, my Opinion & Order has been filed so that it is only viewable to Plaintiff because of its reference to potentially privileged information. I intend to file the Opinion & Order on the public docket after Plaintiff's counsel provides me with their views concerning what redactions, if any, should be made to the Opinion & Order. It is hereby:

      ORDERED that, for the reasons stated in my Opinion & Order, a copy of which is being filed as viewable only to Plaintiff's counsel today, Plaintiff's motion for attorneys' fees is GRANTED, and the total recovery is $294,700.05.

      IT IS FURTHER ORDERED that the Opinion & Order explaining my decisions will be only viewable to Plaintiff because of its reference to potentially privileged information.

IT IS FURTHER ORDERED that by July 27, 2021, Plaintiff shall provide the Court with any proposed redactions to the Opinion & Order consistent with Rule 5(B) of my Individual Rules & Practices in Civil Cases. I will review the proposed redactions and, if necessary, file a redacted version of the Opinion & Order on the public docket. If I find Plaintiff's proposed redactions to be unnecessary, I will file the unredacted version of the Opinion & Order on the public docket. Failure to provide proposed redactions by July 27, 2021 will result in the Opinion & Order's being filed publicly in its entirety.

IT IS FURTHER ORDERED that Defendant's time for filing any motion for reconsideration will not begin to run until the Opinion & Order is filed on the docket as viewable to the public.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the motion at Document 99.

SO ORDERED.

Dated: July 15, 2021
        New York, New York

VERNON S. BRODERICK
United States District Judge