UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                       :

SMARTSTREAM TECHNOLOGIES, INC.,  :

                                    Plaintiff,       :

                                                             :                17-CV-2459 (VSB)

                                    -v-                      :

                                                             :                    <u>ORDER</u>

PHILIPPE CHAMBADAI,                 :

                                    Defendant.   :

                                                              :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Within thirty days of entry of this order, the parties shall file a joint letter informing me as to the status of this action. In particular, the parties should inform me whether they intend to proceed to trial on the remaining claims, and if so, they should propose dates on which I can hold a conference regarding trial.

       SO ORDERED.

Dated:  April 7, 2022
          New York, New York

                                                                      Vernon S. Broderick
                                                                      United States District Judge